# EXHIBIT A

Filed in Support of Plaintiff Tianma Microelectronics Co. Ltd.'s
Complaint for Patent Infringement

US008785925B2

(12) **United States Patent**    (10) **Patent No.:**  **US 8,785,925 B2**

Takechi    (45) **Date of Patent:**  **Jul. 22, 2014**

(54) **THIN FILM DEVICE**

(75) Inventor: **Kazushige Takechi**, Kanagawa (JP)

(73) Assignee: **NLT Technologies, Ltd.**, Kanagawa (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/571,966**

(22) Filed: **Aug. 10, 2012**

(65) **Prior Publication Data**

US 2013/0037797 A1    Feb. 14, 2013

(30) **Foreign Application Priority Data**

Aug. 12, 2011   (JP) ................................. 2011-177305

(51) **Int. Cl.**
*H01L 29/786* (2006.01)
*H01L 29/45* (2006.01)

(52) **U.S. Cl.**
USPC .............. **257/43**; 257/E29.296; 257/E29.273

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,794,682 B2 * | 9/2004 | Watanabe et al. ............... | 257/72 |
| 7,638,360 B2 * | 12/2009 | Ryu et al. ............... | 438/104 |
| 8,236,635 B2 | 8/2012 | Suzawa et al. | |
| 8,298,877 B2 * | 10/2012 | Choi et al. ............... | 438/149 |
| 8,349,647 B2 * | 1/2013 | Ryu et al. ............... | 438/104 |
| 8,426,852 B2 * | 4/2013 | Lee et al. ............... | 257/43 |
| 2008/0283831 A1 * | 11/2008 | Ryu et al. ............... | 257/43 |

| | | | |
|---|---|---|---|
| 2008/0296568 A1 * | 12/2008 | Ryu et al. ............... | 257/43 |
| 2010/0105162 A1 * | 4/2010 | Suzawa et al. ............... | 438/104 |
| 2010/0308334 A1 * | 12/2010 | Choi et al. ............... | 257/59 |
| 2011/0114940 A1 * | 5/2011 | Kim et al. ............... | 257/43 |
| 2011/0133176 A1 * | 6/2011 | Lee et al. ............... | 257/43 |
| 2012/0228604 A1 * | 9/2012 | Choi et al. ............... | 257/43 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2009-260378 | 11/2009 |
| JP | 2010-056539 | 3/2010 |
| JP | 2010-056542 | 3/2010 |
| KR | 2010-0045926 | 5/2010 |
| TW | 201142952 | * 12/2011 |

OTHER PUBLICATIONS

Park, Jin-Seong, Jae Kyeong Jeong, Yeon-Gon Mo, Hye Dong Kim, and Sun-Il Kim. "Improvements in the Device Characteristics of Amorphous Indium Gallium Zinc Oxide Thin-film Transistors by Ar Plasma Treatment." Applied Physics Letters 90.26 (2007): 262106.*
Zheng Yanbin et al 2012 Plasma Sci. Technol. 14 915.*

(Continued)

*Primary Examiner* — Davienne Monbleau
*Assistant Examiner* — Joseph Schoenholtz
(74) *Attorney, Agent, or Firm* — Young & Thompson

(57) **ABSTRACT**

There is such an issue with a TFT using an oxide semiconductor film that oxygen deficit is generated in a surface region of the oxide semiconductor film after performing plasma etching of a source-drain electrode, and the off-current becomes increased. Disclosed is the TFT which includes: a gate electrode on an insulating substrate as a substrate; a gate insulating film on the gate electrode; an oxide semiconductor film on the gate insulating film; and a source/drain electrode on the oxide semiconductor film. It is the characteristic of the TFT that a surface layer containing at least either fluorine or chlorine exists in a part of the oxide semiconductor film where the source/drain electrode is not superimposed.

**14 Claims, 8 Drawing Sheets**





**US 8,785,925 B2**

Page 2

(56)        **References Cited**

OTHER PUBLICATIONS

Dong-Chae Shin, Kwang-Su Park, Bo-Reum Park, HeeHwan Choe, Jae-Hong Jeon, Kang-Woong Lee, Jong Hyun Seo, A study on the dry etching characteristics of indium gallium zinc oxide and molybdenum by the CCP-RIE system for the 4 mask process, Current Applied Physics, vol. 11, Issue 5, Supplement, Sep. 2011, pp. S45-S48.*

Marrs, Michael. Mixed Oxide Thin Film Transistors for Flexible Displays. Diss. Arizona State University, 2011. Phoenix: Arizona State University, 2011.*

Jong Cheon Park, Ok Geun Jeong, Jin Kon Kim, Young-Hoon Yun, Stephen J. Pearton, Hyun Cho, Comparison of chlorine- and fluorine-based inductively coupled plasmas for dry etching of InGaZnO4 films, Thin Solid Films, vol. 546, Nov. 1, 2013, pp. 136-140.*

Nomura et al., "Room-temperature fabrication of transparent flexible thin-film transistors using amorphous oxide semiconductors" Nature, vol. 432, p. 488, (2004).

C-J Kim et al., "Characteristics and Cleaning of Dry-Etching-Damaged Layer of Amorphous Oxide Thin-Film Transistor", Electrochemical and Solid-State Letters, vol. 12, H95 (2009).

Kumomi et al., "Materials, Devices, and Circuits of Transparent Amorphous-Oxide Semiconductor", Journal of Display Technology, vol. 5, 531 (2009).

Arai et al., "Highly Reliable Oxide-Semiconductor TFT for AM-OLED Display", SID'10 Technical Digest, 69-2, (2010).

Korean Official Action—2010-45926—Jul. 12, 2013.

* cited by examiner

# FIG. 1



Case 1:25-cv-02021-RP    Document 1-1    Filed 12/09/25    Page 5 of 266

# FIG. 2



# FIG. 3



FIG. 4



# FIG. 5



# FIG. 6



# FIG. 7



# FIG. 8



US 8,785,925 B2

<div style="display:flex">
<div>

**1**

**THIN FILM DEVICE**

CROSS-REFERENCE TO RELATED
APPLICATION

This application is based upon and claims the benefit of
priority from Japanese patent application No. 2011-177305,
filed on Aug. 12, 2011, the disclosure of which is incorporated
herein in its entirety by reference.

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a thin film device such as
an oxide semiconductor thin film transistor which uses an
oxide semiconductor film as an active layer. Hereinafter, the
thin film transistor is referred to as "TFT", and an oxide
semiconductor composed mainly of indium (In), gallium
(Ga), zinc (Zn), and oxygen (O) is referred to as "IGZO
(In—Ga—Zn—O)".

2. Description of the Related Art

Regarding a TFT in which the oxide semiconductor film is
used for the active layer, the field-effect mobility is higher
than that of a conventional amorphous silicon TFT for about
one digit. Further, an increase in the off-current at the time of
irradiating visible light is extremely small. Therefore, a high
on-off ratio can be acquired. By using such characteristic,
researches and developments of high-performance liquid
crystal displays and organic EL displays using the oxide
semiconductor TFT for the pixel drive element are being
conducted broadly.

It is also a characteristic of the oxide semiconductor film to
have a variety of compositions, so that researches and developments of various oxide semiconductor films such as an
IGZO film, a Zn—O film, an In—Si—O film, and a
Zn—Sn—O film are being conducted. While there are
searches for various materials being conducted, those containing at least either indium (In) or zinc (Zn) are the mainstreams as the oxide semiconductor films which can provide
a fine TFT characteristic.

Further, there is also a possibility that a fine thin film is
created at a low temperature with the oxide semiconductor
thin film compared to the case of using a silicon-based thin
film. There are also the tests being conducted to achieve a
flexible display by forming an oxide semiconductor TFT on a
plastic substrate by utilizing the low-temperature deposited
film.

Next, documents of conventional techniques will be
described as the related techniques. Regarding the TFT using
the oxide semiconductor thin film, Nomura, et al. first
reported the TFT using an IGZO film as the semiconductor
active layer (Nomura, et al., Nature, vol. 432, p. 488, (2004):
Non-Patent Document 1). This document reports a method
which employs plasma etching by using a fluorine-based gas
as a patterning method of a source/drain metal electrode of an
oxide semiconductor TFT.

C-J. Kim, et al. created an oxide semiconductor TFT using
an IGZO film as an active layer through etching a source/
drain electrode constituted with Ti by using mixed gas plasma
of an Ar gas and an $SF_6$ gas (C-J. Kim, et al., Electrochemical
and Solid-State Letters. Vol. 12, H95, (2009): Non-Patent
Document 2). In this Document, it is disclosed that the off-
current of the TFT is increased dramatically since an oxygen
deficit layer is formed on the top face (back channel of the
TFT) of the IGZO thin film at the time where the source/drain
electrode constituted with Ti is etched. Further, it is also
disclosed that it is necessary to perform etching to remove the

</div>
<div>

**2**

oxygen deficit layer by a hydrochloric acid solution in order
to decrease the increased off-current.

Further, Kumomi, et al. reports an IGZO oxide semiconductor TFT using a source/drain electrode constituted with
Mo (Kumomi et al., Journal of Display Technology, vol. 5,
531 (2009): Non-Patent Document 3). In this Document, it is
depicted that a granular surface layer remains on a back
channel surface after etching the source/drain electrode constituted with Mo by using $CF_4$ gas plasma and that this may be
a cause for the instability of the TFT characteristic. A stable
characteristic is achieved by removing the surface layer
through performing etching also with a hydrochloric acid
solution.

T. Arai, et al. report that there is an interface layer existing
in the interface between an oxide semiconductor film and a
source/drain electrode (T. Arai, et al., SID' 10 Technical
Digest, 69-2, (2010): Non-Patent Document 4). This Document discloses that an IGZO layer where oxygen is lost exists
along with a TiOx layer in the interface between Ti as the
source/drain electrode and an IGZO film as an oxide semiconductor film. However, nothing is mentioned therein
regarding the surface layer of the IGZO film surface.

Etching of the source/drain electrode of the oxide semiconductor TFT is disclosed in Japanese Unexamined Patent Publication 2009-260378 (Patent Document 1). This Document
discloses a manufacturing method which performs etching of
an oxide semiconductor TFT channel with a gas containing
fluorine or chlorine. However, nothing is mentioned therein
regarding the surface layer of the etched oxide semiconductor
film, and the surface layer is not controlled. Japanese Unexamined Patent Publication 2010-056542 (Patent Document
2) and Japanese Unexamined Patent Publication 2010-
056539 (Patent Document 3) also disclose the structure
where the interface layer exists in the interface between the
oxide semiconductor film and the source/drain electrode.
Those Documents disclose the structure where a buffer layer
of high carrier density exists in the interface between the
source/drain electrode and the IGZO film. The buffer layer is
a layer formed with an IGZO film with a high oxygen deficit
density and an alloy of the IGZO film and the source-drain
metal, which is achieved by being deposited individually.
However, nothing is mentioned therein regarding the surface
layer of the IGZO film surface.

In the report (Non-Patent Document 2) of C-J. Kim, et al.,
plasma of an $SF_6$ gas as a fluorine-based gas is used when
etching Ti that is a metal material for the source/drain electrode deposited on the upper part of the island-shaped IGZO
film. Further, when performing the plasma etching, a substrate is placed on a cathode electrode side. In the oxide
semiconductor TFT fabricated in this manner, the off-current
is increased since an oxygen deficit layer is formed in the
vicinity of the back channel as described above. Thus, it is
necessary to remove the oxygen deficit layer by performing
etching with hydrochloric acid. Such etching using the hydro-
chloric acid leads to an increase in the process cost. Also,
there is an issue that the yield is dramatically decreased due to
over-etching of the IGZO film since selective etching of the Ti
electrode and the IGZO film is difficult. Such issues also exist
in the case of Kumomi, et al., (Non-Patent Document 3).

As described, there is an issue with the oxide semiconductor TFT that the off-current becomes high since a low resistance layer due to oxygen depletion tends to be formed on the
surface of the oxide semiconductor film. Thus, how to suppress generation of the oxygen deficit layer is an issue.

Further, when the interface layer existing in the interface
between the oxide semiconductor film and the source/drain
electrode is individually formed as in the cases of the related

</div>
</div>

US 8,785,925 B2

3

techniques described above, the process cost is increased. Further, the interface layer is of low resistance, so that it is necessary to remove the interface layer in a part where the oxide semiconductor film and the source/drain electrode are not superimposed on one another by performing etching. However, the compositions of the interface layer and the oxide semiconductor film are similar. Thus, it is difficult to selectively remove only the interface layer by performing etching, so that removal by the etching becomes a cause for deteriorating the yield.

As described above, there is an issue with the oxide semiconductor TFT of the related techniques using the oxide semiconductor film that the off-current becomes high since oxygen depletion is generated in the surface region of the oxide semiconductor film after performing plasma etching of the source/drain electrode. Etching is performed for removing the oxygen deficit layer by using an acid solution such as hydrochloric acid in order to overcome such issue. However, it is a cause for deteriorating the yield and increasing the cost.

The present invention employs following structures in order to overcome such issue.

SUMMARY OF THE INVENTION

The thin film device according to an exemplary aspect of the invention is a thin film device which includes a gate electrode on a substrate, a gate insulating film on the gate electrode, an oxide semiconductor film on the gate insulating film, and a source/drain electrode on the oxide semiconductor film, wherein a surface layer containing at least either fluorine or chlorine exists in a part of the oxide semiconductor film between the source electrode and the drain electrode constituting the source/drain electrode.

The thin film device manufacturing method according to another exemplary aspect of the invention is a thin film device manufacturing method which includes: forming a gate electrode on a substrate; forming a gate insulating film on the gate electrode; forming an oxide semiconductor film on the gate insulating film; depositing a metal layer to be the source/drain electrode on the oxide semiconductor film; and selectively performing plasma etching of the metal layer by using at least either a fluorine-based gas or a chlorine-based gas thereby to form the source/drain electrode on the oxide semiconductor film and to form a surface layer containing at least either fluorine or chlorine on the oxide semiconductor film between the source electrode and the drain electrode constituting the source/drain electrode.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a sectional view showing the structure of an oxide semiconductor TFT according to a first exemplary embodiment;

FIG. 2 is a graph showing a transmittance characteristic of the oxide semiconductor TFT according to the first exemplary embodiment;

FIG. 3 is a sectional view showing the structure of an oxide semiconductor TFT according to a second exemplary embodiment;

FIG. 4 is a graph showing a concentration distribution of Ti and F with respect to the depth direction from an IGZO film surface of the oxide semiconductor TFT according to the second exemplary embodiment;

FIG. 5 is a sectional view showing the structure of an oxide semiconductor TFT according to a third exemplary embodiment;

4

FIG. 6 is a sectional view showing the structure of an oxide semiconductor TFT according to a fourth exemplary embodiment;

FIG. 7 is a sectional view showing the structure of an oxide semiconductor TFT according to a fifth exemplary embodiment; and

FIG. 8 is a sectional view showing the structure of an oxide semiconductor TFT according to a sixth exemplary embodiment.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Hereinafter, modes for carrying out the present invention (referred to as "exemplary embodiments" hereinafter) will be described by referring to the accompanying drawings. In this Specification and the drawings, same reference numerals are used for substantially the same structural elements. The shapes in the drawings are illustrated to be easily comprehended by those skilled in the art, and the dimensions and ratios thereof do not necessarily correspond to actual ones. Further, a case where "a second composition element is on a first composition element" includes: a case where "a second composition element is on a first composition element while being in contact with each other"; a case where "another composition element is on a first composition element, and a second composition element is placed thereon further"; a case where "a second composition element is on the entire part of a first composition element"; and a case where "a second composition element is only on a part of a first composition element". Further, in each of the exemplary embodiments, an oxide semiconductor TFT (referred simply to as "TFT" hereinafter) will be described as an example of the thin film device according to the present invention.

First Exemplary Embodiment

FIG. 1 is a sectional view showing a channel-etch type TFT 101 according to a first exemplary embodiment. The TFT 101 includes: a gate electrode 11 on an insulating substrate 10 as a substrate; a gate insulating film 12 on the gate electrode 11; an oxide semiconductor film 13 on the gate insulating film 12; and a source/drain electrode 14 on the oxide semiconductor film 13. The TFT 101 is characterized that a surface layer 15 containing at least either fluorine or chlorine exists in a part of the oxide semiconductor film 13 where the source/drain electrodes 14 is not superimposed (e.g., on the oxide semiconductor film 13 between a source electrode 14s and a drain electrode 14d constituting the source/drain electrode 14).

An example of the manufacturing method of the TFT 101 will be described. First, the gate electrode 11 is formed on the insulating substrate 10, the gate insulating film 12 is formed on the gate electrode 11, and the oxide semiconductor film 13 is formed on the gate insulating film 12. Then, a metal layer to be the source/drain electrode 14 is deposited on the oxide semiconductor film 13, and plasma etching is selectively performed on the metal layer by using at least either a fluorine-based gas or a chlorine-based gas. Thereby, the source/drain electrode 14 is formed on the oxide semiconductor film 13 and, at the same time, the surface layer 15 containing at least either fluorine or chlorine is formed in a part of the oxide semiconductor film 13 where the source/drain electrode 14 is not superimposed (e.g., on the oxide semiconductor film 13 between the source electrode 14s and the drain electrode 14d constituting the source/drain electrode 14). In other words, as shown in FIG. 1, the gate electrode 11 is formed on the insulating substrate 10, and the gate insulating film 12 is

US 8,785,925 B2

5

deposited thereon. The oxide semiconductor film **13** in an island shape is formed thereon further. The source/drain electrode **14** is formed on the island-shaped oxide semiconductor film **13**. Note here that the surface layer **15** containing fluorine or chlorine exists in the vicinity of the top face of the oxide semiconductor film **13** in the part where the source/drain electrode **14** is not superimposed. This is the point of the first exemplary embodiment. Further, a passivation film **16** is deposited to cover the entire part of the TFT **101**. Note here that the name "channel etch" is originated from the fact that the channel is formed by separating the source and drain by patterning the source/drain electrode **14** through performing etching.

The first exemplary embodiment will be described in more details by referring to FIG. **1**.

An Al film is formed on a glass substrate as the insulating substrate **10** by a sputtering method, and the Al film is patterned into a desired shape to form the gate electrode **11**. Subsequently, a silicon oxide film as the gate insulating **12** is deposited by a plasma CVD method. Then, an IGZO film as the oxide semiconductor film **13** is deposited by a sputtering method, and the IGZO film is patterned into a desired island shape. As the oxide semiconductor film **13**, it is desirable to contain at least In or Zn. For example, it is possible to use any oxide semiconductor films other than the IGZO film, e.g., a ZnO film, an In—Zn—O film, an In—Si—O film, and an Al—Zn—Sn—O film.

Further, molybdenum (Mo) is deposited as a source/drain electrode metal by a sputtering method. Thereafter, Mo is etched into a desired shape by using fluorine-based gas plasma, e.g., plasma of an $SF_6$ gas or a $CF_4$ gas, to form the source/drain electrode **14**. It is important that the surface layer **15** containing fluorine is formed on the surface of the IGZO film at the time of this etching. As a method of the plasma etching, it is possible to use a capacity coupler plasma source which generates plasma between parallel plate electrodes. It is desirable to perform plasma etching by placing the substrate on the electrode on the anode side (i.e., on the earth potential side) out of the parallel plate electrodes.

When etching is performed by placing the substrate on the electrode on the cathode side (i.e., the side where a large negative self-bias is generated), high-energy positive ions in the plasma accelerated by the large negative self-bias damages the etched surface. Thus, oxygen leaves from the surface of the IGZO film, so that an oxygen deficient layer is generated. For example, IGZO stoichiometry composition is $InGaZnO_4$ but a part of oxygen coupled with In, Ga, and Zn on the surface is detached, and it becomes $InGaZnO_4$-x (x is any number less than 4 herein). Such oxygen deficit layer is of low resistance, so that the off-current of the TFT is increased as it is depicted in Non-Patent Document 2.

The point of the first exemplary embodiment is the structure in which the surface layer **15** containing fluorine is formed without generating such oxygen deficit layer.

As the fluorine-based gas, it is possible to use a $CFH_3$ gas, an $NF_3$ gas, or the like other than those described above. Further, it is also possible to use a mixed gas acquired by mixing any of those gases or a mixed gas acquired by adding a rare gas such as Ar or He or an oxygen gas into those gases. It is desirable to set the gas pressure at the time of etching to be within a range of 0.5 to 50 Pa. This is because it is difficult to continuously generate plasma when the gas pressure is lower than 0.5 Pa, and it becomes hard to fluoridate the surface since the probability of the fluorine radicals in the plasma to be recoupled with gas molecules and to become extinct becomes high when the gas pressure is higher than 50 Pa.

6

As the source/drain electrode metal, it is also possible to use a stacked layer structure such as Ti/Al alloy/Ti. In that case, it can be patterned into the source/drain electrode **14** of a desired shape by using $Cl_2$, HCl, $BCl_3$ or the like as the gas containing chlorine. Here, it is important that chlorine is contained in the surface layer **15** of the IGZO film. As the gas used at the time of patterning, at least one selected from $Cl_2$, HCl, and $BCl_3$ simply needs to be contained. Alternatively, any mixed gases of those may be used. Further, it is also possible to use a mixed gas acquired by adding an oxide gas such as oxygen or a rare gas such as Ar or He into those gases. For example, it is possible to use a mixed gas of a $Cl_2$ gas, a $BCl_3$ gas, an oxygen gas, and a helium gas.

Further, when patterning the source/drain electrode metal by etching, both a fluorine-based gas and a chlorine-based gas may be used. For example, etching may be performed with a plasma gas constituted with a mixed gas of an $SF_6$ gas, an HCl gas, and an oxygen gas. In that case, fluorine and chlorine are both contained in the surface layer **15**. Etching of the source/drain electrode metal using both the fluorine-based gas and the chlorine-based gas can be used in each of the exemplary embodiments described hereinafter.

Further, the structure of the source/drain electrode **14** is not limited only to the above-described structure. For example, it is possible to employ a stacked layer structure of alloys such as Mo alloy/Al alloy/Mo alloy or Al alloy/Mo alloy. When such Al alloy and Mo alloy are used for the source/drain electrode **14**, it is desirable to perform plasma etching by using a chlorine-based gas.

At last, a silicon oxide film as the passivation film **16** is deposited by a plasma CVD method. Thereby, the TFT **101** according to the first exemplary embodiment is completed.

FIG. **2** is a graph showing the transmission characteristic of the TFT **101** according to the first exemplary embodiment. In this graph, the lateral axis is the gate voltage (V), and the longitudinal axis is the drain current (A). This graph shows the characteristic of the case where the drain voltage is 1 V and the case where the drain voltage is 10V. With the TFT **101** fabricated as in the first exemplary embodiment, it is possible to achieve the characteristic, i.e., the seven-digit on-off ratio of the drain current and the field-effect mobility of $10\,cm^2V^{-1}s^{-1}$ as shown in FIG. **2**, without etching the surface of the IGZO film by an acid solution unlike the case of the related techniques.

As an exemplary advantage according to the invention, the present invention is designed to include the surface layer containing at least either fluorine or chlorine on the surface of the oxide semiconductor film, so that generation of oxygen depletion can be suppressed. Therefore, it is possible to achieve the thin film device having a fine switching characteristic without etching the surface of the oxide semiconductor film.

Second Exemplary Embodiment

FIG. **3** is a sectional view showing a channel-etch type TFT **102** according to a second exemplary embodiment. The TFT **102** is characterized to include a compound surface layer **17** as the surface layer containing a composition element of an oxide semiconductor film **13**, a composition element of a part of a source/drain electrode **14** to be in contact with the oxide semiconductor film **13**, and at least either fluorine or chlorine. Other structures of the TFT of the second exemplary embodiment are the same as the case of the TFT of the first exemplary embodiment.

An example of the manufacturing method of the TFT **102** will be described. In the second exemplary embodiment, at

US 8,785,925 B2

7

the time of forming the source/drain electrode **14** on the oxide semiconductor film **13**, the compound surface layer **17** containing the composition element of the oxide semiconductor film **13**, the composition element of the part of the source/drain electrode **14** to be in contact with the oxide semiconductor film **13**, and at least either fluorine or chlorine is formed in a part of the oxide semiconductor film **13** where the source/drain electrode **14** is not superimposed (e.g., on the oxide semiconductor film **13** between a source electrode **14**s and a drain electrode **14**d constituting the source/drain electrode **14**). Other structures of the manufacturing method of the TFT according to the second exemplary embodiment are the same as the case of the manufacturing method of the TFT according to the first exemplary embodiment.

In other words, as shown in FIG. **3**, the gate electrode **11** is formed on the insulating substrate **10**, and the gate insulating film **12** is formed thereon. The oxide semiconductor film **13** in an island shape is formed thereon further. The source/drain electrode **14** is formed on the island-shaped oxide semiconductor film **13**. It is the point of the second exemplary embodiment that the compound surface layer **17** containing the composition element of the oxide semiconductor film **13**, the composition element of the part of the source/drain electrode **14** to be in contact with the oxide semiconductor film **13**, and fluorine or chlorine is formed in the vicinity of the top face of the oxide semiconductor film **13** where the source/drain electrode **14** is not superimposed. Further, the passivation film **16** is deposited to cover the entire part of the TFT **102**.

The second exemplary embodiment will be described in more details by referring to FIG. **3**. An Al alloy film is formed on a glass substrate as the insulating substrate **10** by a sputtering method, and the Al alloy film is patterned into a desired shape to form the gate electrode **11**. Subsequently, a silicon oxide film as the gate insulating film **12** is deposited by a plasma CVD method. Then, an IGZO film as the oxide semiconductor film **13** is deposited by a sputtering method, and the IGZO film is patterned into a desired island shape. As the oxide semiconductor film **13**, it is desirable to contain at least In or Zn. For example, it is possible to use any oxide semiconductor films other than the IGZO film, e.g., a ZnO film, an In—Zn—O film, an In—Si—O film, and an Al—Zn—Sn—O film.

Further, Ti and an Al alloy as the source/drain electrode metal are deposited in this order by a sputtering method. Then, after etching the Al alloy, the Ti film is etched to a desired shape by using fluorine-based gas plasma constituted with an $SF_6$ gas, for example, to form the source/drain electrode **14**. Note here that it is possible to use Mo instead of Ti. In that case, Ti in the descriptions hereinafter regarding the second exemplary embodiment is replaced with Mo as appropriate.

The surface of the IGZO film is fluoridated at the time of etching, so that the compound surface layer **17** containing fluorine is formed. Further, it is important that the compound surface layer **17** containing fluorine is composed of IGZO, Ti, and F as the composition elements, and that it contains a Ti element as the source-drain metal in contact with the IGZO film. The composition of such compound surface layer **17** can be measured by SIMS (Secondary Ion-microprobe Mass Spectrometer) or the like.

For example, as shown in an SIMS profile of FIG. **4**, it was confirmed that Ti and F exist in a localized manner on the surface layer of about 10 to 20 nm from the surface of the IGZO film of the second exemplary embodiment. In order to form such compound surface layer **17**, it is necessary to control the plasma etching time. For example, when the etching time is too long, the Ti element becomes uncontained in the surface layer.

8

When the etching time is too short, short-circuit is generated between the source and drains electrodes since the Ti composition is too high. Therefore, proper etching time is required.

As a method of the plasma etching, there is a method of performing etching by placing the substrate on the electrode on the anode potential side by using a capacity coupler plasma source which generates plasma between parallel plate electrodes as in the case of the first exemplary embodiment. As the fluorine-based gas, it is possible to use a $CF_4$ gas, a $CHF_3$ gas, or the like other than those described above. Further, it is also possible to use a mixed gas acquired by mixing any of those gases or a mixed gas acquired by adding a rare gas such as Ar or He or an oxygen gas into those gases. It is desirable to set the gas pressure at the time of etching to be within a range of 0.5 to 50 Pa. This is because it is difficult to continuously generate plasma when the gas pressure is lower than 0.5 Pa, and it becomes hard to fluoridate the surface since the probability of the fluorine radicals in the plasma to be recoupled with gas molecules and become extinct becomes high when the gas pressure is higher than 50 Pa.

At last, a silicon oxide film as the passivation film **16** is deposited by a plasma CVD method. Thereby, the TFT **102** according to the second exemplary embodiment is completed.

With the TFT **102** fabricated as in the second exemplary embodiment, it is possible to achieve the characteristic, i.e., the six-digit on-off ratio of the drain current and the field-effect mobility of $7 \, cm^2 V^{-1} s^{-1}$, without etching the surface of the IGZO film by an acid solution unlike the case of the related techniques.

Third Exemplary Embodiment

FIG. **5** is a sectional view showing a channel-etch type TFT **103** according to a third exemplary embodiment. In the TFT **103** of the third exemplary embodiment, a mixed layer **18** containing a mixture of a composition element of an oxide semiconductor film **13** and a composition element of a part of a source/drain electrode **14** to be in contact with the oxide semiconductor film **13** exists in the interface between the oxide semiconductor film **13** and the source/drain electrode **14**. Further, in the TFT **103**, a multiple-element surface layer **19** constituted with the composition elements of the mixed layer **18** and at least either fluorine or chlorine exists as the surface layer. Other structures of the TFT of the third exemplary embodiment are the same as the case of the TFT of the first or second exemplary embodiment.

An example of the manufacturing method of the TFT **103** will be described. In the third exemplary embodiment, at the time of forming the source/drain electrode **14** on the oxide semiconductor film **13**, the multiple-element surface layer **19** is formed on the oxide semiconductor film **13** between a source electrode **14**s and a drain electrode **14**d constituting the source/drain electrode **14**. At the same time, the mixed layer **18** containing the mixture of the composition element of the oxide semiconductor film **13** and the composition element of the part of the source/drain electrode **14** to be in contact with the oxide semiconductor film **13** is formed on the interface between the oxide semiconductor film **13** and the source/drain electrode **14**. Other structures of the manufacturing method of the TFT according to the third exemplary embodiment are the same as the case of the manufacturing method of the TFT according to the first or second exemplary embodiment.

In other words, as shown in FIG. **5**, a gate electrode **11** is formed on an insulating substrate **10**, and a gate insulating

US 8,785,925 B2

9

film **12** is formed thereon. The oxide semiconductor film **13** in an island shape is formed thereon further. The source/drain electrode **14** is formed on the island-shaped oxide semiconductor film **13**. It is the point of the third exemplary embodiment that the mixed layer **18** constituted with the mixture of the composition element of the oxide semiconductor film **13** and the composition element of the part of the source/drain electrode **14** to be in contact with the oxide semiconductor film **13** exits in the interface between the oxide semiconductor film **13** and the source/drain electrodes **14** and that the multiple-element surface layer **19** constituted with the composition elements of the mixed layer **18** and fluorine or chlorine exists in the vicinity of the top face of the oxide semiconductor film **13** located between each of the two source and drain electrodes **14**. Further, the passivation film **16** is deposited to cover the entire part of the TFT **103**.

The third exemplary embodiment will be described in more details by referring to FIG. **5**.

An Al alloy film is formed on a glass substrate as the insulating substrate **10** by a sputtering method, and the Al alloy film is patterned into a desired shape to form the gate electrode **11**. Subsequently, a silicon oxide film as the gate insulating **12** is deposited by a plasma CVD method. Then, an IGZO film as the oxide semiconductor film **13** is deposited by a sputtering method, and the IGZO film is patterned into a desired island shape. As the oxide semiconductor film **13**, it is desirable to contain at least In or Zn. For example, it is possible to use any oxide semiconductor films other than the IGZO film, e.g., a ZnO film, an In—Zn—O film, an In—Si—O film, and an Al—Zn—Sn—O film.

Further, Mo and an Al alloy as the source/drain electrodes metal are deposited in this order by a sputtering method. Then, the Al alloy and Mo are etched continuously into a desired shape by using chlorine-based plasma constituted with a mixed gas of $Cl_2$ and $BCl_3$, for example, to form the source/drain electrode **14**. Note here that it is possible to use Ti instead of Mo. In that case, Mo in the descriptions hereinafter regarding the third exemplary embodiment is replaced with Ti as appropriate.

At the time of etching, the mixed layer **18** composed of IGZO and Mo as the composition elements is formed on the interface between the IGZO film and the Mo film. The mixed layer **18** has the smaller resistivity compared to that of the IGZO film by several digits and functions as an n+ layer, so that there is an advantage that a fine ohmic contact characteristic can be acquired. As the layer thickness of the mixed layer **18**, it is desirable to be 5 to 30 nm Further, the multiple-element surface layer **19** containing chlorine is formed when the surface of the IGZO film is chlorinated. The composition elements of the multiple-element surface layer **19** are IGZO, Mo, and Cl.

In order to form such surface layer, it is necessary to control the plasma etching time. For example, when the etching time is too long, the Mo element becomes uncontained in the surface layer. When the etching time is too short, short-circuit is generated between the source and drains electrodes since the Mo composition is too high. Therefore, proper etching time is required.

As a method of the plasma etching, there is a method of performing etching by placing the substrate on the electrode on the anode potential side by using a capacity coupler plasma source which generates plasma between parallel plate electrodes as in the case of the first exemplary embodiment. As the fluorine-based gas, it is possible to use a $BCl_3$ gas, or the like other than those described above. Further, it is also possible to use a mixed gas acquired by mixing any of those gases or a mixed gas acquired by adding a rare gas such as Ar or He or

10

an oxygen gas into those gases. It is desirable to set the gas pressure at the time of etching to be within a range of 0.5 to 50 Pa. This is because it is difficult to continuously generate plasma when the gas pressure is lower than 0.5 Pa, and it becomes hard to chlorinate the surface since the probability of the chlorine radicals in the plasma to be recoupled with gas molecules and to become extinct becomes high when the gas pressure is higher than 50 Pa.

In order to form the mixed layer **18** more efficiently, it is better to set the substrate temperature at the time of depositing the film by sputtering the source/drain electrode metal to be 120° C. or higher and to set the Ar gas pressure to be 1 Pa or less. The alloying reaction in the interface can be facilitated by increasing the substrate temperature. Further, by decreasing the gas pressure, the kinetic energy of the sputtered metal particles can be increased. Therefore, the alloying reaction on the surface can also be facilitated.

At last, a silicon oxide film as the passivation film **16** is deposited by a plasma CVD method. Thereby, the TFT **103** according to this exemplary embodiment is completed.

With the TFT **103** fabricated in the third exemplary embodiment, it is possible to achieve the characteristic, i.e., the seven-digit on-off ratio of the drain current and the field-effect mobility of $12 \text{ cm}^2\text{V}^{-1}\text{s}^{-1}$, without etching the surface of the IGZO film by an acid solution unlike the case of the related techniques.

In the exemplary embodiment regarding the channel-etch type TFT described above, the gate insulating film and the passivation film may be formed with a stacked layer structure of a silicon nitride film and a silicon oxide film in order to suppress contamination such as Na ions from the substrate and outside. Note here that the film to be in contact with the oxide semiconductor film is desirable to be the silicon oxide film. Further, as the passivation film, it is possible to use a silicon oxide film deposited by sputtering. In order to suppress contamination, it is also possible to employ a stacked layer structure of a silicon oxide film deposited by sputtering and a silicon nitride film deposited by plasma CVD.

Fourth Exemplary Embodiment

FIG. **6** is a sectional view showing a channel-protection type TFT **104** according to a fourth exemplary embodiment. The TFT **104** of the fourth exemplary embodiment is characterized that a channel protection insulating film **20** is provided further on a surface layer **15**, and that the surface layer **15** also exists in a part of an oxide semiconductor film **13** where a source/drain electrodes **14** is superimposed. In the fourth exemplary embodiment, the entire top face of the oxide semiconductor film **13** is the surface layer **15**. Other structures of the TFT **104** of the fourth exemplary embodiment are the same as the case of the TFT of the first or second exemplary embodiment.

An example of the manufacturing method of the TFT **104** will be described. First, a gate electrode **11** is formed on an insulating substrate **10** as the substrate, a gate insulating film **12** is formed on the gate electrode **11**, and the oxide semiconductor film **13** is formed on the gate insulating film **12**. Then, the surface layer **15** containing at least either fluorine or chlorine is formed on the entire surface of the oxide semiconductor film **13** by performing plasma processing using either a fluorine-based gas or a chlorine-based gas on the surface of the oxide semiconductor film **13**. Further, the channel protection insulating film **20** is formed on a part of the surface layer **15**, and the source/drain electrode **14** is formed on the surface layer **15** and the channel protection insulating film **20**.

US 8,785,925 B2

11

12

In other words, as shown in FIG. 6, the gate electrode 11 is formed on the insulating substrate 10, and the gate insulating film 12 is formed thereon. The oxide semiconductor film 13 in an island shape and the channel protection insulating film 20 are formed thereon further. The source/drain electrode 14 is formed on the island-shaped oxide semiconductor film 13 and the channel protection insulating film 20. It is the point of the fourth exemplary embodiment that the surface layer 15 containing fluorine or chlorine is formed in the vicinity of the top face of the entire part (both the part that does not overlap with the source/drain electrodes 14 and the part that overlaps with the source/drain electrodes 14) of the oxide semiconductor film 13. Further, a passivation film 16 is deposited to cover the entire part of the TFT 104. Note here that "channel protection" is originated from the fact that the channel is formed by separating the source and the drain with the channel protection insulating film 20 that is formed on the oxide semiconductor film 13, unlike the case of "channel etch" described above.

The fourth exemplary embodiment will be described in more details by referring to FIG. 6.

A Cr film is deposited on a glass substrate as the insulating substrate 10 by a sputtering method, and the Cr film is patterned into a desired shape to form the gate electrode 11. Subsequently, a silicon oxide film as the gate insulating film 12 is deposited by a plasma CVD method. Then, an IGZO film as the oxide semiconductor film 13 is deposited by a sputtering method, and the IGZO film is patterned into a desired island shape.

Thereafter, plasma processing is performed by exposing the island-shaped IGZO film in a fluorine-based plasma gas or a chlorine-based plasma gas. It is important that the surface of the IGZO film is fluoridated or chlorinated at the time of the plasma processing so that the surface layer 15 containing fluorine or chlorine is formed.

As a method of the plasma processing, it is possible to use a capacity coupler plasma source which generates plasma between parallel plate electrodes. It is desirable to perform plasma processing by placing the substrate on the electrode on the anode side (i.e., on the earth potential side) out of the parallel plate electrodes.

When etching is performed by placing the substrate on the electrode on the cathode side (i.e., the side where a large negative self-bias is generated), high-energy positive ions in the plasma accelerated by the large negative self-bias damages the etching surface. Thus, oxygen leaves from the surface of the IGZO film, so that an oxygen deficient layer is generated. Such oxygen deficit layer is of low resistance, so that the off-current of the TFT is increased as it is depicted in Non-Patent Document 2. The point of the fourth exemplary embodiment is the structure in which the surface layer containing fluorine or chlorine is formed without generating such oxygen deficit layer.

As the fluorine-based gas, it is possible to use an $SF_6$ gas, a $CF_4$ gas, and a mixed gas of those with other gases. Further, as the chlorine-based gas, it is also possible to use a mixed gas acquired by mixing a $Cl_2$ gas, an HCl gas, a $BCl_3$ gas, and a mixed gas of those with other gases. A mixed gas of a fluorine-based gas and a chlorine-based gas may also be used. In that case, a surface layer containing both fluorine and chlorine is formed.

It is desirable to set the gas pressure at the time of plasma processing to be within a range of 0.5 to 50 Pa. This is because it is difficult to continuously generate plasma when the gas pressure is lower than 0.5 Pa, and it becomes hard to fluoridate or chlorinate the surface since the probability of the fluorine radicals or chlorine radicals in the plasma to be recoupled

with gas molecules and to become extinct becomes high when the gas pressure is higher than 50 Pa. Further, as the oxide semiconductor film 13, it is desirable to contain at least In or Zn. For example, it is possible to use any oxide semiconductor films other than the IGZO film, e.g., a ZnO film, an In—Zn—O film, an In—Si—O film, and an Al—Zn—Sn—O film.

In the above, after patterning the IGZO film into an island-shape, the IGZO film is exposed to the fluorine-based plasma gas or the chlorine-based plasma gas to form the surface layer containing fluorine or chlorine. However, it is also possible to reverse the execution order thereof. That is, after depositing the IGZO film, the IGZO film may be exposed to the fluorine-based plasma gas or the chlorine-based plasma gas to form the surface layer containing fluorine or chlorine. Thereafter, the IGZO film may be patterned into a desired island shape. Subsequently, molybdenum (Mo) as the source/drain electrode metal is deposited by a sputtering method. Then, Mo is etched into a desired shape by using fluorine-based plasma such as plasma of an $SF_6$ gas or a $CF_4$ gas to form the source/drain electrode 14. Note here that it is possible to use titanium (Ti) as the source/drain electrode metal.

At last, a silicon oxide film as the passivation film 16 is deposited by a plasma CVD method. Thereby, the TFT 104 according to the fourth exemplary embodiment is completed.

With the TFT 104 fabricated as in the fourth exemplary embodiment, it is possible to achieve the characteristic, i.e., the seven-digit on-off ratio of the drain current and the field-effect mobility of 15 $cm^2 V^{-1} s^{-1}$, without etching the surface of the IGZO film by an acid solution unlike the case of the related techniques.

Fifth Exemplary Embodiment

FIG. 7 is a sectional view showing a TFT 105 according to a fifth exemplary embodiment. The TFT 105 of the fifth exemplary embodiment is characterized that a channel protection insulating film 20 is provided further on a surface layer 15. Further, The TFT 105 is characterized to include, in the interface between an oxide semiconductor film 13 and a source/drain electrode 14, a compound mixed layer 21 constituted with a mixture of a composition element of the oxide semiconductor film 13, a composition element of a part of the source/drain electrode 14 to be in contact with the oxide semiconductor film 13, and at least either fluorine or chlorine. Other structures of the TFT 105 of the fifth exemplary embodiment are the same as those of the TFT of the fourth exemplary embodiment.

An example of the manufacturing method of the TFT 105 will be described. In the fifth exemplary embodiment, a metal layer to be the source/drain electrode 14 is deposited on a part of the surface layer 15 that is not covered by the channel protection insulating film 20 and on the channel protection insulating film 20 at the time of forming the source/drain electrode 14 on the surface layer 15 and the channel protection insulating film 20, and plasma etching is selectively performed on the metal layer. Thereby, the surface layer 15 between the oxide semiconductor film 13 and the source/drain electrode 14 is replaced with the compound mixed layer 21 as the mixed layer containing the mixture of the composition elements (the composition element of the oxide semiconductor film 13 and at least either fluorine or chlorine) of the surface layer 15 and the composition element of the part of the source/drain electrode 14 in contact with the surface layer 15. Other structures of the manufacturing method of the TFT 105 according to the fifth exemplary embodiment are the

US 8,785,925 B2

13

same as those of the manufacturing method of the TFT according to the fourth exemplary embodiment.

In other words, as shown in FIG. 7, a gate electrode 11 is formed on an insulating substrate 10, and a gate insulating film 12 is formed thereon. The oxide semiconductor film 13 in an island shape and the channel protection insulating film 20 are formed thereon further. The source/drain electrode 14 is formed on the island-shaped oxide semiconductor film 13 and the channel protection insulating film 20. It is the point of the fifth exemplary embodiment that the compound mixed layer 21 constituted with the mixture of the composition element of the island-shaped oxide semiconductor film 13, the composition element of the source/drain electrode 14 in contact with the oxide semiconductor film 13, and fluorine or chlorine exists in the interface between the island-shaped oxide semiconductor film 13 and the source/drain electrode 14 and that the surface layer 15 containing the composition element of the oxide semiconductor film 13 and fluorine or chlorine exists in the vicinity of the top face of the entire part (both the part that does not overlap with the source/drain electrode 14 and the part that overlaps with the source/drain electrode 14) of the oxide semiconductor film 13. Further, a passivation film 16 is deposited to cover the entire part of the TFT 105.

The fifth exemplary embodiment will be described in more details by referring to FIG. 7.

A Cr film is deposited on a glass substrate as the insulating substrate 10 by a sputtering method, and the Cr film is patterned into a desired shape to form the gate electrode 11. Subsequently, a silicon oxide film as the gate insulating film 12 is deposited by a plasma CVD method. Then, an IGZO film as the oxide semiconductor film 13 is deposited by a sputtering method, and the IGZO film is patterned into a desired island shape.

Thereafter, plasma processing is performed by exposing the island-shaped IGZO film in a fluorine-based plasma gas or a chlorine-based plasma gas. The entire surface of the IGZO film is fluoridated or chlorinated at the time of the plasma processing, so that the surface layer 15 containing fluorine or chlorine is formed.

As the oxide semiconductor film 13, it is desirable to contain at least In or Zn. For example, it is possible to use any oxide semiconductor films other than the IGZO film, e.g., a ZnO film, an In—Zn—O film, an In—Si—O film, and an Al—Zn—Sn—O film.

Thereafter, a silicon oxide film as the channel protection insulating film 20 is deposited by a plasma CVD method, and the silicon oxide film is patterned into a desired shape. Further, Ti and an Al alloy as the source/drain electrode metal are deposited in this order by a sputtering method. Then, only the Al alloy is removed first by etching. Thereafter, Ti is etched into a desired shape by using fluorine-based plasma such as plasma of an $SF_6$ gas or a $CF_4$ gas to form the source/drain electrode 14. Note here that it is possible to use Mo instead of Ti. In that case, Ti in the descriptions hereinafter regarding the fifth exemplary embodiment is replaced with Mo as appropriate.

At the time of etching, the compound mixed layer 21 composed of IGZO, Ti, and F or Cl is formed in the interface between the IGZO-F film and the Ti film. The compound mixed layer 21 has the smaller resistivity compared to that of the IGZO-F(Cl) film by several digits and functions as an n+ layer, so that there is an advantage that a fine ohmic contact characteristic can be acquired when the compound mixed layer 21 is formed. Particularly, the IGZO-F(Cl) film tends to be a high-resistance film. Therefore, it is important to form

14

the low-resistance compound mixed layer 21 by also alloying Ti to the IGZO-F(Cl) film in order to achieve a fine ohmic contact characteristic.

Further, as the layer thickness of the compound mixed layer 21, it is desirable to be 5 to 30 nm. Furthermore, in order to form the compound mixed layer 21 more efficiently, it is better to set the substrate temperature at the time of depositing the film by sputtering the source/drain electrode metal to be 120° C. or higher and to set the Ar gas pressure to be 1 Pa or less. The alloying reaction in the interface can be facilitated by increasing the substrate temperature. Further, by decreasing the gas pressure, the kinetic energy of the sputtered metal particles can be increased. Therefore, the alloying reaction on the surface can also be facilitated.

At last, a silicon oxide film as the passivation film 16 is deposited by a plasma CVD method. Thereby, the TFT 105 according to the fifth exemplary embodiment is completed.

With the TFT 105 fabricated as in the fifth exemplary embodiment, it is possible to achieve the characteristic, i.e., the seven-digit on-off ratio of the drain current and the field-effect mobility of 15 $cm^2V^{-1}s^{-1}$, without etching the surface of the IGZO film by an acid solution unlike the case of the related techniques.

In the exemplary embodiment regarding the channel-protection type TFT described above, the gate insulating film and the passivation film may be formed with a stacked layer structure of a silicon nitride film and a silicon oxide film in order to suppress contamination such as Na ions from the substrate and outside. Note here that the film to be in contact with the oxide semiconductor film is desirable to be the silicon oxide film. The channel protection film may be a silicon oxide film deposited by sputtering.

Sixth Exemplary Embodiment

FIG. 8 is a sectional view showing a TFT 106 according to a sixth exemplary embodiment. The TFT 106 includes: a gate electrode 11 on an insulating substrate 10 as a substrate; a gate insulating film 12 on the gate electrode 11; an oxide semiconductor film 13 on the gate insulating film 12; and source/drain electrode 14 on the oxide semiconductor film 13. Further, the TFT 106 is characterized to include, in the interface between the oxide semiconductor film 13 and the source/drain electrode 14, a concentration gradient mixed layer 22 in which the number of atoms of the composition element changes from the source/drain electrode 14 side towards the oxide semiconductor film 13 side. Other structures of the TFT 106 according to the sixth exemplary embodiment are the same as those of the TFT of the first exemplary embodiment except for the surface layer.

An example of the manufacturing method of the TFT 106 of the sixth exemplary embodiment will be described. As the manufacturing method of the TFT 106 according to the sixth exemplary embodiment, the gate electrode 11 is formed on the insulating substrate 10 as the substrate, the gate insulating film 12 is formed on the gate electrode 11, the oxide semiconductor film 13 is formed on the gate insulating film 12, the source/drain electrode 14 is formed on the oxide semiconductor film 13 and, at the same time, the concentration gradient mixed layer 22 containing the composition element of the oxide semiconductor film 13 and the composition element of a part of the source/drain electrodes 14 in contact with the oxide semiconductor film 13 is formed in the interface between the oxide semiconductor film 13 and the source/drain electrode 14. In the sixth exemplary embodiment, when forming the concentration gradient mixed layer 22, it is formed in such a manner that the number of atoms of the

US 8,785,925 B2

15                                                                                          16

composition element changes from the source/drain electrode **14** side towards the oxide semiconductor film **13** side. Other structures of the manufacturing method of the TFT **106** according to the sixth exemplary embodiment are the same as those of the manufacturing method of the TFT of the first exemplary embodiment except for the surface layer.

In other words, as shown in FIG. **8**, the gate electrode **11** is formed on the insulating substrate **10**, and the gate insulating film **12** is deposited thereon. The oxide semiconductor film **13** in an island shape is formed thereon further. The source/drain electrode **14** is formed on the island-shaped oxide semiconductor film **13**. It is the point of the sixth exemplary embodiment that the concentration gradient mixed layer **22** constituted with the mixture of the composition element of the oxide semiconductor film **13** and the composition element of the source/drain electrode **14** in contact with the oxide semiconductor film **13** exists in the interface between the oxide semiconductor film **13** and the source/drain electrode **14** and that the number of atoms of the composition element of the concentration gradient mixed layer **22** changes from the source/drain electrode **14** side towards the oxide semiconductor film **13** side. Further, a passivation film **16** is deposited to cover the entire part of the TFT **106**. While the structure shown in FIG. **8** does not include the surface layer shown in FIG. **1** with reference numeral **15**, shown in FIG. **3** with reference numeral **17**, and shown in FIG. **5** with reference numeral **19**, such surface layer may also be provided to the structure shown in FIG. **8**.

The sixth exemplary embodiment will be described in more details by referring to FIG. **8**.

An Mo film is deposited on a glass substrate as the insulating substrate **10** by a sputtering method, and the Mo film is patterned into a desired shape to form the gate electrode **11**. Subsequently, a silicon oxide film as the gate insulating film **12** is deposited by a plasma CVD method. Then, an IGZO film as the oxide semiconductor film **13** is deposited by a sputtering method, and the IGZO film is patterned into a desired island shape.

As the oxide semiconductor film **13**, it is desirable to contain at least In or Zn. For example, it is possible to use any oxide semiconductor films other than the IGZO film, e.g., a ZnO film, an In—Zn—O film, an In—Si—O film, and an Al—Zn—Sn—O film.

Further, Ti and an Al alloy as the source/drain electrode metal are deposited in this order by a sputtering method. Then, those metal films are etched into a desired shape to form the source/drain electrode **14**. Note here that it is possible to use Mo instead of Ti. In that case, Ti in the descriptions hereinafter regarding the sixth exemplary embodiment is replaced with Mo as appropriate.

Before depositing the source-drain metal films, it is desirable to expose the surface of the IGZO film to a rare gas puttering plasma of Ar or He, for example. Specifically, it is possible to employ a method which discharges electricity in the rare gas plasma by having the substrate side as the cathode potential (the so-called reverse sputtering discharge) before depositing the source-drain metal Ti film by sputtering, for example.

Thereafter, when the Ti metal is deposited, the concentration gradient mixed layer **22** composed of IGZO and Ti in which the concentration gradient regarding the ratio of the numbers of atoms of the composition elements changes from the source/drain electrode **14** side towards the oxide semiconductor film **13** side is formed in the interface between the IGZO film and the Ti film. Specifically, the number of atoms of Ti decreases from the Ti electrode side towards the IGZO film side, and the number of atoms of In increases from the Ti

electrode side towards the IGZO film side. In the mixed layer having such concentration gradient, the resistivity is lowered gradually from the IGZO film side towards the Ti electrode side, so that the ohmic contact characteristic can be acquired easily.

As the thickness of the concentration gradient mixed layer **22**, it is desirable to be 5 to 30 nm. Patent Document 3 discloses a method which individually deposits the mixed layer. However, when the mixed layer is deposited individually, the composition thereof becomes uniform, so that it is not possible to form the mixed layer having the concentration gradient as in the case of the sixth exemplary embodiment. The mixed layer having such concentration gradient can be formed not only with the IGZO film but also with any oxide semiconductor films such as a ZnO film, an In—Zn—O film, an In—Si—O film, and an Al—Zn—Sn—O film.

The mixed layer having such concentration gradient can be employed for the TFTs in any of the structures (i.e., the channel-etch type or channel protection type) shown in FIGS. **1**, **3**, **5**, **6**, and **7** described in the first to fifth exemplary embodiments.

SUMMARY

In each of the above-described exemplary embodiments, the cases of using Ti, Mo, a Ti alloy, and an Mo alloy as the source-drain metal in the part to be in contact with the oxide semiconductor are mainly described. However, materials for the source-drain metal are not limited only to those. Specifically, a Cu alloy, an Al alloy, Cr, W, or the like may be in contact with the oxide semiconductor film. Further, on those metal materials, a plurality of any other metal materials may also be stacked.

The layer thickness of the surface layer containing fluorine or chlorine on the surface of the oxide semiconductor film is desirable to be between 3 nm and 20 nm, inclusive. When the layer thickness of less than 3 nm, there is a possibility that sufficient fluoridation cannot be done and an oxygen deficit region is remained within the surface layer. Meanwhile, when the layer thickness exceeds 20 nm, the layer of the oxide semiconductor film functioning as the active layer becomes too thin so that the transistor characteristic is deteriorated. The film thickness of the typical oxide semiconductor film of the TFT is within a range of about 30 nm to 100 nm. The layer thickness of such surface layer containing fluorine or chlorine can be controlled by changing the plasma discharge power and discharge time at the time of plasma etching conducted by using a fluorine-based or chlorine-based gas.

The proportion of the number of atoms of fluorine or chlorine of the surface layer containing fluorine or chlorine on the surface of the oxide semiconductor film is desirable to be between 0.1% and 73%, inclusive. In the case where the proportion is less than 0.1%, fluoridation or chlorination becomes insufficient. Thus, an oxygen deficit region is remained within the surface layer, thereby increasing the off-current of the TFT. Meanwhile, in the case where the oxide semiconductor film is an IGZO film, the composition proportion of fluorine or chlorine in the stoichiometric composition becomes 73% when the oxygen on the surface layer is all replaced with fluorine or chlorine. When the proportion of fluorine or chlorine becomes more than that, a fault is generated. Further, in the cases of the other oxide semiconductor films of ZnO and the like, the proportion of fluorine becomes 73% or less even when oxygen is replaced entirely with fluorine or chlorine.

In other words, in order to overcome the issues described above, the present invention provides the channel-etch bot-

US 8,785,925 B2

17

tom gate type TFT in which the gate electrode, the gate insulating film, the oxide semiconductor film, and the source/drain electrode are formed on the substrate in this order, and the TFT includes the surface layer containing fluorine or chlorine in the vicinity of the top face (the surface on the opposite side of the side in contact with the gate insulating film) of the oxide semiconductor film that does not overlap with the source/drain electrode.

Further, the present invention provides such TFT in which the surface layer containing fluorine or chlorine is constituted with the composition element of the oxide semiconductor film, the composition element of the source/drain electrodes in a part to be in contact with the oxide semiconductor film, and fluorine or chlorine. Furthermore, the present invention provides the TFT which includes the surface layer containing fluorine or chlorine constituted with the composition element of the oxide semiconductor film, the composition element of the source/drain electrode in a part to be in contact with the oxide semiconductor film, and fluorine or chlorine, in which the mixed layer constituted with the mixture of the composition element of the oxide semiconductor film and the composition element of the source/drain electrode exits in the interface between the oxide semiconductor film and the source/drain electrode.

Moreover, the present invention provides the channel protection bottom gate type TFT in which the gate electrode, the gate insulating film, the oxide semiconductor film, the channel protection insulating film, and the source/drain electrode are formed on the substrate in this order, and the TFT includes the surface layer containing fluorine or chlorine in the vicinity of the top face (the surface on the opposite side of the side in contact with the gate insulating film) of the entire oxide semiconductor film.

Further, the present invention provides such TFT in which the surface layer containing fluorine or chlorine is constituted with the composition element of the oxide semiconductor film and fluorine or chlorine. Furthermore, the present invention provides the TFT in which the mixed layer constituted with the mixture of the composition element of the oxide semiconductor film, the composition element of the source/drain electrode, and fluorine or chlorine exits in the interface between the oxide semiconductor film and the source/drain electrode.

In such TFTs, as the oxide semiconductor film, it is desirable to use an oxide semiconductor film containing at least indium or zinc. The surface layer containing fluorine or chlorine can be achieved by etching the source/drain electrode by using fluorine-based gas plasma or chlorine-based gas plasma. At the time of etching, it is desirable to set the substrate on the earth electrode side of the plasma device.

Through employing the present invention, it is possible to achieve low-cost and high-performance TFTs. The present invention makes it possible to achieve the TFT having a fine switching characteristic without etching the surface of the oxide semiconductor film, since generation of oxygen deficit can be suppressed through forming the surface layer containing fluorine or chlorine on the surface of the oxide semiconductor film.

While the present invention has been described by referring to the specific exemplary embodiments shown in the accompanying drawings, the present invention is not limited only to each of the exemplary embodiments shown in the drawings. Any changes and modifications occurred to those skilled in the art can be applied to the structures and the details of the present invention. Further, it is to be noted that the present invention includes combinations of a part of or the

18

entire part of each of the exemplary embodiments combined mutually in an appropriate manner.

While a part of or the entire part of the exemplary embodiments can be summarized as in following Supplementary Notes, the present invention is not necessarily limited to those structures.

Supplementary Note 1

First Exemplary Embodiment, FIG. **1**

A thin film device which includes a gate electrode on a substrate, a gate insulating film on the gate electrode, an oxide semiconductor film on the gate insulating film, and a source/drain electrode on the oxide semiconductor film, wherein a surface layer containing at least either fluorine or chlorine exists in a part of the oxide semiconductor film where the source/drain electrode is not superimposed (e.g., the oxide semiconductor film between the source electrode and the drain electrode constituting the source/drain electrode).

Supplementary Note 2

Second Exemplary Embodiment, FIG. **3**

The thin film device as depicted in Supplementary Note 1, wherein the surface layer contains a composition element of the oxide semiconductor film, a composition element of a part of the source/drain electrode in contact with the oxide semiconductor film, and at least either fluorine or chlorine.

Supplementary Note 3

Third Exemplary Embodiment, FIG. **5**

The thin film device as depicted in Supplementary Note 1 or 2, wherein a mixed layer containing a mixture of the composition element of the oxide semiconductor film and the composition element of the part of the source/drain electrode in contact with the oxide semiconductor film exists in an interface between the oxide semiconductor film and the source/drain electrode.

Supplementary Note 4

Fourth Exemplary Embodiment, FIG. **6**

The thin film device as depicted in Supplementary Note 1 or 2, which further includes a channel protection insulating film on the surface layer, wherein the surface layer also exists in a part of the oxide semiconductor film where the source/drain electrode is superimposed.

Supplementary Note 5

Fifth Exemplary Embodiment, FIG. **7**

The thin film device as depicted in Supplementary Note 4, wherein a mixed layer containing a mixture of the composition element of the oxide semiconductor film, the composition element of the part of the source/drain electrode in contact with the oxide semiconductor film, and at least either

US 8,785,925 B2

19

20

fluorine or chlorine exists in the interface between the oxide semiconductor film and the source/drain electrode.

Supplementary Note 6

Sixth Exemplary Embodiment, FIG. **8**

A thin film device which includes a gate electrode on a substrate, a gate insulating film on the gate electrode, an oxide semiconductor film on the gate insulating film, and a source/drain electrode on the oxide semiconductor film, wherein: a mixed layer containing a mixture of the composition element of the oxide semiconductor film and the composition element of a part of the source/drain electrode in contact with the oxide semiconductor film exists in an interface between the oxide semiconductor film and the source/drain electrode; and the number of atoms of composition elements of the mixed layer changes from the source/drain electrode side towards the oxide semiconductor film side.

Supplementary Note 7

The thin film device as depicted in any one of Supplementary Notes 1 to 6, wherein the oxide semiconductor film contains at least either indium or zinc.

Supplementary Note 8

The thin film device as depicted in any one of Supplementary Notes 1 to 7, wherein the proportion of the number of atoms of fluorine or the number of atoms of chlorine of the surface layer is between 0.1% and 73%, inclusive.

Supplementary Note 9

The thin film device as depicted in any one of Supplementary Notes 1 to 8, wherein the part of the source/drain electrode in contact with the oxide semiconductor film contains at least titanium or molybdenum.

Supplementary Note 10

The thin film device as depicted in Supplementary Note 3 or 6, wherein: the surface layer contains indium, gallium, zinc, oxygen, titanium, and at least either fluorine or chlorine; and the mixed layer contains indium, gallium, zinc, oxygen, and titanium.

Supplementary Note 10A

The thin film device as depicted in Supplementary Note 5, wherein: the surface layer contains indium, gallium, zinc, oxygen, and at least either fluorine or chlorine; and the mixed layer contains indium, gallium, zinc, oxygen, titanium, and at least either fluorine or chlorine.

Supplementary Note 11

The thin film device as depicted in Supplementary Note 3 or 6, wherein: the surface layer contains indium, gallium, zinc, oxygen, molybdenum, and at least either fluorine or chlorine; and the mixed layer contains indium, gallium, zinc, oxygen, and molybdenum.

Supplementary Note 11A

The thin film device as depicted in Supplementary Note 5, wherein: the surface layer contains indium, gallium, zinc,

oxygen, and at least either fluorine or chlorine; and the mixed layer contains indium, gallium, zinc, oxygen, molybdenum, and at least either fluorine or chlorine.

Supplementary Note 12

The thin film device as depicted in Supplementary Note 6, wherein: the mixed layer contains indium, gallium, zinc, oxygen, and titanium; and the number of atoms of titanium of the mixed layer decreases from the source/drain electrode side towards the oxide semiconductor film side, and the number of atoms of indium or zinc of the mixed layer increases from the source/drain electrode side towards the oxide semiconductor film side.

Supplementary Note 13

The thin film device as depicted in Supplementary Note 6, wherein: the mixed layer contains indium, gallium, zinc, oxygen, and molybdenum; and the number of atoms of molybdenum of the mixed layer decreases from the source/drain electrode side towards the oxide semiconductor film side, and the number of atoms of indium or zinc of the mixed layer increases from the source/drain electrode side towards the oxide semiconductor film side.

Supplementary Note 14

First Exemplary Embodiment, FIG. **1**

A thin film device manufacturing method which includes: forming a gate electrode on a substrate; forming a gate insulating film on the gate electrode; forming an oxide semiconductor film on the gate insulating film; depositing a metal layer to be the source/drain electrode on the oxide semiconductor film; and selectively performing plasma etching of the metal layer by using at least either a fluorine-based gas or a chlorine-based gas thereby to form the source/drain electrode on the oxide semiconductor film and to form a surface layer containing at least either fluorine or chlorine in a part of the oxide semiconductor film where the source/drain electrode is not superimposed (e.g., the oxide semiconductor film between the source electrode and the drain electrode constituting the source/drain electrode).

Supplementary Note 15

Second Exemplary Embodiment, FIG. **3**

The thin film device manufacturing method as depicted in Supplementary Note 14, which, when forming the source/drain electrode on the oxide semiconductor film, deposits the metal layer to be the source/drain electrode on the oxide semiconductor film, and selectively performs plasma etching of the metal layer by using at least either a fluorine-based gas or a chlorine-based gas thereby to form a surface layer containing a composition element of the oxide semiconductor film, a composition element of a part of the source/drain electrode in contact with the oxide semiconductor film, and at least either fluorine or chlorine in a part of the oxide semiconductor film where the source/drain electrode is not superimposed (e.g., the oxide semiconductor film between the source electrode and the drain electrode constituting the source/drain electrode).

21

## Supplementary Note 16

### Third Exemplary Embodiment, FIG. 5

The thin film device manufacturing method as depicted in Supplementary Note 14 or 15, which, when forming the source/drain electrode on the oxide semiconductor film, deposits the metal layer to be the source/drain electrode on the oxide semiconductor film, selectively performs plasma etching of the metal layer by using at least either a fluorine-based gas or a chlorine-based gas thereby to form the surface layer in a part of the oxide semiconductor film where the source/drain electrode is not superimposed (e.g., the oxide semiconductor film between the source electrode and the drain electrode constituting the source/drain electrode) and to form a mixed layer containing a mixture of the composition element of the oxide semiconductor film and the composition element of a part of the source/drain electrode in contact with the oxide semiconductor film in an interface between the oxide semiconductor film and the source/drain electrode.

## Supplementary Note 17

### Fourth Exemplary Embodiment, FIG. 6

A thin film device manufacturing method which includes: forming a gate electrode on a substrate; forming a gate insulating film on the gate electrode; forming an oxide semiconductor film on the gate insulating film; and performing plasma processing on the surface of the oxide semiconductor film by using at least either a fluorine-based gas or a chlorine-based gas thereby to form a surface layer containing at least either fluorine or chlorine on the entire surface of the oxide semiconductor film, to form a channel protection insulating film on a part of the surface layer, and to form the source/drain electrode on the surface layer and the channel protection insulating film.

## Supplementary Note 18

### Fifth Exemplary Embodiment, FIG. 7

The thin film device manufacturing method as depicted in Supplementary Note 17, which, when forming the source/drain electrode on the surface layer and the channel protection insulating film, deposits a metal layer to be the source/drain electrode on a part of the surface layer not covered by the channel protection insulating film and on the channel protection insulating film, and selectively performs plasma etching of the metal layer thereby to replace the surface layer between the oxide semiconductor film and the source/drain electrode with a mixed layer containing a mixture of the composition element of the surface layer (the composition element of the oxide semiconductor film and at least either fluorine or chlorine) and the composition element of a part of the source/drain electrode in contact with the surface layer.

## Supplementary Note 19

### Sixth Exemplary Embodiment, FIG. 8

A thin film device manufacturing method which includes: forming a gate electrode on a substrate; forming a gate insulating film on the gate electrode; forming an oxide semiconductor film on the gate insulating film; forming the source/drain electrode on the oxide semiconductor film; and forming a mixed layer containing a mixture of the composition ele-

22

ment of the oxide semiconductor film and the composition element of a part of the source/drain electrode in contact with the oxide semiconductor film in an interface between the oxide semiconductor film and the source/drain electrode, wherein the mixed layer is formed in such a manner that the number of atoms of composition elements of the mixed layer changes from the source/drain electrode side towards the oxide semiconductor film side.

## Supplementary Note 21

A bottom-gate type TFT which includes a gate electrode, a gate insulating film, an island-shaped oxide semiconductor film, and a source/drain electrode formed on a substrate in this order, wherein a surface layer containing fluorine or chlorine is provided in the vicinity of a top face (a surface on the opposite side of the side in contact with the gate insulating film) of the island-shaped oxide semiconductor film in a part where the source/drain electrode is not superimposed.

## Supplementary Note 22

The TFT as depicted in Supplementary Note 21, wherein the composition element of the surface layer is constituted with the composition element of the island-shaped oxide semiconductor film, the composition element of the source/drain electrode in the part in contact with the island-shaped oxide semiconductor film, and fluorine or chlorine.

## Supplementary Note 23

The TFT as depicted in Supplementary Note 22, wherein a mixed layer containing a mixture of the composition element of the island-shaped oxide semiconductor film and the composition element of a part of the source/drain electrode in contact with the oxide semiconductor film exists in an interface between the island-shaped oxide semiconductor film and the source/drain electrode.

## Supplementary Note 24

A bottom-gate type TFT which includes a gate electrode, a gate insulating film, an island-shaped oxide semiconductor film, a channel protection insulating film, and a source/drain electrode formed on a substrate in this order, wherein a surface layer containing fluorine or chlorine is provided in the vicinity of a top face (a surface on the opposite side of the side in contact with the gate insulating film) of the island-shaped oxide semiconductor film.

## Supplementary Note 25

The TFT as depicted in Supplementary Note 24, wherein a mixed layer containing a mixture of the composition element of the island-shaped oxide semiconductor film, the composition element of the part of the source/drain electrode in contact with the oxide semiconductor film, and fluorine or chlorine exists in an interface between the island-shaped oxide semiconductor film and the source/drain electrode.

## Supplementary Note 26

The TFT as depicted in any one of Supplementary Notes 21 to 25, wherein the island-shaped oxide semiconductor film contains indium or zinc.

## Supplementary Note 27

The TFT as depicted in any one of Supplementary Notes 21 to 26, wherein the proportion of the number of atoms of

fluorine or the number of atoms of chlorine of the surface layer is between 0.1% and 73%, inclusive.

### Supplementary Note 28

The TFT as depicted in any one of Supplementary Notes 21 to 27, wherein the part of the source/drain electrode in contact with the island-shaped oxide semiconductor film is titanium or molybdenum.

### Supplementary Note 29

The TFT as depicted in Supplementary Note 21, 22, 23 or 28, wherein: the composition elements of the surface layer are indium, gallium, zinc, oxygen, titanium, and fluorine or chlorine; and the composition elements of the mixed layer are indium, gallium, zinc, oxygen, and titanium.

### Supplementary Note 30

The TFT as depicted in Supplementary Note 21, 22, 23 or 28, wherein the composition elements of the surface layer are indium, gallium, zinc, oxygen, molybdenum, and fluorine or chlorine; and the composition elements of the mixed layer are indium, gallium, zinc, oxygen, and molybdenum.

### Supplementary Note 31

The TFT as depicted in Supplementary Note 24 or 25, wherein: the composition elements of the surface layer are indium, gallium, zinc, oxygen, and fluorine or chlorine; and the composition elements of the mixed layer are indium, gallium, zinc, oxygen, titanium, and fluorine or chlorine.

### Supplementary Note 32

The TFT as depicted in Supplementary Note 24 or 25, wherein: the composition elements of the surface layer are indium, gallium, zinc, oxygen, and fluorine or chlorine; and the composition elements of the mixed layer are indium, gallium, zinc, oxygen, molybdenum, and fluorine or chlorine.

### Supplementary Note 33

A bottom-gate type TFT which includes a gate electrode, a gate insulating film, an island-shaped oxide semiconductor film, and a source/drain electrode formed on a substrate in this order or a bottom-gate type TFT which includes a gate electrode, a gate insulating film, an island-shaped oxide semiconductor film, a channel protection insulating film, and a source/drain electrode formed on a substrate in this order, wherein: a mixed layer containing a mixture of the composition element of the oxide semiconductor film and the composition element of the source/drain electrode exists in an interface between the oxide semiconductor film and the source/drain electrode; and the number of atoms of composition elements of the mixed layer changes from the source/drain electrode side towards the oxide semiconductor film side.

### Supplementary Note 34

The TFT as depicted in Supplementary Note 33, wherein the oxide semiconductor film contains indium or zinc.

### Supplementary Note 35

The TFT as depicted in Supplementary Note 33 or 34, wherein the material of a part of the source/drain electrode in contact with the oxide semiconductor film is titanium or molybdenum.

### Supplementary Note 36

The TFT as depicted in any one of Supplementary Notes 33 to 35, wherein: the composition elements of the mixed layer are indium, gallium, zinc, oxygen, and titanium; and the number of atoms of titanium in the mixed layer decreases from the source/drain electrode side towards the oxide semiconductor film side, and the number of atoms of indium or zinc in the mixed layer increases from the source/drain electrode side towards the oxide semiconductor film side.

### Supplementary Note 37

The TFT as depicted in any one of Supplementary Notes 33 to 35, wherein: the composition elements of the mixed layer are indium, gallium, zinc, oxygen, and molybdenum; and the number of atoms of molybdenum in the mixed layer decreases from the source/drain electrode side towards the oxide semiconductor film side, and the number of atoms of indium in the mixed layer increases from the source/drain electrode side towards the oxide semiconductor film side. The possibilities of industrial use of the present invention may be pixel drive elements of flat panel displays such as a liquid crystal display, an organic EL display, and an electronic paper. In particular, through controlling the oxide semiconductor surface layer by using the present invention, it is possible acquire a TFT in which the electric characteristics such as the off-current and the threshold voltage are more minutely controlled compared to the case of the related techniques using the oxide semiconductor. Therefore, the present invention can be utilized not only for the pixel drive element but also for a high-performance circuit such as a logic circuit formed by having an inverter as the base.

Furthermore, the present invention can be used not only for the display as described above but also for high pressure-resistance power device which utilizes a high drain pressure-resistance of the TFT and to a thermoelectric conversion device which utilizes a high thermoelectromotive power of the oxide semiconductor film.

What is claimed is:

**1**. A thin film device, comprising a gate electrode on a substrate, a gate insulating film on the gate electrode, an oxide semiconductor film on the gate insulating film, and a source/drain electrode on the oxide semiconductor film, wherein

a surface layer contains a composition element of the oxide semiconductor film, a composition element of a part of the source/drain electrode in contact with the oxide semiconductor film, and at least either fluorine or chlorine exist in a part of the oxide semiconductor film where the source/drain electrode is not superimposed.

**2**. A thin film device, comprising a gate electrode on a substrate, a gate insulating film on the gate electrode, an oxide semiconductor film on the gate insulating film, and a source/drain electrode on the oxide semiconductor film, wherein

a surface layer containing at least either fluorine or chlorine exists in a part of the oxide semiconductor film where the source/drain electrode is not superimposed, and

a mixed layer containing a mixture of the composition element of the oxide semiconductor film and the composition element of the part of the source/drain electrode

US 8,785,925 B2

25

in contact with the oxide semiconductor film exists in an interface between the oxide semiconductor film and the source/drain electrode.

3. A thin film device, comprising a gate electrode on a substrate, a gate insulating film on the gate electrode, an oxide semiconductor film on the gate insulating film, and a source/drain electrode on the oxide semiconductor film, wherein

a surface layer containing at least either fluorine or chlorine exists in a part of the oxide semiconductor film where the source/drain electrode is not superimposed,

the thin film device further comprises a channel protection insulating film on the surface layer, and

the surface layer also exists in a part of the oxide semiconductor film where the source/drain electrode is superimposed.

4. The thin film device as claimed in claim 3, wherein

a mixed layer constituted with a mixture of the composition element of the oxide semiconductor film, the composition element of the part of the source/drain electrode in contact with the oxide semiconductor film, and at least either fluorine or chlorine exists in an interface between the oxide semiconductor film and the source/drain electrode.

5. A thin film device, comprising a gate electrode on a substrate, a gate insulating film on the gate electrode, an oxide semiconductor film on the gate insulating film, and a source/drain electrode on the oxide semiconductor film, wherein:

a mixed layer containing a mixture of a first composition element of the oxide semiconductor film and a second composition element of a part of the source/drain electrode in contact with the oxide semiconductor film exists in an interface between the oxide semiconductor film and the source/drain electrode; and

a quantity of atoms of the first and second composition elements of the mixed layer changes from the source/drain electrode side towards the oxide semiconductor film side.

6. The thin film device as claimed in claim 2, wherein:

the surface layer contains indium, gallium, zinc, oxygen, titanium, and at least either fluorine or chlorine; and

the mixed layer contains indium, gallium, zinc, oxygen, and titanium.

26

7. The thin film device as claimed in claim 4, wherein:

the surface layer contains indium, gallium, zinc, oxygen, and at least either fluorine or chlorine; and

the mixed layer contains indium, gallium, zinc, oxygen, titanium, and at least either fluorine or chlorine.

8. The thin film device as claimed in claim 2, wherein:

the surface layer contains indium, gallium, zinc, oxygen, molybdenum, and at least either fluorine or chlorine; and

the mixed layer contains indium, gallium, zinc, oxygen, and molybdenum.

9. The thin film device as claimed in claim 4, wherein:

the surface layer contains indium, gallium, zinc, oxygen, and at least either fluorine or chlorine; and

the mixed layer contains indium, gallium, zinc, oxygen, molybdenum, and at least either fluorine or chlorine.

10. The thin film device as claimed in claim 5, wherein:

the mixed layer contains indium, gallium, zinc, oxygen, and titanium; and

a quantity of atoms of titanium of the mixed layer decreases from the source/drain electrode side towards the oxide semiconductor film side, and a quantity of atoms of indium or zinc of the mixed layer increases from the source/drain electrode side towards the oxide semiconductor film side.

11. The thin film device as claimed in claim 5, wherein:

the mixed layer contains indium, gallium, zinc, oxygen, and molybdenum; and

a quantity of atoms of molybdenum of the mixed layer decreases from the source/drain electrode side towards the oxide semiconductor film side, and a quantity of atoms of indium or zinc of the mixed layer increases from the source/drain electrode side towards the oxide semiconductor film side.

12. The thin film device as claimed in claim 1, wherein the oxide semiconductor film contains at least either indium or zinc.

13. The thin film device as claimed in claim 1, wherein a proportion of the number of atoms of fluorine or the number of atoms of chlorine of the surface layer is between 0.1% and 73%, inclusive.

14. The thin film device as claimed in claim 1, wherein the part of the source/drain electrode in contact with the oxide semiconductor film contains at least titanium or molybdenum.

* * * * *

# EXHIBIT B

Filed in Support of Plaintiff Tianma Microelectronics Co. Ltd.'s
Complaint for Patent Infringement

US010234971B2

(12) **United States Patent**
Ding et al.

(10) Patent No.: **US 10,234,971 B2**
(45) Date of Patent: **Mar. 19, 2019**

(54) **TOUCH-DISPLAY PANEL AND TOUCH-DISPLAY DEVICE**

(71) Applicants: **Shanghai Tianma Micro-electronics Co., Ltd.**, Shanghai (CN); **Tianma Micro-electronics Co., Ltd.**, Shenzhen (CN)

(72) Inventors: **Hong Ding**, Shanghai (CN); **Lingxiao Du**, Shanghai (CN); **Gujun Li**, Shanghai (CN)

(73) Assignees: **Shanghai Tianma Micro-electronics Co., Ltd.**, Shanghai (CN); **Tianma Micro-electronics Co., Ltd.**, Shenzhen (CN)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 154 days.

(21) Appl. No.: **15/374,947**

(22) Filed: **Dec. 9, 2016**

(65) **Prior Publication Data**

US 2017/0090636 A1    Mar. 30, 2017

(30) **Foreign Application Priority Data**

May 6, 2016    (CN) .......................... 2016 1 0297874

(51) **Int. Cl.**
  *G06F 3/041*        (2006.01)
  *G02F 1/1333*       (2006.01)
  (Continued)

(52) **U.S. Cl.**
  CPC ............ *G06F 3/0412* (2013.01); *G06F 3/044* (2013.01); *G06F 3/0416* (2013.01);
  (Continued)

(58) **Field of Classification Search**
  None
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2015/0198835 A1*  7/2015  Kwon ................ G02F 1/13394
                                              349/139
2016/0274716 A1*  9/2016  Liu ................... G02F 1/133345
                          (Continued)

FOREIGN PATENT DOCUMENTS

CN      204557445 U      8/2015

*Primary Examiner* — Benjamin C Lee
*Assistant Examiner* — Krishna P Neupane
(74) *Attorney, Agent, or Firm* — Anova Law Group, PLLC

(57)        **ABSTRACT**

The present disclosure provides a touch-display panel including a first substrate and a second substrate; a touch electrode layer provided on the first substrate and including a plurality of touch electrodes; a touch signal wire layer including a plurality of touch signal wires. The touch signal wire layer further includes a plurality of dummy touch signal wires. A plurality of spacers is provided on a surface of the second substrate facing the first substrate, wherein the plurality of spacers have a first orthographic projection on the plane of the touch signal wire layer, and the orthographic projection is overlapped with said touch signal wires or the dummy touch signal wires. The touch-display panel provides dummy touch signal wires and the first orthographic projections of the spacer on the plane of the touch signal wire layer are overlapped with the touch signal wires or dummy touch signal wires.

**20 Claims, 8 Drawing Sheets**



**US 10,234,971 B2**

Page 2

---

(51) **Int. Cl.**
    *G02F 1/1339*     (2006.01)
    *G02F 1/1343*     (2006.01)
    *G06F 3/044*     (2006.01)

(52) **U.S. Cl.**
    CPC ...... *G02F 1/13338* (2013.01); *G02F 1/13394*
        (2013.01); *G02F 2001/13396* (2013.01)

(56)           **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2017/0090635 A1* | 3/2017 | Kim | G06F 3/0412 |
| 2017/0235396 A1* | 8/2017 | Gong | G06F 3/0412 |
| | | | 349/12 |
| 2018/0004056 A1* | 1/2018 | Park | G02F 1/13338 |

* cited by examiner



FIG. 1A

FIG. 1B



FIG. 2



FIG. 3



FIG. 4A



FIG. 4B



FIG. 5



FIG. 6



FIG. 7



FIG. 8

US 10,234,971 B2

1

# TOUCH-DISPLAY PANEL AND TOUCH-DISPLAY DEVICE

## CROSS-REFERENCES TO RELATED APPLICATIONS

This application claims priority of Chinese Patent Application No. 201610297874.7, filed on May 6, 2016, the entire contents of which are hereby incorporated by reference.

## BACKGROUND

As the rapid developments of display technology, touch panels have been very popular all over people's life. As the developments of capacitive touch-display technology, touch electrodes may be directly integrated inside a display panel so as to be integrated with the existed layer structure inside the display panel, thereby significantly lowering the manufacturing cost, increasing the productivity, and reducing the thickness of the panel.

The current liquid crystal display (LCD) device includes a color filter substrate and an array substrate opposed to each other, and a liquid crystal layer between the color filter substrate and the array substrate. There is a frame adhesive provided between the color filter substrate and the array substrate so as to fix these two substrates. Spacers are further provided on the color filter substrate to support a gap between the color filter substrate and the array substrate for better stabilization of the structure.

With respect to an integrated touch-display device, wires for touch signals are provided within the display area for transmitting touch signals to the touch electrodes, while the wires for the touch signals within display area may limit the flexibility of distribution of the spacers. In a practical manufacturing process, some of spacers are disposed above the wires for the touch signals and some of spacers are not disposed above the wires for the touch signals, which may lead to a thicker cell where the spacers are disposed above the wires for the touch signals. The above structure will result abnormality in colors displayed on the touch panel. The above abnormality in colors renders the display quality of the display panel degraded.

## BRIEF SUMMARY OF THE DISCLOSURE

In view of the above, the present disclosure provides a touch-display panel and a touch-display device.

In one aspect of the embodiments, the present disclosure provides a touch-display panel including a first substrate and a second substrate; a touch electrode layer provided on the first substrate and including an array of a plurality of touch electrodes insulated from each other; a touch signal wire layer including a plurality of touch signal wires; and a control circuit configured to provide touch signals to the touch electrodes; wherein each of the touch signal wire electrically connects one touch electrode with the control circuit, and each of the touch electrode is electrically connected with at least one touch signal wire. The touch signal wire layer further includes a plurality of dummy touch signal wires. A plurality of spacers is provided on a surface of the second substrate facing the first substrate, wherein the plurality of spacers has a first orthographic projection on the plane of the touch signal wire layer, and the orthographic projection is overlapped with the touch signal wires or the dummy touch signal wires.

2

In another aspect of the embodiments, the present disclosure provides a touch-display device which includes the touch-display panel as described above.

The touch-display panel and the touch-display device have advantages as follows:

With providing the dummy touch signal wires, the spacers are provided above the touch signal wires and the dummy touch signal wires so as to increase the flexibility of distribution of the spacers, and to solve the problem that the cell thickness is uneven due to the fact that some of spacers are placed above the touch signal wires and some of spacers are not placed above the touch signal wires. Therefore, the touch-display panel provided by the present disclosure could have better display effects.

## BRIEF DESCRIPTION OF THE DRAWINGS

The following drawings are merely examples for illustrative purposes according to various disclosed embodiments and are not intended to limit the scope of the present disclosure.

FIG. 1A is a schematic view of an embodiment of the touch-display panel according to the present disclosure;

FIG. 1B is a cross-section view taken along line AA' of FIG. 1A;

FIG. 2 is a schematic view of another embodiment of the touch-display panel according to the present disclosure;

FIG. 3 is a schematic view of still another embodiment of the touch-display panel according to the present disclosure;

FIG. 4A is a schematic view of one another embodiment of the touch-display panel according to the present disclosure;

FIG. 4B is a cross-section view taken along line AA' of FIG. 4A;

FIG. 5 is a schematic view of at least one embodiment of the touch-display panel according to the present disclosure;

FIG. 6 is a schematic view of at least one embodiment of the touch-display panel according to the present disclosure;

FIG. 7 is a schematic view of at least one embodiment of the touch-display panel according to the present disclosure; and

FIG. 8 is a schematic view of at least one embodiment of the touch-display panel according to the present disclosure.

## DETAILED DESCRIPTION

Detailed description would be made on the present disclosure in connection with the drawings and the embodiments. It should be appreciated that, the embodiments described herein are merely used for explanation of related disclosure, rather than for limitation on the present disclosure. Furthermore, it should be noted that, only parts related to the present disclosure are shown in the drawings for convenience of description.

It should be noted that, the embodiments and features of the embodiments of the present disclosure may be combined with each other without conflicting with each other. In the following, detailed description is made on the present disclosure in connection with the drawings.

FIG. 1A is a schematic view of an embodiment of the touch-display panel according to the present invention, and FIG. 1B is a cross-section view taken along line AA' of FIG. 1A. Referring to FIG. 1A and FIG. 1B, a touch-display panel includes a first substrate 101 and a second substrate 102, a touch electrode layer 103 provided on the first substrate 101 and including an array of a plurality of touch electrodes 1031 insulated from each other; a touch signal wire layer 104

3

4

including a plurality of touch signal wires **1041**; and a control circuit **106** configured to provide touch signals to the touch electrodes **1031**; wherein each touch signal wire **1041** is electrically connected with one touch electrode **1031**, and each touch electrode **1031** is electrically connected with at least one touch signal wire **1041**.

The touch signal wire layer **104** further includes a plurality of dummy touch signal wires **1042**. A plurality of spacers **1021** is provided on a surface of the second substrate **102** facing the first substrate **101**, and the plurality of spacers **1021** has a first orthographic projections **1021'** on the plane of the first substrate **101**. The first orthographic projections **1021'** are overlapped with the touch signal wires **1041** or the dummy touch signal wires **1042**.

It should be noted that, the second substrate and spacers are not shown in FIG. **1A**. In FIG. **1B**, the touch electrode layer **103** herein refers to a layer structure where the plurality of touch electrodes **1031** are provided, and the touch signal wire layer **104** herein refers to a layer structure where a plurality of touch signal wires **1041** and a plurality of dummy touch signal wires **1042** are provided. Referring to FIG. **1A** and FIG. **1B**, the first substrate **101** is an array substrate, and structures such as thin film transistor arrays, gate lines, data lines, common electrodes and so on are formed on the first substrate **101**.

The second substrate **102** is a color filter substrate, and structures such as color resist layer, black matrix, and so on are formed on the color filter substrate. A liquid crystal layer **105** is sandwiched between the first substrate **101** and the second substrate **102** to achieve a display function of the touch-display panel. The touch electrode layer **103** is provided on the first substrate **101** and includes an array of a plurality of touch electrode **1031** insulated from each other. The touch signal wire layer **104** is further provided on the first substrate **101**, and includes a plurality of touch signal wires **1041**.

Each signal wire **1041** is electrically connected with one touch electrode **1031**, and each touch electrode **1031** is electrically connected with at least one touch signal wire **1041**. The other end of the touch signal wire **1041** is electrically connected with the control circuit **106** configured to transmit a touch signal to the touch electrode **1031** or receive a touch signal from the touch electrode **1031**, thereby achieving a touch function of the touch-display panel.

The touch signal wire layer **104** further includes a plurality of dummy touch signal wires **1042**. The dummy touch signal wires **1042** as disclosed herein mean that the dummy touch signal wires **1042** would not render the touch electrodes **1031** and the control circuit **106** electrically connected, and that the dummy touch signal wires **1042** would not transmit touch signals between touch electrode **1031** and the control circuit **106**.

In the present embodiment, a plurality of spacers **1021** is provided on a surface of the second substrate **102** facing the first substrate **101**. The spacers **1021** are used to support a gap between the first substrate **101** and the second substrate **102** and to maintain the cell thickness of the liquid crystal cell comprising the first substrate **101**, the second substrate **102**, and the liquid crystal layer **105**, and thus the uniformity of display of the touch-display panel is maintained. The plurality of spacers **1021** has a first orthographic projection **1021'** on the plane of the touch signal wire layer **104**, and the first orthographic projection **1021'** is overlapped with the touch signal wires **1041** or the dummy touch signal wires **1042**.

In the present embodiment, the first orthographic projection **1021'** of the spacers **1021** are provided to be overlapped with the touch signal wires or the dummy touch signal wires, so that the spacers **1021** are provided above the touch signal wires and the dummy touch signal wires. Such structure makes the distribution of the spacers more even without limitation by the distribution of the touch signal wires.

This structure solves the problem that the cell thickness of liquid crystal cell is uneven due to the fact that some of the spacers are placed above touch signal wires without providing the dummy touch signal wires. Therefore, the touch-display panel according to the present disclosure has better display uniformity and display effects.

It should be noted that, in the present embodiment, it is feasible that some of the spacers are provided above the touch signal wires (i.e., the first orthographic projections of some of the spacers on the plane of the touch signal wire layer are overlapped with the touch signal wires), and some of the spacers are provided above the dummy touch signal wires (i.e., the first orthographic projections of some of the spacers on the plane of the touch signal wire layer are overlapped with the dummy touch signal wires).

Furthermore, in the structure as shown in FIG. **1B**, the touch electrode layer **103** (i.e., the layer where the touch electrodes **1031** are provided) is closer to the second substrate **102** than the touch signal wire layer **104** (the layer where the touch signal wires **1041** and the dummy touch signal wires **1042** are provided). That is to say, the touch electrode layer **103** is provided above the touch signal wire layer **104** as shown in FIG. **2**. However, alternatively, the touch electrode layer **103** is provided below the touch signal wire layer **104** as shown in FIG. **2**, and there is no limitation thereon in the present disclosure.

Alternatively, FIG. **2** is a schematic view of another embodiment of the touch-display panel according to the present disclosure. As shown in FIG. **2**, the touch signal wires **2041** and/or the dummy touch signal wires **2042** have at least one protrusion **2043**, and a first orthographic projection **2021'** of the spacers on the plane of the touch signal wire layer is overlapped with the protrusions **2043**.

In general, the width of the touch signal wires and the dummy touch signal wires is smaller than the width of the cross-section of the spacers. The protrusions of the touch signal wires and the dummy touch signal wires support the spacers more stably, so as to ensure the stability of the spacers. The touch signal wires and the protrusions thereof or the dummy touch signal wires and the protrusions thereof are formed integrally.

Alternatively, FIG. **3** is a schematic view of still another embodiment of the touch-display panel according to the present disclosure. As shown in FIG. **3**, the spacers **3021** include primary spacers **3021A** and secondary spacers **3021B**, wherein the primary spacers **3021A** have a height D larger than a height d of the secondary spacers **3021B**.

In the present embodiment, the primary spacers **3021A** are configured to support the thickness of the liquid crystal cell, and both ends of the primary spacers closely contact with the first and second substrates (the second substrate referred herein includes other layer structure provided on the second substrate). The height d of the secondary spacer **3021B** is less than the height D of the primary spacer **3021A**. When the touch-display panel is not pressed by an external force, one end of the secondary spacer **3021B** contacts with the first substrate or the second substrate, and the other end is suspended.

When the touch-display panel is pressed by an external force, the secondary spacer **3021B** will alleviate the external

... 

US 10,234,971 B2

<div style="text-align:center">5</div>

force pressed on the touch-display panel, and thus the touch-display panel is protected from the damage caused by the external force. The first orthographic projections of either primary spacers or secondary spacers are overlapped with the touch signal wires or the dummy touch signal wires so as to maintain the uniformity of distribution of the spacers. The cell thickness of the liquid crystal cell can be more even when there is no external force pressed on the touch-display panel, thereby maintaining an excellent display effect.

Alternatively, FIG. **4**A is a schematic view of one another embodiment of the touch-display panel according to another the present disclosure, and FIG. **4**B is a cross-section view taken along line AA' of FIG. **4**A. With reference to FIG. **4**A and FIG. **4**B, the parts same or similar to those in the above embodiments are omitted to avoid redundant, and the different parts are mainly in that an insulation layer **407** is provided between the touch electrode layer and the touch signal wire layer and have a plurality of via holes **4071**, through which the touch signal wires **4041** are electrically connected with the touch electrodes **4031**. It should be noted that the second substrate, the insulation layer and the spacers are not shown in FIG. **4**A for better clarification.

More particularly, the touch electrode layer includes a plurality of touch electrodes **4031** provided in an array. In the present embodiment, the touch electrodes **4031** are used as self-capacitance touch electrodes, each of which is electrically connected with the control circuit **406** at least through one touch signal wires **4041**, and there is an insulation layer **407** provided between the touch electrode layer and the touch signal wire layer. The insulation layer **407** insulates one touch signal wire from the touch electrodes which are not required to be electrically connected with the touch signal wire.

The insulation layer **407** have a plurality of via holes **4071**, and the touch signal wires **4041** are electrically connected with corresponding touch electrodes **4031** through the via holes **4071**. Alternatively, with reference to FIG. **4**A and FIG. **4**B, the dummy touch signal wires **4042** are electrically connected with the touch electrodes **4031** through the via holes **4071** in a similar way. However, the dummy touch signal wires would not be connected to the control circuit and not be used to transmit the touch signals.

In the present embodiment, the dummy touch signal wires **4042** are electrically connected with the touch electrodes **4031** so that the electrical potential of the dummy touch signal wires is maintained stable, and the electrical potential of the dummy touch signal wires is not be affected by the data lines, so that the electrical potential of the dummy touch signal wires does not affect the electrical potential of adjacent pixel electrodes so as to maintain the uniformity of displayed screen.

Alternatively, with reference to FIG. **4**A, the via holes have a second orthographic projections **4071'** on the plane of the touch signal wire layer, which are overlapped with the protrusions **4043**. The second orthographic projections **4071'** are provided to be overlapped with the protrusions **4043**, and the protrusions **4043** have larger widths than those of the touch signal wires or the dummy touch signal wires, thereby maintaining the stability of the electrical connection between the touch signal wires **4041** or the dummy touch signal wires **4042** with the touch electrodes **4031**.

It should be noted that, in the present embodiment, the structure where the first orthographic projections **4021'** of the spacers on the plane of the touch signal wire layer are overlapped with the protrusions **4043**, and the second orthographic projections **4071'** of the via holes on the plane of the

<div style="text-align:center">6</div>

touch signal wire layer are overlapped with the protrusions **4043** does not mean that the first orthographic projections **4021'**, the second orthographic projections **4071'**, and the protrusions **4043** should be overlapped with one another at the same time. It is feasible that the first orthographic projections **4021'** are overlapped with some of protrusions **4043**, and the second orthographic projections **4071'** are overlapped with some other protrusions **4043**.

As an alternative embodiment with respect to the present embodiment, the first orthographic projections **4021'**, the second orthographic projections **4071'**, and the protrusions **4043** are overlapped with one another at the same time. As shown by the dashed-line circle frame of S in FIG. **4**A, when the first orthographic projections **4021'**, the second orthographic projections **4071'**, and the protrusions **4043** are overlapped with one another at the same time, the spacers are used as secondary spacers.

FIG. **5** is a schematic view of at least one embodiment of the touch-display panel according to the present disclosure. As shown in FIG. **5**, the touch-display panel further includes a plurality of display pixels PX provided in an array; a plurality of data lines DL configured to transmit display signals to the plurality of display pixels PX; and a plurality of touch electrodes **5031** used as common electrodes during display and configured to provide common signals to the plurality of display pixels PX.

More particularly, each display pixel PX includes a thin film transistor (TFT), a pixel electrode and a common electrode. The drain electrode of the TFT is electrically connected with the pixel electrode, the source electrode of the TFT is electrically connected with the data line DL, and the gate electrode of the TFT is electrically connected with the gate line, the other end of which is connected with the gate drive circuit **508**.

When the screen is displayed, the gate drive circuit **508** transmits a driving scanning signal so as to control the TFT to be turned on/off through the gate line. When the TFT is turned on, the display signal is input to the display pixel through the data line DL and received by the pixel electrode. At the same time, the common electrode receives a common signal, and an electrical field is formed between the pixel electrode and the common electrode, so that the display panel is controlled to perform the display. In the present embodiment, a plurality of touch electrodes **5031** are used as common electrodes during display.

During touching, the touch electrodes **5031** receive touch signals and are used as touch electrodes. A plurality of touch electrodes **5031** is used as self-capacitive touch electrodes. In the present embodiment, the common electrodes and the touch electrodes are multiplied so as to reduce processes for integrated touch-display panel and save time and cost for manufacturing.

FIG. **6** is a schematic view of at least one embodiment of the touch-display panel according to the present disclosure. As shown in FIG. **6**, each dummy touch signal wire has a third orthographic projection **6042'** on the plane of the touch electrode layer, and each third orthographic projection **6042'** is located within the area of one touch electrode **6031**. At least one third orthographic projection **6042'** is provided in the area of each touch electrode **6031**.

More particularly, with reference to FIG. **6**, one touch electrode **6031** is generally corresponding to a plurality of display pixels PX. The spacers are generally distributed between adjacent display pixels, and have relatively higher distribution density. A plurality of dummy touch signal wires is provided in the area of one touch electrode, and the spacers are provided above the touch signal wires or the

US 10,234,971 B2

7

dummy touch signal wires (the first orthographic projection of the spacers on the plane of the touch signal wire layer are overlapped with the touch signal wire or the dummy touch signal wire). Therefore, the heights of the spacers at each position are maintained the same and thus the display of the screen can be more even.

Alternatively, the touch signal wires and the dummy touch signal wires and the data lines DL have the same extension direction. The touch signal wires or the dummy touch signal wires are provided between two adjacent columns of display pixels. The dummy touch signal wires have a length less than or equal to the length of the touch electrodes in the direction of data lines. In the present embodiment, each second orthographic projection **6042'** is provided in the area of one touch electrode **6031**. That is, one dummy touch signal wire is not overlapped with two or more touch electrodes at the same time, so that the load capacitance between adjacent touch electrodes is decreased.

It should be noted that, in FIG. **6**, there are touch signal wires or dummy touch signal wires provided between any two adjacent columns of display pixels, and such arrangement offers the largest flexibility for arranging the spacers. The spacers are arranged in any distribution form so as to maintain the uniformity of cell thickness of liquid crystal cell. However, such arrangement should not be regarded as limitation on the present disclosure, and there are no touch signal wires or dummy touch signal wires between two columns of display pixels.

Alternatively, FIG. **7** is a schematic view of at least one embodiment of the touch-display panel according to the present disclosure. As shown in FIG. **7**, in the direction of data line, there is a first interval d1 between two adjacent dummy touch signal wires **7042**, and the first interval **d1** is about 8 to 12 micrometers in the direction of data line.

More particularly, in the direction of data line, the distance between two adjacent dummy touch signal wires **7042** is 8 to 12 micrometers so as to lower the risk for a short circuit between adjacent dummy touch signal wires, and thus the load capacitance between adjacent touch electrodes **7031** would not be increased. When the distance between two adjacent dummy touch signal wires **7042** in the direction of data line is less than 8 micrometers, the adjacent dummy touch signal wires will be wired during the production process of the dummy touch signal wires, which will lead to a short circuit. When the distance between two adjacent dummy touch signal wires in the direction of data line is more than 12 micrometers, it would be difficult to maintain the uniform distribution of the spacers.

Alternatively, with reference to FIG. **7**, there is a second interval d2 between two adjacent display pixels. The first interval **d1** and the second interval **d2** are partially overlapped in the direction of the data line. In the present embodiment, there is no limitation on whether or not d1 is more than or equal to or less than d2 in the direction of data line. When the first interval and second interval are at least partially overlapped, the interval part between two dummy touch signal wires adjacent to each other in the direction of data line is located between two adjacent rows of display pixels or partly located between two adjacent rows of display pixels. Such arrangement facilitates the uniform distribution of dummy touch signal wires.

Alternatively, FIG. **8** is a schematic view of at least one embodiment of the touch-display panel according to the present disclosure. As shown in FIG. **8**, in the direction of data line, the length d3 of the dummy touch signal wire **8042** is less than or equal to the length D3 of the display pixel PX. When the dummy touch signal wire **8042** has a length equal

8

to or less than that of display pixel PX in the direction of data line, more dummy touch signal wires maintain physically insulated therebetween. The more dummy touch signal wires are dispersed, the more the accumulation on the dummy touch signal wires by static electricity inside the touch-display panel can be prevented, so that the touch-display panel is protected from being destroyed by static electricity.

The present disclosure further provides a touch-display device, which includes any touch-display panel described above. The touch-display device has the related advantages of the above touch-display panel accordingly due to containing the touch-display panel as described above. The touch-display device is implemented in mobile phone, PC, notebook, tablet, electronic album, and the like.

The touch-display panel provides dummy touch signal wires and the first orthographic projections of the spacers on the plane of the touch signal wire layer are overlapped with the touch signal wires or dummy touch signal wires, so that the spacers have better flexibility of distribution, the cell thickness of liquid crystal cell is maintained more even. Therefore, the touch-display device including the touch-display panel provided by the present disclosure has better display effects.

It will become apparent to those people skilled in the art that various modifications and variations can be made to the structure of the disclosure without departing from the scope or spirit of the disclosure. In view of the foregoing description, it is intended that all the modifications and variation fall within the scope of the following appended claims and their equivalents

What is claimed is:

1. A touch-display panel, comprising:

a first substrate and a second substrate disposed opposite with each other;

a touch electrode layer provided on the first substrate and comprising a plurality of touch electrodes provided in an array and insulated from each other;

a touch signal wire layer, including: a plurality of touch signal wires, and a plurality of dummy touch signal wires, wherein each dummy touch signal wire of the plurality of dummy touch signal wires has an orthographic projection on a plane of the touch electrode layer, and the orthographic projection is located within an area of one touch electrode of the plurality of touch electrodes; and

a plurality of spacers provided on a surface of the second substrate facing the first substrate, wherein:

the plurality of spacers has a plurality of first orthographic projections on a plane of the touch signal wire layer, and

among the plurality of first orthographic projections:

at least one first orthographic projection overlaps with at least one touch signal wire of the plurality of touch signal wires, and

at least another first orthographic projection overlaps with at least one dummy touch signal wire of the plurality of dummy touch signal wires; and

a control circuit configured to provide touch signals to each touch electrode of the plurality of touch electrodes; wherein

each touch signal wire of the plurality of touch signal wires electrically connects one touch electrode of the plurality of touch electrodes with the control circuit, and

US 10,234,971 B2

9

each touch electrode of the plurality of touch electrodes is electrically connected with at least one touch signal wire of the plurality of touch signal wires.

**2**. The touch-display panel according to claim **1**, wherein each touch signal wire of the plurality of touch signal wires or each dummy touch signal wire of the plurality of dummy touch signal wires has at least one protrusion disposed on the first substrate, protruding in a direction intersecting an extending direction of each touch signal wire of the plurality of touch signal wires or each dummy touch signal wire of the plurality of dummy touch signal wires, and the first orthographic projection overlaps with the at least one protrusion.

**3**. The touch-display panel according to claim **1**, wherein:
each spacer of the plurality of spacers includes a primary spacer and a secondary spacer; and
a height of the primary spacer is greater than a height of the second spacer.

**4**. The touch-display panel according to claim **2**, further comprising an insulation layer disposed between the touch electrode layer and the touch signal wire layer, and the insulation layer has a plurality of via holes, through which the touch signal wires are electrically connected with the touch electrodes.

**5**. The touch-display panel according to claim **4**, wherein:
each dummy touch signal wire of the plurality of dummy touch signal wires is electrically connected with a corresponding touch electrode of the plurality of touch electrodes through a corresponding via hole of the plurality of via holes.

**6**. The touch-display panel according to claim **5**, wherein:
each via hole of the plurality of via holes has a second orthographic projection on the plane of the touch signal wire layer, and
the second orthographic projection overlaps with the at least one protrusion.

**7**. The touch-display panel according to claim **6**, wherein:
the orthographic projection of each dummy touch signal wire of the plurality of dummy touch signal wires includes a third orthographic projection on the plane of the touch electrode layer, and
the third orthographic projection is located in an area of one touch electrode of the plurality of touch electrodes.

**8**. The touch-display panel according to claim **7**, wherein:
at least one third orthographic projection is disposed in the area of each touch electrode of the plurality of touch electrodes.

**9**. The touch-display panel according to claim **8**, further comprising:
a plurality of pixel units provided in an array; and
a plurality of data lines, wherein each data line of the plurality of data lines is configured to transmit a display signal to a corresponding pixel unit of the plurality of pixel units;
wherein each touch electrode of the plurality of touch electrodes is usable as a common electrode during displaying and the common electrode is configured to provide a common signal to the corresponding pixel unit of the plurality of pixel units.

**10**. The touch-display panel according to claim **9**, wherein:
each touch signal wire of the plurality of touch signal wires and each dummy touch signal wire of the plurality of dummy touch signal wires has a same extension direction with the plurality of data lines.

**11**. The touch-display panel according to claim **10**, wherein:

10

each touch signal wire of the plurality of touch signal wires or each dummy touch signal wire of the plurality of dummy touch signal wires is provided between two adjacent columns of the plurality of pixel units.

**12**. The touch-display panel according to claim **11**, wherein:
a length of a dummy touch signal wire of the plurality of dummy touch signal wires, in the direction of the plurality of data lines, is less than or equal to a length of a touch electrode of the plurality of touch electrodes in the direction of the plurality of data lines.

**13**. The touch-display panel according to claim **12**, wherein:
in the direction of the plurality of data lines, a first interval is provided between two adjacent dummy touch signal wires of the plurality of dummy touch signal wires, and
a length of the first interval in the direction of the plurality of data lines is substantially 8-12 micrometers.

**14**. The touch-display panel according to claim **13**, wherein:
a second interval is provided between two adjacent rows of the plurality of pixel units, and
the first interval and the second interval at least partly overlap in the direction of the plurality of data lines.

**15**. The touch-display panel according to claim **11**, wherein:
a length of a dummy touch signal wire of the plurality of dummy touch signal wires, in the direction of the plurality of data lines, is less than or equal to a length of a pixel unit of the plurality of pixel units in the direction of the plurality of data lines.

**16**. A touch-display device, comprising:
a touch display panel, wherein the touch display panel comprises:
a first substrate and a second substrate disposed opposite with each other;
a touch electrode layer provided on the first substrate and comprising a plurality of touch electrodes provided in an array and insulated from each other;
a touch signal wire layer, including: a plurality of touch signal wires, and a plurality of dummy touch signal wires, wherein each dummy touch signal wire of the plurality of dummy touch signal wires has an orthographic projection on a plane of the touch electrode layer, and the orthographic projection is located within an area of one touch electrode of the plurality of touch electrodes; and
a plurality of spacers provided on a surface of the second substrate facing the first substrate, wherein:
the plurality of spacers has a plurality of first orthographic projections on a plane of the touch signal wire layer, and
among the plurality of first orthographic projections:
at least one first orthographic projection overlaps with at least one touch signal wire of the plurality of touch signal wires, and
at least another first orthographic projection overlaps with at least one dummy touch signal wire of the plurality of dummy touch signal wires; and
a control circuit configured to provide touch signals to each touch electrode of the plurality of touch electrodes; wherein
each touch signal wire of the plurality of touch signal wires electrically connects one touch electrode of the plurality of touch electrodes with the control circuit, and

US 10,234,971 B2

11

each touch electrode of the plurality of touch electrodes is electrically connected with at least one touch signal wire of the plurality of touch signal wires.

17. The touch-display device according to claim 16, further comprising:

a plurality of pixel units provided in an array; and

a plurality of data lines, wherein each data line of the plurality of data lines is configured to transmit a display signal to a corresponding pixel unit of the plurality of pixel units;

wherein each touch electrode of the plurality of touch electrodes is usable as a common electrode during displaying and the common electrode is configured to provide a common signal to the corresponding pixel unit of the plurality of pixel units.

18. The touch-display device according to claim 17, wherein:

each touch signal wire of the plurality of touch signal wires or each dummy touch signal wire of the plurality of dummy touch signal wires is provided between two adjacent columns of the plurality of pixel units.

12

19. The touch-display device according to claim 16, wherein each touch signal wire of the plurality of touch signal wires or each dummy touch signal wire of the plurality of dummy touch signal wires has at least one protrusion disposed on the first substrate, protruding in a direction intersecting an extending direction of each touch signal wire of the plurality of touch signal wires or each dummy touch signal wire of the plurality of dummy touch signal wires, and the first orthographic projection overlaps with the at least one protrusion.

20. The touch-display device according to claim 19, wherein:

each dummy touch signal wire of the plurality of dummy touch signal wires is electrically connected with a corresponding touch electrode of the plurality of touch electrodes through a corresponding via hole of a plurality of via holes in an insulation layer, and the insulation layer is between the touch electrode layer and the touch signal wire layer.

* * * * *

# EXHIBIT C

Filed in Support of Plaintiff Tianma Microelectronics Co. Ltd.'s
Complaint for Patent Infringement

Case 1:25-cv-02021-RP   Document 1-1   Filed 12/09/25   Page 43 of 266



US010770525B2

(12) **United States Patent**
Jiang et al.

(10) Patent No.: **US 10,770,525 B2**
(45) Date of Patent: **Sep. 8, 2020**

(54) **ORGANIC LIGHT-EMITTING DISPLAY PANEL, DISPLAY DEVICE, AND FABRICATION METHOD THEREOF**

(71) Applicant: **Shanghai Tianma Micro-Electronics Co., Ltd.**, Shanghai (CN)

(72) Inventors: **Wenxin Jiang**, Shanghai (CN); **Jiaxin Li**, Shanghai (CN); **Guofeng Zhang**, Shanghai (CN); **Hua Gong**, Shanghai (CN); **Canjun Xiao**, Shanghai (CN)

(73) Assignee: **SHANGHAI TIANMA MICRO-ELECTRONICS CO., LTD.**, Shanghai (CN)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/222,516**

(22) Filed: **Dec. 17, 2018**

(65) **Prior Publication Data**
US 2020/0052050 A1    Feb. 13, 2020

(30) **Foreign Application Priority Data**
Aug. 10, 2018    (CN) .......................... 2018 1 0906976

(51) **Int. Cl.**
| | | |
|---|---|---|
| *H01L 27/32* | (2006.01) | |
| *H01L 51/52* | (2006.01) | |
| *H01L 51/56* | (2006.01) | |

(52) **U.S. Cl.**
CPC ...... ***H01L 27/3246*** (2013.01); ***H01L 51/5212*** (2013.01); ***H01L 51/5253*** (2013.01); ***H01L 51/56*** (2013.01); *H01L 2227/323* (2013.01)

(58) **Field of Classification Search**
CPC ................................................. H01L 27/3246
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2016/0254274 A1*   9/2016   Li ........................ H01L 21/77
257/72

FOREIGN PATENT DOCUMENTS

| CN | 206282861 U | 6/2017 |
|---|---|---|
| CN | 207116481 U | 3/2018 |

* cited by examiner

*Primary Examiner* — Yu-Hsi D Sun
(74) *Attorney, Agent, or Firm* — Anova Law Group PLLC

(57)    **ABSTRACT**

An organic light-emitting display panel, divided into a display region and a non-display region surrounding the display region, includes a substrate; an array layer formed over the substrate; a pixel defining layer formed on the surface of the array layer away from the substrate; and a plurality of organic light-emitting devices formed in a plurality of openings of the pixel defining layer. The plurality of organic light-emitting devices are disposed in the display region, and each organic light-emitting device includes an anode, an organic light-emitting layer, and a cathode sequentially formed on the substrate. The organic light-emitting display panel also includes a plurality of support units disposed in the non-display region. At least one support unit of the plurality of support units is disposed on the surface of the pixel defining layer away from the substrate.

**14 Claims, 9 Drawing Sheets**



Case 1:25-cv-02021-RP    Document 1-1    Filed 12/09/25    Page 44 of 266



FIG. 1

Case 1:25-cv-02021-RP    Document 1-1    Filed 12/09/25    Page 45 of 266



FIG. 2



FIG. 3

Case 1:25-cv-02021-RP Document 1-1 Filed 12/09/25 Page 46 of 266



FIG. 4



FIG. 5

Case 1:25-cv-02021-RP   Document 1-1   Filed 12/09/25   Page 47 of 266



FIG. 6



FIG. 7

Case 1:25-cv-02021-RP   Document 1-1   Filed 12/09/25   Page 48 of 266



FIG. 8



FIG. 9

Case 1:25-cv-02021-RP   Document 1-1   Filed 12/09/25   Page 49 of 266



FIG. 10



FIG. 11

Case 1:25-cv-02021-RP   Document 1-1   Filed 12/09/25   Page 50 of 266



FIG. 12



FIG. 13

Case 1:25-cv-02021-RP   Document 1-1   Filed 12/09/25   Page 51 of 266



FIG. 14



FIG. 15

Case 1:25-cv-02021-RP    Document 1-1    Filed 12/09/25    Page 52 of 266



FIG. 16



FIG. 17

Case 1:25-cv-02021-RP   Document 1-1   Filed 12/09/25   Page 53 of 266

1

# ORGANIC LIGHT-EMITTING DISPLAY PANEL, DISPLAY DEVICE, AND FABRICATION METHOD THEREOF

## CROSS-REFERENCES TO RELATED APPLICATIONS

This application claims the priority of Chinese patent application No. 201810906976.3, filed on Aug. 10, 2018, the entirety of which is incorporated herein by reference.

## FIELD OF THE DISCLOSURE

The present disclosure generally relates to the field of display technology and, more particularly, relates to organic light-emitting display panel, display device, and fabrication method thereof.

## BACKGROUND

With the development of display technology, the display panel manufacturing technology has also become more and more mature. The existing display panels mainly include organic light-emitting diode (OLED) display panels and liquid crystal display (LCD) panels. The OLED display panels have been widely used in the display field due to its advantages of self-luminescence, low power consumption, fast response speed, wide viewing angle, etc.

However, OLED display panels are very sensitive to oxygen and moisture. If oxygen and moisture permeate into the interior of an OLED display panel, undesirable phenomena such as black spots, pinholes, and chemical reaction of organic materials may take place, thereby affecting the service life of the OLED display panel. In order to prevent external moisture, oxygen and other impurities from invading into the interior of the OLED display panel and resulting in reduction in the lifetime due to oxidation of the devices inside the OLED display panel, the OLED display panel usually adopts a thin film encapsulation (TFE) method to package the OLED display devices. However, with the improvement of the existing technology, even after the package structure of the organic light-emitting display panel is improved, paths for water and oxygen may still exist. As such, the OLED display devices may fail and dark spots may be created.

Therefore, providing an organic light-emitting display panel that is capable of improving the package performance and the product yield has become a technical issue to be solved in the field of display technology. The disclosed organic light-emitting display panel, display device, and fabrication method are directed to solve one or more problems set forth above and other problems in the art.

## BRIEF SUMMARY OF THE DISCLOSURE

One aspect of the present disclosure provides an organic light-emitting display panel. The organic light-emitting display panel, divided into a display region and a non-display region surrounding the display region, includes a substrate; an array layer formed over the substrate; a pixel defining layer formed on the surface of the array layer away from the substrate; and a plurality of organic light-emitting devices formed in a plurality of openings of the pixel defining layer. The plurality of organic light-emitting devices are disposed in the display region, and each organic light-emitting device includes an anode, an organic light-emitting layer, and a cathode sequentially formed on the substrate in a direction

2

away from the substrate. The organic light-emitting display panel also includes a plurality of support units disposed in the non-display region. At least one support unit of the plurality of support units is disposed on the surface of the pixel defining layer away from the substrate.

Another aspect of the present disclosure provides an organic light-emitting display device. The display device includes an organic light-emitting display panel according to the present disclosure.

Another aspect of the present disclosure provides a method for fabricating an organic light-emitting display panel including a display region and a non-display region surrounding the display region. The method includes providing a substrate; forming an array layer on the surface of the substrate; and forming a pixel defining layer on the surface of the array layer away from the substrate and a plurality of organic light-emitting devices in the display regions. Each organic light-emitting device includes an anode, an organic light-emitting layer, and a cathode. Forming the pixel defining layer and the plurality of organic light-emitting devices further includes sequentially forming the anode, the pixel defining layer, the organic light-emitting layer, and the cathode in a direction away from the substrate; and after forming the pixel defining layer and prior to forming the organic light-emitting layer, forming a plurality of support units in the non-display region on the surface of the pixel defining layer away from the substrate.

Other aspects of the present disclosure can be understood by those skilled in the art in light of the description, the claims, and the drawings of the present disclosure.

## BRIEF DESCRIPTION OF THE DRAWINGS

The following drawings are merely examples for illustrative purposes according to various disclosed embodiments and are not intended to limit the scope of the present disclosure.

FIG. 1 illustrates a schematic diagram of an organic light-emitting display panel;

FIG. 2 illustrates a schematic cross-sectional view of the organic light-emitting display panel shown in FIG. 1 in a direction along an A-A line;

FIG. 3 illustrates a schematic diagram of an exemplary organic light-emitting display panel according to some embodiments of the present disclosure;

FIG. 4 illustrates an exemplary schematic cross-sectional view of the organic light-emitting display panel shown in FIG. 3 in a direction along a B-B line;

FIG. 5 illustrates another exemplary schematic cross-sectional view of the organic light-emitting display panel shown in FIG. 3 in the direction along the B-B line;

FIG. 6 illustrates another exemplary schematic cross-sectional view of the organic light-emitting display panel shown in FIG. 3 in the direction along the B-B line;

FIG. 7 illustrates a schematic cross-sectional view of another exemplary touch-control panel consistent with some embodiments of the present disclosure;

FIG. 8 illustrates another exemplary schematic cross-sectional view of the organic light-emitting display panel shown in FIG. 3 in the direction along the B-B line;

FIG. 9 illustrates another exemplary schematic cross-sectional view of the organic light-emitting display panel shown in FIG. 3 in the direction along the B-B line;

FIG. 10 illustrates another exemplary schematic cross-sectional view of the organic light-emitting display panel shown in FIG. 3 in the direction along the B-B line;

FIG. **11** illustrates another exemplary schematic cross-sectional view of the organic light-emitting display panel shown in FIG. **3** in the direction along the B-B line;

FIG. **12** illustrates another exemplary schematic cross-sectional view of the organic light-emitting display panel shown in FIG. **3** in the direction along the B-B line;

FIGS. **13-16** illustrate schematic views of structures at certain stages of an exemplary method for fabricating an organic light-emitting display panel according to some embodiments of the present disclosure; and

FIG. **17** illustrates a schematic structural view of an exemplary display device according to some embodiments of the present disclosure.

DETAILED DESCRIPTION

Reference will now be made in detail to various exemplary embodiments of the present disclosure, which are illustrated in the accompanying drawings. It should be noted that specific details are set forth in the following description in order to provide a thorough understanding of the present disclosure. However, the present disclosure can be implemented in various ways other than those described herein, and those skilled in the art can make similar modification without departing from the spirit of the present disclosure. Therefore, the present disclosure should not be limited by the specific embodiments disclosed below.

The terms used in the embodiments of the present disclosure are merely for the purpose of describing particular embodiments, and are not intended to limit the present disclosure. The singular forms such as "a", "the", and "such a" used in the embodiments of the present disclosure and the appended claims are also intended to include the plural cases unless the context clearly indicates other meanings.

It should be noted that the terms such as "upper", "lower", "left", "right", etc. described in the embodiments of the present disclosure are used based on the view angle of the drawing, and thus should not be interpreted as limitations of the embodiments of the present disclosure. In addition, it should also be noted that when an element is referred to as "on" or "under" another element in the context, the element may be directly disposed "on" or "under" the other element, or may be indirectly disposed "on" or "under" the other element with an intermediate element in between.

In order to make the above described objects, features and advantages of the present disclosure more apparent and easy to understand, the present disclosure will now be further described with reference to the accompanying drawings and various embodiments. However, the exemplary embodiments can be implemented in a variety of forms and should not be construed as being limited to the specific embodiments set forth herein; instead, these embodiments are provided to make the present disclosure more comprehensive and complete, such that the concepts of the exemplary embodiments can be fully provided to those skilled in the art. The same reference numbers in the drawings refer to the same or similar structures, and thus once a reference number is described in a figure, description of the number will not be repeated in subsequent figures. The words expressing the position and the orientation in the present invention are described by taking the drawings as an example. However, changes can be made according to actual needs, and such changes are also included in the scope of the present disclosure. The drawings of the present disclosure are only used to illustrate the relative positional relationship, and the layer thicknesses of some portions may be drawn in an exaggerated manner in order to be easily understood. The layer thickness in the drawings does not represent the exact proportional relationship of the actual layer thickness. In the case where no conflict is involved, the embodiments in the present disclosure and the features in the embodiments can be combined with each other. The same labels are used in the drawings of the various embodiments of the present disclosure. In addition, the similarities between different embodiments may not be described again.

The packaging performance of traditional organic light-emitting display panels may be undesired. For example, unexpected objects may appear on the display panel. Further, these unexpected objects are found to appear at the edges of the display region. In particular, these unexpected objects are located at positions near the openings of a common mask plate, which is used for evaporating the organic material layers of the organic light-emitting diodes in the display panel.

FIG. **1** illustrates a schematic diagram of an organic light-emitting display panel fabricated using a method according to the existing technology, and FIG. **2** illustrates a schematic cross-sectional view of the organic light-emitting display panel shown in FIG. **1** in a direction along an A-A line. Referring to FIGS. **1-2**, in the existing technology, in order to fabricate an organic light-emitting display panel, a traditional evaporation process is used to form the organic light-emitting material. That is, a common mask plate is used during the evaporation of the organic light-emitting material for the OLED. Although the organic light-emitting material can be patterned using the common mask plate, during the actual manufacturing process, due to the structural characteristics of the common mask plate, the non-display region plays a major role in supporting the mask plate, and the mask plate may cause damage to the film layer in the non-display region during the pressing process (i.e., the process to press the mask plate against the supporting non-display region), generating scratches on the substrate or the display panel. The scratches are located within the non-display region, and the packaging layer needs to be in contact with the substrate or other layers on the substrate in the non-display region to package the OLED. Therefore, in the existing technology, after the subsequent TFE, the scratches may affect the performance of the contact between the packaging layer and the substrate or other layers on the substrate, causing the display panel to form paths for water and oxygen. As such, the OLED display devices may fail and dark spots may be generated.

The present disclosure provides an organic light-emitting display panel. FIG. **3** illustrates a schematic diagram of an exemplary organic light-emitting display panel according to some embodiments of the present disclosure, and FIG. **4** illustrates an exemplary schematic cross-sectional view of the organic light-emitting display panel shown in FIG. **3** in a direction along a B-B line.

Referring to FIGS. **3-4**, the organic light-emitting display panel **100** may be divided into a display region AA and a non-display region NA surrounding the display region AA. The organic light-emitting display panel **100** may include a substrate **110**, an array layer **120** disposed on the substrate **110**, a pixel defining layer **150** formed on the surface of the array layer **120** away from the substrate **110**, and a plurality of organic light-emitting devices **140** defined by a plurality of openings **151** formed in the pixel defining layer **150**. The plurality of organic light-emitting devices **140** may be located within the display region AA. For illustration purposes, only one organic light-emitting device **140** is shown in each figure as an example to describe the structure of the disclosed organic light-emitting display panel.

In one embodiment, the substrate **110** may be made of, for example, glass, polyimide (PI), polycarbonate (PC), polyethersulfone (PES), polyethylene terephthalate (PET), polyethylene naphthalate (PEN), polyarylate (PAR), glass fiber reinforced plastic (FRP), and other appropriate polymer materials. The substrate **110** may be transparent, translucent, or opaque. The substrate **110** in the embodiments of the present disclosure may be a flexible substrate made of a thin layer of a polymer, e.g. polyimide. The substrate **110** may also include a buffer layer. The buffer layer may include a stack structure formed by multiple inorganic and organic layers to block oxygen and moisture, preventing moisture or impurities from diffusing through the substrate. The buffer layer may also provide a flat surface on the upper surface of the substrate. The specific structure of the substrate is known to those skilled in the art, and will not be described in detail in the present disclosure.

The array layer **120** may include a plurality of thin film transistors (TFTs), and a pixel circuit formed by the TFTs to control the plurality of organic light-emitting devices **140**. In the embodiments of the present disclosure, a top gate type TFT is taken as an example for the illustration of the structures. The array layer **120** may include an active layer used for forming the TFTs. The active layer may include a plurality of source regions, a plurality of drain regions, and a plurality of channel regions. The plurality of source regions and the plurality of drain regions may be formed by doping N-type impurity ions or P-type impurity ions, and each channel region may be formed between a source region and a drain region. The array layer **120** may also include a gate insulating layer formed on the active layer, and a plurality of gate electrodes of the TFTs formed on the gate insulating layer. The array layer **120** may also include an interlayer insulating layer formed on the plurality of gat electrodes, and the interlayer insulating layer may be formed by an inorganic insulating layer made of silicon oxide, silicon nitride, or any other appropriate inorganic insulator. In other embodiments, the interlayer insulating layer may be formed by an organic insulating layer. A plurality of source electrodes and a plurality of drain electrodes of the TFTs may be disposed on the interlayer insulating layer. The plurality of source electrodes and the plurality of drain electrodes may be electrically connected (or bonded) to the plurality of source regions and the plurality of drain regions, respectively through a plurality of contract holes. The plurality of contact holes may be formed by selectively removing a portion of the gate insulating layer and the interlayer insulating layer.

In one embodiment, the array layer **120** may further include a passivation layer formed on the plurality of TFTs. For example, the passivation layer may be disposed on the plurality of source electrodes and the plurality of drain electrodes. The passivation layer may be formed by an inorganic layer made of silicon oxide, silicon nitride, or any other appropriate inorganic material. In other embodiments, the passivation layer may be formed by an organic layer.

In one embodiment, the organic light-emitting display panel **100** may also include a planarization layer **130** formed on the array layer **120**. The planarization layer may include an organic layer made of at least one of arcyl, PI, benzocyclobutene (BCB), or any other appropriate organic material. The planarization layer **130** may be able to provide a flat surface.

The organic light-emitting device **140** defined by the pixel defining layer **150** and the corresponding opening **151** formed in the pixel defining layer **150** may be formed on the planarization layer **130**. For example, in a direction away

from the substrate **110**, the organic light-emitting device **140** may sequentially include an anode **141**, an organic light-emitting layer **142**, and a cathode **143**. The anode **141** may include an anode pattern exclusively corresponding to a pixel unit. That is, the anode pattern and the pixel unit may have one-to-one correspondence. The anode pattern in the anode **141** may be electrically connected to a source electrode or a drain electrode of a TFT through a via formed in the planarization layer **130**.

The pixel defining layer **150** is disposed over a surface of the anode **141** away from the array layer **120**. The pixel defining layer **150** may be made of an organic material including at least one of PI, polyamide, BCB, acrylic resin, phenolic resin, etc. Alternatively, the pixel defining layer **150** may be made of an inorganic material including $SiN_x$, etc.

In one embodiment, the pixel defining layer **150** may include a plurality of openings **151** exposing the plurality of anodes **141**. The pixel defining layer **150** may cover an edge portion of the pattern of each anode **141**. The organic light-emitting layer **142** may be at least partially filled in each opening **151** and may be in contact with the anode **141** exposed in the opening **151**. The organic light-emitting layer **142** in each opening **151** may form a smallest light-emitting unit. The light-emitting units may be able to emit light in different colors according to the organic light-emitting materials used, and each light-emitting unit may communicate with the pixel circuit to form a pixel, and a plurality of pixels may operate together to display pictures.

In one embodiment, the organic light-emitting layer **142** may be formed in the plurality of openings **151** of the pixel defining layer **150** through inkjet printing, nozzle printing, evaporation, or any other appropriate method. The cathode **143** may be formed on the organic light-emitting layer **142** through evaporation. In one embodiment, the cathode **143** may cover the organic light-emitting layer **142** and the pixel defining layer **150**.

In one embodiment, a hole transport layer **144** and an electron transport layer **145** may be disposed in the organic light-emitting display panel **100**. The hole transport layer **144** may be disposed on the surface of the anode **141** away from the substrate **110**. The organic light-emitting layer **142** may be disposed on the surface of the hole transport layer **144** away from the anode **141**. The electron transport layer **145** may be disposed on the surface of the organic light-emitting layer **142** away from the hole transport layer **144**. Therefore, the hole transport layer **144** may be located between the anode **141** and the organic light-emitting layer **142**. The hole transport layer **144** may be used to enhance the ability of the anode **141** in injecting and transporting holes to the organic light-emitting layer **142**. The electron transport layer **145** may be located between the organic light-emitting layer **142** and the cathode **143**, and may be used to enhance the ability of the cathode **143** in injecting and transporting electrons to the organic light-emitting layer **142**. As such, a large number of holes and electrons can be injected into the organic light-emitting layer **142**. Therefore, the recombination efficiency may be improved, and the improvement of the luminous efficiency of the organic light-emitting layer **142** may also be achieved.

In one embodiment, the organic light-emitting display panel may further include a hole injection layer (not shown) and an electron injection layer (not shown). The hole injection layer may be disposed on the surface of the hole transport layer away from the organic light-emitting layer. That is, the hole injection layer may be located between the anode and the hole transport layer. The electron injection

Case 1:25-cv-02021-RP   Document 1-1   Filed 12/09/25   Page 55 of 266

7
8

layer may be disposed on the surface of the electron transport layer away from the organic light-emitting layer. That is, the electron injection layer may be located between the cathode and the electron transport layer.

The organic light-emitting display panel **100** may further include a plurality of support units **200** disposed in the non-display region NA. At least one support unit **200** of the support units **200** may be formed on the surface of the pixel defining layer **150** away from the substrate **110**. For example, the support units **200** may be formed on the pixel defining layer **150** and may be directly in contact with the pixel defining layer **150**. That is, according to the fabrication sequence, the film layer of the support units **200** may be located between the pixel defining layer **150** and the hole transport layer **144**. In one embodiment, the plurality of support units **200** may be discretely arranged on the pixel defining layer **150**, and the adjacent support units **200** may be spaced from each other.

In one embodiment, the plurality of support units **200** may be made of an organic material, including at least one of PI, polyamide, BCB, acrylic resin, phenolic resin, polystyrene resin, etc. Therefore, the support unit **200** may have certain flexibility, such that while ensuring the support units providing sufficient support for the film layers, the cushioning performance may also be improved.

In one embodiment, in a path from the edge of the display region AA to the edge of the organic light-emitting display panel **100**, at least two support units **200** may be disposed.

In one embodiment, the path from the edge of the display region AA to the edge of the organic light-emitting display panel **100** may be consistent with the moving direction of the common mask plate.

In one embodiment, in the moving direction of the common mask plate, the heights of at least two support units **200** may be consistent with each other. By providing at least two support units with a same height in the moving direction of the common mask plate, the mask plate can be stably supported, preventing the mask plate from tilting. At the same time, the possibility of scratching the support units can be reduced, and the situation of the support units becoming detached can be avoided. As such, the yield may be further improved.

In one embodiment, the minimum distance from one support unit **200** to the edge of the display region AA, i.e., the shortest straight-line distance from one single support unit **200** to the edge of the display region AA, may be in a range of approximately 50 μm to 150 μm, for example, including about 50 μm, about 150 μm, or any value between 50 μm and 150 μm. As used herein, a range disclosed in the present specification encompasses the values of the two endpoints of the range.

Considering the structure of the panel and the result of the evaporation process, the edge of the common film layer evaporated using the common mask plate may be located within the non-display region, and the result of the evaporation process may be optimized when the distance between the edge of the common film layer and the edge of the display region (referring to the minimum straight-line distance from any point on the edge of the common film layer to the edge of the display region) is approximately 100 μm. Further, considering that the alignment error of the common mask plate is approximately 50 μm, the distance from the support unit **200** to the edge of the display region AA may be in a range of approximately 50 μm to 100 μm.

Further, because the common mask plate may be a structure formed by a hollow region of the display region and a frame region surrounding the hollow region. In one embodi-ment, the distance from any support unit **200** to the edge of the display region AA may be in a range of approximately 50 μm to 100 μm. Therefore, in the case where misalignment causes the frame of the mask plate to exceed the edge position of the preset common film layer and shift away from the display region, the hollow region of the mask plate may expose the support units and the support units may not affect the hollow region that exceeds the pattern edge of the preset common film layer. In the case where misalignment causes the frame of the mask plate to exceed the edge position of the preset common film layer and shift towards the display region, the support units may provide support for the frame that exceeds the pattern edge of the preset common film layer. At the same time, the support units may not be too close to the display region. Therefore, the support units may not affect the display region. For example, the packaging of the display region, the flatness of the film layer, etc. may not be affected.

It should be understood that the embodiments of the present disclosure are described by taking cylindrical support units as examples for illustration; however, in other alternative embodiments of the present disclosure, the plurality of support units may have any other appropriate shapes. For example, the plurality of support units may be protrusions, hemispheres, plateaus, etc.

In one embodiment, the disclosed organic light-emitting display panel may also include a packaging layer (i.e., a thin-film packaging layer, not shown). The packaging layer may be disposed on the surfaces of the plurality of organic light-emitting devices (i.e., the light-emitting functional layer) away from the array layer **120**. The packaging layer may fully cover the plurality of organic light-emitting devices **140**, and thus may be used for packaging the plurality of organic light-emitting devices **140**. For example, the packaging layer may be disposed on the cathode, and may sequentially include a first inorganic packing layer, a first organic packing layer, and a second inorganic packaging layer in a direction away from the substrate **110**. In other embodiments, the packaging layer may have a multi-layer structure including alternately stacked at least one organic material layer and at least two inorganic material layers. In addition, two inorganic material layers may be formed as the top layer and the bottom layer of the multi-layer structure, respectively.

According to the embodiment of the present disclosure, a plurality of support units are disposed on the pixel defining layer in the non-display region. During the evaporation process of the common film layers, the plurality of support units may provide support for the mask plate, and thus reduce the contact area between the display panel and the mask plate. As such, the contact area between other film layers (i.e., the film layers that have been formed on the display panel prior to the evaporation process) on the display panel and the mask plate may be reduced, and thus the mask plate may be prevented from scratching the other film layers. Therefore, introducing invasion paths for water and oxygen may be avoided. In addition, the plurality of support units may also reduce the friction between the mask plate and the display panel, further preventing the mask plate from scratching the film layers, and thus improving the product yield.

FIG. **5** illustrates another exemplary schematic cross-sectional view of the organic light-emitting display panel shown in FIG. **3** in the direction along the B-B line. Referring to FIG. **5**, in another embodiment, the organic light-emitting display panel may be substantially the same as the organic light-emitting display panel show in FIG. **4**, and

the similarities will not be described herein again. However, the plurality of support units **200** discretely arranged on the pixel defining layer **150** in the organic light-emitting display panel shown in FIG. **5** may include a plurality of third support units **201** and a plurality of fourth support units **202**. In a direction perpendicular to the substrate **110**, the height of the plurality of third support units **201** may be larger than the height of the plurality of fourth support units **202**.

Therefore, by setting the plurality of third support units **201** higher than the plurality of fourth support units **202**, the plurality of third support units **201** may play the major role in supporting the mask plate. Therefore, the contact area and the friction between the mask plate and the film layers of the display panel may be reduced, such that the possibility of generating scratches may also be reduced. In the meantime, because of the presence of the plurality of fourth support units **202** which are shorter than the third support units **201**, the plurality of fourth support units **202** may play a supporting role in supporting the display panel. For example, even when the pressure or friction that the mask plate applies to the plurality of third support units **201** is too large such that the plurality of third support units **201** appear to be detached, or be bent or deformed, the plurality of fourth support units **202** may participate to provide support for the mask plate. As such, friction between the mask plate and the pixel defining layer **150** may still be avoided, which may improve the reliability of the support that the plurality of support units **200** provide for the mask plate. Therefore, a double insurance effect may be achieved.

In one embodiment, along a linear path from the edge of the display region AA to the edge of the display panel (that is, in a direction along the B-B line), the organic light-emitting display panel may at least include a plurality of third support units **201** and a plurality of fourth support units **202**. Further, along the linear path, the plurality of third support units **201** and the plurality of fourth support units **202** may be alternately distributed, and the height of the third support units **201** may be different from the height of the fourth support units **202**.

In one embodiment, at least one third support unit **201** may be disposed adjacent to at least one fourth support unit **202**. For example, the plurality of support units **200** may include a plurality of third support units **201** arranged in an array and a plurality of fourth support units **202** arranged in another array. The array of the plurality of third support units **201** may be intercalated with the array of the plurality of fourth support units **202**, and thus the array of the third support units **201** and the array of the fourth support units **202** may together form a total array of the support units **200**. In the total array of the support units **200**, the plurality of third support units **201** may be distributed uniformly and the plurality of fourth support units **202** may also be distributed uniformly. As such, the uniformity of the support provided by the plurality of support units **200** may be improved, preventing the mask plate from tilting.

FIG. **6** illustrates another exemplary schematic cross-sectional view of the organic light-emitting display panel shown in FIG. **3** in the direction along the B-B line, and FIG. **7** illustrates a schematic cross-sectional view of another exemplary touch-control panel consistent with some embodiments of the present disclosure. In another embodiment, referring to FIGS. **6-7**, the organic light-emitting display panel may be substantially the same as the organic light-emitting display panels described above, and the similarities between the organic light-emitting display panels will not be described herein again. However, in the non-display region NA, the pixel defining layer **150** may include

a plurality of island structures **152** that are isolated from each other, and at least some of the support units **200** may be disposed on the plurality of island structures **150**. It should be noted that plurality of island structures **152** may be formed by patterning a portion of the pixel defining layer **150** into islands. The plurality of island structures **152** may be formed through wet etching, dry etching, or photolithography. The plurality of island structures **152** may be formed in a same patterning process as the plurality of openings **151** of the pixel defining layer **150**.

In one embodiment, the non-display region NA may include a first non-display region (not shown) and a second non-display region (not shown). The first non-display region may surround the display region AA, the second non-display region may surround the display region AA and the first non-display region.

In the non-display region NA, the pixel defining layer **150** may be divided into a first portion located within the first non-display region and a second portion located within the second non-display region. In the first non-display region, the pixel defining layer **150** may include a plurality of island structures **152** with the plurality of island structures **152** spaced apart from each other. The plurality of island structures **152** may be disposed to surround the display region AA. In the second display region, the pixel defining layer **150** may have a ring pattern surrounding the display region AA and the first non-display region.

In one embodiment, the plurality of island structures **152** may be spaced apart from each other to expose other film layers under the pixel defining layer **150**, for example, a planarization layer disposed between the array layer **120** and the pixel defining layer **150** may be exposed.

In one embodiment, the plurality of island structures **152** may be distributed uniformly. For example, the plurality of island structures **152** may be arranged into an array.

In one embodiment, in the path from the edge of the display region AA to the edge of the display panel, at least two island structures **152** may be disposed. In one embodiment, the direction of the path may be consistent with the moving direction of the common mask plate. In addition, in the moving direction of the common mask plate, the at least two island structures **152** may have a same height.

By arranging at least two island structures in the moving direction of the mask plate and disposing a plurality of support units on the island structures, the mask plate may be stably supported to avoid tilting of the mask plate. In the meantime, the possibility of scratching the supporting units may be reduced, and the situation of the support units becoming detached can be avoided. As such, the yield may be further improved.

In one embodiment, the quantity of the support units **200** may be smaller than the quantity of the island structures **152**.

In one embodiment, the quantity of the support units disposed on each island structure may not exceed one. In other embodiments, the support units and the island structures may have one-to-one correspondence according to actual needs, or a plurality of support units may be disposed on a single island structure.

According to the embodiment of the present disclosure, a plurality of support units are disposed on a plurality of island structures formed on the pixel defining layer. The plurality of island structures may be spaced apart from each other. The contact area between the mask plate and the display panel may be reduced and the friction between the mask plate and the display panel may also be reduced. As such, scratches on the display panel may be avoided. In addition, the mask plate may be supported by the plurality of support

11

units, such that the mask plate may apply an excessively large pressure onto the plurality of support units. The plurality of support units may be further supported by the pixel defining layer. The pixel defining layer, different from a retaining wall which needs to form a continuous ring structure to surround the display region and thus seal the packaging layer from all directions, can be patterned into a plurality of island structures. Therefore, when the plurality of support units apply an excessively large pressure onto the pixel defining layer located under the plurality of support units, and thus lead to cracks in the pixel defining layer, the spacing between the island structures may be able to interrupt the cracks, preventing the cracks from spreading into other regions. In particular, the spacing between the island structures may be able to prevent the cracks from spreading into the display region and thus affecting the display and the organic light-emitting device or forming invasion paths for water and oxygen. Moreover, even when the plurality of support units receive an excessively large pressure or friction from the mask plate and appear to be damaged or detached, the spacing between the plurality of island structures may be able to contain the unexpected objects came from the falling-off support units.

FIG. **8** illustrates another exemplary schematic cross-sectional view of the organic light-emitting display panel shown in FIG. **3** in the direction along the B-B line. Referring to FIG. **8**, in one embodiment, the organic light-emitting display panel **100** may further include a retaining wall **500** disposed in the non-display region NA. The retaining wall **500** may be formed on the surface of the array layer **120** away from the substrate **110**, and may surround the display region AA.

In one embodiment, the array layer **120** may include a passivation layer formed between the plurality of TFTs (located within the array layer **120**) and the planarization layer **130**. The retaining wall **500** may be disposed on the passivation layer. For example, the retaining wall **500** may be located between the passivation layer and the packaging layer. The orthogonal projection of the retaining wall on the substrate **110** may surround the planarization layer. That is, the edge of the orthogonal projection of the planarization layer **130** on the substrate **110** may be located on the surface of the retaining wall **500** that is close to the display region AA.

In one embodiment, the retaining wall **500** may include a first surrounding wall **510** and a second surrounding wall **520**. The first surrounding wall **510** may be disposed to surround the display region AA, and the second surrounding wall **520** may be spaced apart from the first surrounding wall **510** and may surround the first surrounding wall **510**. The packaging layer may cover the first surrounding wall **510**, and may be located within the region surrounded by the second surrounding wall **520**. The first organic packaging layer may be located within the region surrounded by the first surrounding wall **510**. The first surrounding wall may be able to prevent overflow of the organic material in the packaging layer.

In one embodiment, the retaining wall may be separately fabricated using a material with a certain hardness and containing carbon, nitrogen, oxygen, etc. For example, the retaining wall may be made of a heterocyclic polymer containing imino groups and benzene rings, a polyether amide, etc.

In other embodiments, the retaining wall according to the present disclosure may not be limited to only including two surrounding walls, the quantity of the surrounding walls included in the retaining wall may be determined according

12

to the actual needs. In other embodiments, the surrounding walls according to the present disclosure may not be separately fabricated; instead, the surrounding walls may be formed by patterning a material in a same layer as the planarization layer or the pixel defining layer. In one embodiment, the surrounding walls may have a multi-layer structure and the quantity of the film layers in the surrounding walls may be changed according to actual needs. The first surrounding wall and the second surrounding wall may have the same structure and composition. In other embodiments, the first surrounding wall and the second surrounding wall may have different structures and different compositions.

In one embodiment, at least one support unit **200** of the support units **200** may be formed on the surface of the retaining wall **500** away from the substrate **110**.

It should be noted that although the material in the same layer as the pixel defining layer may be multiplexed as the retaining wall, the desired result of the present disclosure cannot be achieved solely relying on the retaining wall or any additional structure disposed on the retaining wall. The retaining wall is a ring strip surrounding the display region, and thus even when support structures are disposed on the retaining wall, the support structures can only be located within the range of the ring strip. In addition, in order to achieve a narrow border, the width of the retaining wall should be minimized, which may not be conducive to the support for the mask plate. Moreover, the narrow retaining wall and the alignment error of the mask plate may easily cause that the mask plate is not supported accurately. Further, because the major role of the retaining wall is to cut off the packaging layer and block cracks, even when multiple rounds of the retaining wall are formed without considering the narrow boarder issue, different rounds of the retaining wall may be set to have different heights according to the actual requirements. In a case where the multiple rounds of the retaining wall have different heights, the mask plate can only be in contact with the highest round of the retaining wall or the support units disposed on the highest round of the retaining wall. Therefore, the stability and reliability of the support may be low, which may increase the risk of problems during the fabrication process. Moreover, because the mask plate is supported by the support units, the mask plate may apply a large pressure on the support units. In addition, different from the retaining wall which needs to form a continuous ring to surround the display region and thus seal the packaging layer from all directions, the pixel defining layer can be patterned into a plurality of island structures. The design of the island structures in combination with the support units may have functions as described above.

The following description further explains the reason to have some support units disposed on the retaining wall while the other support units disposed on the pixel defining layer. Disposing at least one support unit of the support units on the retaining wall may enhance the reliability of the support that the support units provide to the mask plate. That is, the distribution density of the support units may not be too high (excessively dense support units may increase the process difficulty), and in the meantime, the area size of the mask plate that is supported may be increased. Moreover, by arranging the plurality of support units, the mask plate may be prevented from tilting, and the collision or friction between the mask plate and the retaining wall may also be avoided. Therefore, the completion of the retaining wall may be ensured, which may be conducive to improving the reliability of the package.

Case 1:25-cv-02021-RP    Document 1-1    Filed 12/09/25    Page 59 of 266

13

FIG. **9** illustrates another exemplary schematic cross-sectional view of the organic light-emitting display panel shown in FIG. **3** in the direction along the B-B line. Referring to FIG. **9**, in one embodiment, the plurality of island structures **152** may be spaced apart from each other. The spacing between adjacent island structures **152** may expose other film layers under the pixel defining layer **150**.

In one embodiment, the organic light-emitting display panel may also include an auxiliary conductive layer **170** located within the non-display region NA. The auxiliary conductive layer **170** may be in a same layer as the anode **141**. The cathode **143** may be in contact with the anode **141** through the spacing between adjacent island structures **152**. It should be noted that the auxiliary conductive layer **170** may be connected to a peripheral driving circuit of the display panel, e.g. a shift register, or may be connected to a low voltage signal source. The auxiliary conductive layer **170** may be used to transmit signals to the cathode, and thus may connect the cathode and the signal source and serve as a connection bridge. In addition, the auxiliary conductive layer **170** may be disposed in a same layer as the anode **141**, so that forming an additional film layer to connect the cathode and the signal source may not be necessary. Therefore, the thickness of the film layers may be reduced, which may be conducive to making the display panel thinner.

In one embodiment, the plurality of support units **200** may include a plurality of first support units **210** and a plurality of second support units **220**. The first support unit **210** may be located within a region covered by the orthogonal projection of the cathode **143** on the substrate **110**. The second support unit **220** may be located outside of the region covered by the orthogonal projection of the cathode **143** on the substrate **110**.

In one embodiment, the cathode **143** may have a single-piece structure and may cover the organic light-emitting layer **142**, the pixel defining layer **150**, and the array layer **120**.

In one embodiment, the cathode may be formed on the organic light-emitting layer through an evaporation process. The mask plate used for evaporating the cathode (in the following, denoted by cathode mask plate) may have a frame structure similar to a door frame. For example, the cathode mask plate may include a hollow region exposing the display region and a frame region. When evaporating the cathode, the frame region of the cathode mask plate may need to be supported by the non-display region of the display panel. Therefore, the cathode mask plate may also face the issue of generating scratches on the display panel. Further, the hollow region of the cathode mask plate may be larger than the hollow region of the common mask plate, that is, the size of the region covered by the cathode may be larger than the size of the region covered by the film layer formed by evaporating through the common mask plate. Therefore, the cathode may cover the film layer formed by evaporating through the common mask plate. According to the embodiments of the present disclosure, while preventing the common mask plate from scratching the display panel, the disclosed organic light-emitting display panel may also ensure the cathode mask plate unable to scratch the display panel during the subsequent process for forming the cathode.

FIG. **10** illustrates another exemplary schematic cross-sectional view of the organic light-emitting display panel shown in FIG. **3** in the direction along the B-B line. Referring to FIG. **10**, in the direction perpendicular to the

14

substrate **110**, the height of the plurality of second supports **220** may be smaller than the height of the plurality of first support units **210**.

In one embodiment, the plurality of second support units **220** may be disposed in a region covered by the packing layer.

Compared with the plurality of first support units **210**, the plurality of second support units **220** may be closer to the edge of the display panel and the retaining wall. That is, the plurality of second support units **220** may be closer to the edge of the packaging layer. Moreover, the thickness of the organic packaging layer may become thinner when approaching the edge of the packaging layer. Therefore, when the height of the support units (i.e., the plurality of second support units **220**) is too large, the support units may not only penetrate through the packaging layer, but also raise the height of the packaging layer, such that the retaining wall may not be efficiently seal the packaging layer. In one embodiment, setting the height of the plurality of second support units **220** smaller than the height of the plurality of first support units **210** may further ensure the reliability of the package.

Further, considering the alignment error of the mask plate, the separation between the region for disposing the first support units and the region for disposing the second support units may be defined by the boundary of the cathode. In the case where the alignment error causes the boarder of the mask plate to deviate from the edge position of the cathode and shift away from the display region, the hollow region of the mask plate may expose the support units, such that the support units may not affect the hollow region that exceeds the edge of the preset pattern of the common film layer. In the case where the alignment error causes the boarder of the mask plate to deviate from the edge position of the cathode and shift towards the display region, the support units may be able to provide support for the frame of the mask plate that exceeds the edge of the preset pattern of the common film layer.

In one embodiment, the minimum straight-line distance from any first support unit **210** among the plurality of first support units **210** to the edge of the display region AA may be in a range of approximately 50 μm to 150 μm. The maximum straight-line distance from a first support unit **210** among the plurality of first support units **210** to the edge of the display region AA may be smaller than or equal to 250 μm.

Considering the evaporation result of the panel structure, the edge of the cathode formed by evaporation using the cathode mask plate may be located within the non-display region. In addition, when the distance from the edge of the cathode to the edge of the display region (here, the distance refers to the minimum straight-line distance from any point on the edge of the cathode to the edge of the display region) is approximately 300 μm, the evaporation result may be desired. Further, considering that the alignment error of the mask plate is about 50 μm, in the case where the alignment error causes the boarder of the mask plate to deviate from the edge position of the cathode and shift away from the display region, the hollow region of the mask plate may expose some of the second support units, but the second support units may not affect the hollow region that exceeds the edge of the preset pattern of the common film layer; in the case where the alignment error causes the boarder of the mask plate to deviate from the edge position of the cathode and shift towards the display region, when the plurality of first support units are disposed in the region corresponding to the exceeded boarder of the mask plate, the cathode mask plate

supported by the plurality of second support units may be affected by the first support units because the height of the first support units is larger than the height of the second support units. As such, collision, friction, and tilting of the mask plate may take place. Therefore, in one embodiment, the maximum straight-line distance from any first support unit 210 to the edge of the display region AA may be smaller than or equal to 250 μm.

Also, considering that the alignment error of the mask plate is 50 μm, in the case where the alignment error causes the boarder of the mask plate to deviate from the edge position of the cathode and shift away from the display region, the hollow region of the mask plate may expose the support units such that the support units may not affect the hollow region that exceeds the edge of the preset pattern of the common film layer. In the case where the alignment error causes the boarder of the mask plate to deviate from the edge position of the cathode and shift towards the display region, the support units may be able to provide support for the frame of the mask plate that exceeds the edge of the preset pattern of the common film layer. In one embodiment, a minimum straight-line distance from any second support unit 220 among the plurality of second support units 220 to the edge of the display region AA may be in a range of approximately 250 μm to 350 μm.

FIG. 11 illustrates another exemplary schematic cross-sectional view of the organic light-emitting display panel shown in FIG. 3 in the direction along the B-B line. Referring to FIG. 11, in the direction perpendicular to the substrate 110, the thickness of the plurality of island structures 152 may be larger than the thickness of the pixel defining layer 150 in the display region AA.

In one embodiment, the island structures and the pixel defining layer in the display region that has a thickness different from the thickness of the island structures may be formed by controlling the degree of etching using a halftone mask plate. In other embodiments of the present disclosure, the above structures may also be completed through a single etching process.

In one embodiment, the support units need to be in contact with the mask plate. When the mask plate is pressed on the display panel or shifts with respect to the display panel, the mask plate may cause a certain degree of impact on the support units. Therefore, the supports unit may need to be made of a material with certain flexibility. Moreover, to ensure that friction between the mask plate and other film layers of the display panel can be avoided, a certain height may be required for the support units. That is, the plurality of support units may be required to have a certain height. In one embodiment, by setting the thickness of the island structures larger than the thickness of the pixel defining layer in the display region, the height of the support units can be raised by the island structures. Therefore, for support units that have desired buffering performance but can be easily deformed, the height of the support units may be appropriately reduced due to the assistance of the island structures. As such, bending or deformation of the support units under the friction of the mask plate due to the excessively high support units may be avoided, which may further prevent the scratching of the existing film layers, and thus the product yield may be improved.

FIG. 12 illustrates another exemplary schematic cross-sectional view of the organic light-emitting display panel shown in FIG. 3 in the direction along the B-B line. Referring to FIG. 12, in one embodiment, the organic light-emitting display panel may further include a plurality of main support pillars 300 disposed in the display region

AA. The plurality of main support pillars 300 may be formed on the surface of the pixel defining layer 150 away from the substrate 110. In the direction perpendicular to the substrate 110, the height of the plurality of support units 200 may be smaller than the height of the plurality of main support pillars 300.

In one embodiment, the plurality of support units 200 and the plurality of main support units 300 may be made of the same material and in the same layer. For example, the plurality of support units 200 and the plurality of main support pillars 300 that have different thicknesses (i.e., heights) may be formed by controlling the degree of etching using a halftone mask plate. In other embodiments of the present disclosure, the above structures may also be completed through a single etching process.

According to the disclosed organic light-emitting display panels, the process can be simplified, and the introduction of a new film layer can be avoided, which may be conducive to making the display panel thinner. Moreover, even when an alignment error of the mask plate takes place and a portion of the frame of the mask plate exceeds the edge of the display region and enters the display region, collision or friction between the film layers in the display region and the mask plate may still be avoided by properly matching the plurality of support units and the plurality of main support pillars.

In other embodiments of the present disclosure, the plurality of main support pillars may include a plurality of first main pillars disposed close to the edge of the display region, and a plurality of second main pillars disposed on the side of the plurality of first main pillars that is away from the edge of the display region. The height of the plurality of first main pillars may be smaller than the height of the plurality of second main pillars. Moreover, the height of the plurality of support units may be larger than the height of the plurality of first main pillars, and the height of the plurality of support units may be smaller than the height of the plurality of second main pillars. In one embodiment, the minimum straight-line distance from any second main pillar to the edge of the display region may be larger than 50 μm.

According to the disclosed organic light-emitting display panel, the plurality of first main pillars may ensure that even when an alignment error of the mask plate takes place and a portion of the frame of the mask plate exceeds the edge of the display region and enters the display region, collision or friction between the film layers in the display region and the mask plate can still be avoided by properly matching the plurality of support units and the plurality of main support pillars. In addition, the plurality of second main pillars may be able to provide the display region reliable and effective support, the plurality of support units may be able to reduce or avoid the scratching of the display panel, and the support units on the edge of the display region may not be able to affect the package.

FIGS. 13-16 illustrate schematic views of structures at certain stages of an exemplary fabrication method according to some embodiments of the present disclosure. Using the exemplary fabrication method, at least an organic light-emitting display panel may be formed. The steps and materials that have been described in the present disclosure and the steps that are the same as those in the existing technology are not described herein again.

Referring to FIG. 13, the fabrication method may include providing a substrate 110 including a display region AA and a non-display region NA, forming an array layer 120 on a first side surface of the substrate 110, and forming a pixel defining layer on the surface of the array layer 120 away

17 18

from the substrate **110** and forming a plurality of organic light-emitting devices **140** in the display region AA.

In one embodiment, each organic light-emitting device **140** may be an organic light-emitting diode.

It should be noted that the organic light-emitting display panel may be divided into a display region and a non-display region surrounding to the display region. Although during the fabrication process, the display region of the display panel has not been formed, arrangement for the positions of the display region and the non-display region may have been completed. For example, according to the embodiments of the present disclosure, the substrate may be divided into two parts corresponding to the display region and the non-display region, respectively, and the film layers may be accordingly disposed in subsequent processes.

In one embodiment, forming the pixel defining layer **150** on the surface of the array layer **120** away from the substrate **110** and also forming a plurality of organic light-emitting devices **140** in the display region AA may include sequentially forming an anode **143**, a pixel defining layer **150**, an organic light-emitting layer **142**, and a cathode **143** on the array layer **120** along a direction away from the substrate **110**.

For example, the anode **141** may be first formed on the array layer **120**. Forming the anode **141** may include forming a first metal layer on the array layer **120**, and patterning the first metal layer to form a plurality of metal patterns. In one embodiment, the plurality of metal patterns and the plurality of pixels may have one-to-one correspondence. Forming the pixel defining layer **150** on the anode **141** may include forming an insulating layer on the array layer **120** and the anode **141** (optionally, the insulating layer may be an organic insulating layer). The insulating layer may be patterned through a wet etching, dry etching, or photolithography processing to form a plurality of openings **151** exposing the anode **141**. The plurality of openings **151** and the plurality of pixels may have one-to-one correspondence.

In one embodiment, after forming the pixel defining layer **150** and prior to forming the organic light-emitting layer **142**, the fabrication method may further include forming a plurality of support units **200** on the surface of the pixel defining layer **150** away from the substrate **110**. The plurality of support units **200** may be disposed in the non-display region NA.

In one embodiment, the plurality of support units **200** may be made of an organic material. The plurality of support units **200** may be formed by patterning through wet etching, dry etching, or photolithography.

Referring to FIG. **14**, in one embodiment, after fabricating the plurality of support units **200** and prior to forming the organic light-emitting layer **142**, a hole transport layer **144** may be formed on the surface of the pixel defining layer **150** away from the substrate **110**. For example, forming the hole transport layer may include the following exemplary steps. First, a first common mask plate **610** may be provided. The first common mask plate **610** may include a first hollow region exposing the display region AA, and a first frame region **611** surrounding the first hollow region. Then, the first common mask plate **610** may be aligned with the organic light-emitting display panel **100**. The first frame region **611** may be in contact with the plurality of support units **200**. Further, the hole transport layer **144** may be formed in the display region AA by evaporating through the first common mask plate **610**.

Referring to FIG. **15**, an organic light-emitting layer **142** may be formed on the pixel defining layer **150**. The organic

light-emitting layer **142** may be formed in each opening **151** using an inkjet printing or nozzle printing method.

In one embodiment, after forming the organic light-emitting layer **142**, and prior to forming the cathode **143**, the fabrication method may also include forming an electron transport layer **145** on the side surface of the organic light-emitting layer **142** away from the substrate **110**. For example, forming the electron transport layer **145** may include the following exemplary steps. First, a second common mask plate **620** may be provided. The second common mask plate **620** may include a second hollow region exposing the display region AA, and a second frame region **622** surrounding the second hollow region. Then, the second common mask plate **620** may be aligned with the organic light-emitting display panel **100**. The second frame region **622** may be in contact with the plurality of support units **200**. Further, the electron transport layer **145** may be formed in the display region AA by evaporating through the second common mask plate **620**.

Further, referring to FIG. **16**, a cathode **143** may be formed on the organic light-emitting layer **142**. The cathode **143** may be formed on the organic light-emitting layer **142** through an evaporation method. In one embodiment, the cathode **143** may have a single-piece structure and may cover the organic light-emitting layer **142**, the pixel defining layer **150**, and the array layer **120**.

Further, in one embodiment, a thin-film packaging layer (not shown) may be formed on the organic light-emitting devices **140** (i.e., the light-emitting functional layer).

According to the fabrication method for the organic light-emitting display panel, scratching of the display panel by the mask plate may be reduced, the process difficult may be reduced, and the product yield may be improved.

Further, the present disclosure also provides a display device. FIG. **17** illustrates a schematic structural view of an exemplary display device according to some embodiments of the present disclosure. Referring to FIG. **17**, the display device **400** may include a display panel consistent with various embodiments of the present disclosure, and a shell protecting the display panel. The display device may include various OLED display devices, such as mobile phones, televisions, tablet computers, smart watches, electronic papers, vehicle display terminals, etc.

In one embodiment, the display device **400** may be a flexible display device, a curved display device, or a foldable display device.

The above detailed descriptions only illustrate certain exemplary embodiments of the present disclosure, and are not intended to limit the scope of the present disclosure. Those skilled in the art can understand the specification as whole and technical features in the various embodiments can be combined into other embodiments understandable to those persons of ordinary skill in the art. Any equivalent or modification thereof, without departing from the spirit and principle of the present disclosure, falls within the true scope of the present disclosure.

What is claimed is:

**1**. An organic light-emitting display panel, divided into a display region and a non-display region surrounding the display region, and comprising:

    a substrate;

    an array layer formed over the substrate;

    a pixel defining layer formed on a surface of the array layer away from the substrate;

    a plurality of organic light-emitting devices formed in a plurality of openings of the pixel defining layer, wherein the plurality of organic light-emitting devices

are disposed in the display region, and each organic light-emitting device includes an anode, an organic light-emitting layer, and a cathode sequentially formed on the substrate in a direction away from the substrate;

a plurality of support units disposed in the non-display region, wherein at least one support unit of the plurality of support units is disposed on a surface of the pixel defining layer away from the substrate;

wherein:

in the non-display region, the pixel defining layer includes a plurality of island structures isolated from each other, and at least one support unit of the support units is disposed on the plurality of island structures.

**2**. The organic light-emitting display panel according to claim **1**, wherein:

a quantity of the plurality of support units is smaller than a quantity of the plurality of island structures.

**3**. The organic light-emitting display panel according to claim **1**, further including:

an auxiliary conductive layer disposed in the non-display region, wherein the auxiliary conductive layer is in a same layer as the anode, and the cathode is in contact with the anode through a spacing between the plurality of island structures.

**4**. The organic light-emitting display panel according to claim **1**, wherein:

in a direction perpendicular to the substrate, a thickness of the plurality of island structures is larger than a thickness of the pixel defining layer in the display region.

**5**. The organic light-emitting display panel according to claim **1**, wherein:

a minimum straight-line distance from a support unit, among the plurality of support units, to an edge of the display region is in a range of approximately 50 μm to 150 μm.

**6**. A display device, comprising the organic light-emitting display panel according to claim **1**.

**7**. An organic light-emitting display panel, divided into a display region and a non-display region surrounding the display region, and comprising:

a substrate;

an array layer formed over the substrate;

a pixel defining layer formed on a surface of the array layer away from the substrate;

a plurality of organic light-emitting devices formed in a plurality of openings of the pixel defining layer, wherein the plurality of organic light-emitting devices are disposed in the display region, and each organic light-emitting device includes an anode, an organic light-emitting layer, and a cathode sequentially formed on the substrate in a direction away from the substrate;

a plurality of support units disposed in the non-display region, wherein at least one support unit of the plurality of support units is disposed on a surface of the pixel defining layer away from the substrate,

wherein:

the plurality of support units include a plurality of first support units located within a region covered by an orthogonal projection of the cathode on the substrate, and a plurality of second support units located outside the region covered by the orthogonal projection of the cathode on the substrate.

**8**. The organic light-emitting display panel according to claim **7**, wherein:

a minimum straight-line distance from a second support unit, among the plurality of second support units, to an edge of the display region is in a range of approximately 50 μm to 150 μm;

a maximum straight-line distance from a second support unit, among the plurality of second support units, to the edge of the display region is smaller than or equal to 250 μm; and

a minimum straight-line distance from a first support unit, among the plurality of first support units, to the edge of the display region is in a range of approximately 250 μm to 350 μm.

**9**. The organic light-emitting display panel according to claim **7**, wherein:

in a direction perpendicular to the substrate, a height of the plurality of first support units is larger than a height of the plurality of second support units.

**10**. The organic light-emitting display panel according to claim **7**, further including:

a plurality of main support pillars disposed in the display region and on the surface of the pixel defining layer away from the substrate, wherein:

in a direction perpendicular to the substrate, a height of the plurality of support units is smaller than a height of the plurality of main support pillars.

**11**. The organic light-emitting display panel according to claim **7**, further including:

a retaining wall disposed in the non-display region, wherein:

the retaining wall is formed on a surface of the array layer away from the substrate and surrounds the display region; and

at least one support unit of the plurality of support units is formed on a surface of the retaining wall away from the substrate.

**12**. The organic light-emitting display panel according to claim **7**, wherein:

the plurality of support units include a plurality of third support units and a plurality of fourth support units, wherein a height of the plurality of third support units is larger than a height of the plurality of fourth support units.

**13**. The organic light-emitting display panel according to claim **12**, wherein:

the plurality of third support units and the plurality of fourth support units are alternately arranged along a linear path from an edge of the display region to an edge of the organic light-emitting display panel.

**14**. The organic light-emitting display panel according to claim **1**, further including a packaging layer formed to fully cover the plurality of organic light-emitting devices.

\* \* \* \* \*

# EXHIBIT D

Filed in Support of Plaintiff Tianma Microelectronics Co. Ltd.'s
Complaint for Patent Infringement

US012293691B2

(12) **United States Patent**
Matsueda et al.

(10) Patent No.: **US 12,293,691 B2**
(45) Date of Patent: **May 6, 2025**

(54) **DISPLAY DEVICE AND COMPUTER READABLE MEDIA**

(71) Applicant: **NLT Technologies, Ltd.**, Kanagawa (JP)

(72) Inventors: **Yojiro Matsueda**, Kanagawa (JP); **Kenichi Takatori**, Kanagawa (JP)

(73) Assignee: **TIANMA MICROELECTRONICS CO., LTD.**, Shenzhen (CN)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/301,517**

(22) Filed: **Apr. 6, 2021**

(65) **Prior Publication Data**

US 2021/0225247 A1    Jul. 22, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 15/255,377, filed on Sep. 2, 2016, now abandoned.

(30) **Foreign Application Priority Data**

| | | |
|---|---|---|
| Sep. 2, 2015 | (JP) | 2015-173215 |
| May 25, 2016 | (JP) | 2016-104437 |

(51) **Int. Cl.**
**G09G 3/20** (2006.01)
**G09G 3/3233** (2016.01)
**G09G 3/3266** (2016.01)

(52) **U.S. Cl.**
CPC ......... **G09G 3/2003** (2013.01); **G09G 3/3233** (2013.01); **G09G 3/3266** (2013.01);
(Continued)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 9,245,932 | B2 * | 1/2016 | Yoon | H01L 27/3216 |
| 9,767,741 | B2 | 9/2017 | Bai et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 101373575 A | 2/2009 |
| JP | H09-179529 A | 7/1997 |

OTHER PUBLICATIONS

U.S. Appl. No. 15/255,377, filed Sep. 2, 2016.
(Continued)

*Primary Examiner* — Benjamin X Casarez
(74) *Attorney, Agent, or Firm* — NIXON & VANDERHYE

(57) **ABSTRACT**

A display device includes pixels having different arrangements of subpixels and reducing a color edge. The display device includes a display unit where a plurality of first pixels including subpixels of three colors and second pixels including subpixels of the three colors are alternately arrayed in row and column directions, an arrangement of the subpixels in the first pixel and an arrangement of the subpixels in the second pixel differing from each other, and a luminance allocation unit allocating luminance of a subpixel of a first color among the three colors in the first pixel to a subpixel of the first color in the second pixel adjacent to the first pixel with a predetermined ratio and allocating luminance of the subpixel of the first color in the second pixel to the subpixel of the first color in the first pixel adjacent to the second pixel with a predetermined ratio.

**8 Claims, 34 Drawing Sheets**



## US 12,293,691 B2
Page 2

(52) **U.S. Cl.**
CPC ............... *G09G 2300/0452* (2013.01); *G09G 2300/0842* (2013.01); *G09G 2300/0861* (2013.01); *G09G 2310/0262* (2013.01); *G09G 2310/0283* (2013.01)

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2002/0070909 A1* | 6/2002 | Asano | H10K 59/35 345/76 |
| 2004/0217694 A1* | 11/2004 | Cok | G09G 3/3216 313/504 |
| 2006/0103615 A1 | 5/2006 | Shih et al. | |
| 2006/0158466 A1 | 7/2006 | Chien et al. | |
| 2006/0170712 A1* | 8/2006 | Miller | H10K 59/352 345/695 |
| 2009/0051627 A1 | 2/2009 | Ihata et al. | |
| 2009/0121983 A1* | 5/2009 | Sung | H10K 59/352 345/76 |
| 2009/0322215 A1 | 12/2009 | Sung et al. | |
| 2010/0270912 A1 | 10/2010 | Ko | |
| 2011/0260951 A1 | 10/2011 | Hwang et al. | |
| 2011/0260952 A1 | 10/2011 | Hwang et al. | |
| 2011/0291550 A1 | 12/2011 | Kim et al. | |
| 2012/0056531 A1* | 3/2012 | Park | G09G 3/3233 313/506 |
| 2012/0092238 A1 | 4/2012 | Hwang et al. | |
| 2013/0222217 A1* | 8/2013 | Shin | H10K 59/352 345/80 |
| 2013/0286262 A1 | 10/2013 | Hayashi et al. | |
| 2014/0197396 A1* | 7/2014 | Madigan | H10K 71/135 438/34 |
| 2014/0292622 A1* | 10/2014 | Lee | H01L 27/3216 345/80 |
| 2015/0035729 A1 | 2/2015 | Huang | |
| 2015/0061978 A1 | 3/2015 | Shih et al. | |
| 2015/0129856 A1* | 5/2015 | Kim | H01L 27/3248 257/40 |
| 2015/0235617 A1 | 8/2015 | Guo et al. | |
| 2016/0019825 A1 | 1/2016 | Guo et al. | |
| 2016/0027404 A1 | 1/2016 | Nakanishi et al. | |
| 2016/0104413 A1 | 4/2016 | Matsueda et al. | |
| 2016/0126287 A1 | 5/2016 | Her et al. | |
| 2016/0155416 A1 | 6/2016 | Lee | |
| 2016/0225833 A1* | 8/2016 | Kim | H01L 27/3218 |
| 2016/0225834 A1* | 8/2016 | Kim | H01L 27/3218 |
| 2016/0379540 A1 | 12/2016 | Guo et al. | |
| 2017/0092174 A1 | 3/2017 | Cote et al. | |
| 2017/0132969 A1 | 5/2017 | Guo et al. | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2002-044570 A | 2/2002 |
| JP | 2011-249334 | 12/2011 |

### OTHER PUBLICATIONS

Non-Final Office Action issued in co-pending U.S. Appl. No. 15/255,377 dated Jun. 28, 2018.
Final Office Action issued in co-pending U.S. Appl. No. 15/255,377 dated Jan. 24, 2019.
Non-Final Office Action issued in co-pending U.S. Appl. No. 15/255,377 dated May 1, 2019.
Final Office Action issued in co-pending U.S. Appl. No. 15/255,377 dated Nov. 8, 2019.
Non-Final Office Action issued in co-pending U.S. Appl. No. 15/255,377 dated Mar. 19, 2020.
Final Office Action issued in co-pending U.S. Appl. No. 15/255,377 dated Sep. 21, 2020.
Non-Final Office Action issued in co-pending U.S. Appl. No. 15/255,377 dated Jan. 6, 2021.
Office Action issued in Japanese Patent Application No. 2016-104437 dated Mar. 31, 2020 with English abstract provided.
Office Action issued in Chinese Patent Application No. 201610772958.1 dated Dec. 17, 2019 with English translation provided.
Office Action issued in Japanese Patent Application No. 2016-104437 dated Nov. 10, 2020.

* cited by examiner

F I G . 1                                                    10



SCANNING
DIRECTION

SCANNING LINE
DIRECTION

UPWARD

LEFTWARD ← → RIGHTWARD

DOWNWARD

F I G. 2





F I G. 3

F I G. 4





FIG. 5A

S11    T12    351    352

T21    S22    352    351

UPWARD

LEFTWARD ←  → RIGHTWARD

DOWNWARD

FIG. 5B

$(1-\alpha)S11+\beta T12$    $(1-\beta)T12+\alpha S13$    351    352

$(1-\beta)T21+\alpha S22$    $(1-\alpha)S22+\beta T23$    352    351

F I G. 6



FORWARD

LEFTWARD ←→ RIGHTWARD

BACKWARD

F I G. 7





FIG. 8

FIG. 9

93    93



92

91



FIG. 10





F I G . 1 1





FIG. 12



F I G.  1 3



F I G .  1 4







FIG. 15



F I G .  1 6 A

| | | | |
|---|---|---|---|
| 0% | 0% | 0% | 0% |
| 0% | 80% | 100% | 0% |
| 0% | 90% | 100% | 0% |
| 0% | 0% | 0% | 0% |

$\alpha = 0.6$
$\beta = 0.4$

F I G .  1 6 B

| | | | |
|---|---|---|---|
| 0% | 0% | 0% | 0% |
| 48% | 72% | 60% | 0% |
| 36% | 114% | 40% | 0% |
| 0% | 0% | 0% | 0% |

F I G .  1 6 C

| | | | |
|---|---|---|---|
| 0% | 0% | 0% | 0% |
| 48% | 72% | 60% | 0% |
| 36% | 100% | 54% | 0% |
| 0% | 0% | 0% | 0% |



FIG. 17



FIG. 18





F I G . 1 9 A

S22    T23

351    352

352    351

T32    S33

UPWARD

LEFTWARD ⟷ RIGHTWARD

DOWNWARD

F I G . 1 9 B

$(1-\alpha-\beta)$S22
$+\beta$S13$+\gamma$T12

$(1-\gamma-\delta)$T23
$+\alpha$S13$+\delta$T14

351    352

$(1-\gamma-\delta)$T32
$+\alpha$S22$+\delta$T23

$(1-\alpha-\beta)$S33
$+\beta$S24$+\gamma$T23

352    351



FIG. 20A

FIG. 20B

FIG. 21



FIG. 22



FIG. 23



FIG. 24



FIG. 25



F I G. 2 6



FIG. 27

10

F I G. 2 8



F I G.  2 9



F I G   3 0



F I G . 3 1

FIG. 32



F I G.  3 3



F I G . 3 4



US 12,293,691 B2

1

# DISPLAY DEVICE AND COMPUTER READABLE MEDIA

## CROSS-REFERENCE TO RELATED APPLICATIONS

This is a continuation of U.S. application Ser. No. 15/255,377 filed on Sep. 2, 2016 claims priority under 35 U.S.C. § 119(a) on Patent Application No. 2015-173215 filed in Japan on Sep. 2, 2015 and Patent Application No. 2016-104437 filed in Japan on May 25, 2016, the entire contents of which are hereby incorporated by reference.

## FIELD

The present invention relates to a display device and a program.

## BACKGROUND

Display devices displaying a color image by using pixels configured by combining subpixels of three colors that are red, green, and blue have been used. Particularly, in order to secure an opening ratio (aperture ratio) at a high resolution in an OLED display device, a pixel array where columns including alternately-arranged subpixels of red and green and columns including subpixels of blue are alternately arranged has been proposed. In the description hereinafter, an organic light emitting diode is referred to an OLED.

First, the reason why the pixel array of Japanese Patent Application Laid-Open No 2011-249334 (hereinafter, referred to as Patent Document 1) is proposed will be described. In an OLED display device, a color image is displayed by combining subpixels of, for example, three colors that are red, green, and blue. Herein, each subpixel emits light of any one of red, green, and blue. Black material is placed around each subpixel. The black material prevents color mixing and light leakage between the adjacent subpixels. On the other hand, the existence of the black material which does not emit light decreases the opening ratio.

In the manufacturing process of the OLED display device, a frame having a predetermined shape is formed on a plate shape base member by a black material, and after that, a layer of a light-emitting material is formed by using a metal mask. The metal mask is a mask which arranged a plurality of openings to a thin metal plate. The size of the opening is slightly larger than the inner edge of the frame of the black material where a predetermined light-emitting material is arranged. The layer of the light-emitting material is formed in a shape corresponding to each opening of the metal mask by deposition. Therefore, the layer of the light-emitting material is formed inside of the frame of the black material without a gap.

However, a sufficient distance is needed between the openings of the metal mask. If the openings are too close to each other, it is difficult to manufacture the metal mask, and during the use, the portion may be broken to form a hole, so that there is a possibility that the metal mask cannot fulfill the function. In order to solve the problem, when subpixels of the same color are arranged in a line, a slit-shaped metal mask which use a gap between a pluralities of wires fixed to a framework as a strip-shaped opening may be used. By using the slit-shaped metal mask, the distance between the subpixels of the same color which are adjacent to each other is decreased, so that the opening ratio can be increased.

In the case of manufacturing a high resolution OLED display device, that is, an OLED display device which

2

individual subpixels are small, a metal mask having small openings is needed. Therefore, in the above-described slit-shaped metal mask, a wire may bent to be in contact with an adjacent wire, so that it is difficult to form a layer of a light-emitting material having a predetermined shape.

When manufacturing a high resolution OLED display device, even though the subpixels of the same color are arranged in a line, the slot-shaped metal mask obtained by forming a plurality of holes in the metal plate is used. As described above, in the slot-shaped metal mask, it is difficult to increase the opening ratio by decreasing the distance between the subpixels of the same color which are adjacent to each other.

In the pixel array of Patent Document 1, a slot-shaped metal mask manufacturing two adjacent subpixels of blue by one opening is used. Therefore, an effective area of the subpixel of blue can be increased. Namely, the pixel array of Patent Document 1 is a pixel array effective in increasing the opening ratio of a high resolution OLED display device.

However, the pixel array of Patent Document 1 is a pixel array including two types of pixels having different arrangements of subpixels of blue in the pixels. In a display device having such a pixel array, for example, in a case a black letter is displayed on white background, the edge of the letter may seem to be slightly colored.

Like this, a portion where color which should not be originally displayed is visible, is referred to as color edge in the description hereinafter. The color edge easily occurs when a high-contrast image such as a black letter, a black straight line, or a black point on white background is displayed. The color edge is the problem in using the pixel array of Patent Document 1.

## SUMMARY

According to an aspect of the disclosure, there is provided a display device including: a display unit where a plurality of first pixels including subpixels of three colors and a plurality of second pixels including subpixels of the three colors are alternately arrayed in row and column directions, an arrangement of the subpixels in the first pixel and an arrangement of the subpixels in the second pixel being different from each other; and a luminance allocation unit which allocates luminance of a subpixel of a first color among the three colors in the first pixel to a subpixel of the first color in the second pixel adjacent to the first pixel with a predetermined ratio and allocates luminance of the subpixel of the first color in the second pixel to the subpixel of the first color in the first pixel adjacent to the second pixel with a predetermined ratio.

It is to be understood that both the foregoing general description and the following detailed description are exemplary and explanatory and are not restrictive of this disclosure.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a diagram illustrating outer appearance of a display device;

FIG. **2** is a diagram illustrating a configuration of the display device;

FIG. **3** is a diagram illustrating a configuration of a driver IC;

FIG. **4** is a diagram illustrating an arrangement of pixels as improvement of an array of pixels according to Patent Document 1 and allocation of luminance;

3

FIGS. **5**A and **5**B are diagrams illustrating allocation of luminance;

FIG. **6** is a schematic cross sectional diagram illustrating arrangement of components of a subpixel in a display device;

FIG. **7** is a diagram illustrating an array of subpixels;

FIG. **8** is a flowchart illustrating a process of manufacturing an OLED panel;

FIG. **9** is a diagram illustrating a process of manufacturing a wiring portion;

FIG. **10** is a diagram illustrating a process of manufacturing a wiring portion;

FIG. **11** is a diagram illustrating a process of manufacturing a wiring portion;

FIG. **12** is a circuit diagram illustrating a pixel circuit allowing one OLED to emit light;

FIG. **13** is a diagram illustrating an output characteristic of a driving TFT;

FIG. **14** is a time chart illustrating an image signal and driving signals;

FIG. **15** is a flowchart illustrating a flow of processes of a program;

FIGS. **16**A to **16**C are diagrams illustrating luminance allocation according to a second embodiment;

FIG. **17** is a flowchart illustrating a flow of processes of a program according to the second embodiment;

FIG. **18** is a diagram illustrating an arrangement of pixels and luminance allocation according to a third embodiment;

FIGS. **19**A and **19**B are diagrams illustrating luminance allocation according to the third embodiment;

FIGS. **20**A and **20**B are diagrams illustrating luminance allocation of No. 3-S in Table 2;

FIG. **21** is a flowchart illustrating a flow of processes of a program according to the third embodiment;

FIG. **22** is a diagram illustrating an arrangement of pixels and luminance allocation according to a fourth embodiment;

FIG. **23** is a diagram illustrating an arrangement of pixels and luminance allocation according to a fifth embodiment;

FIG. **24** is a diagram illustrating an arrangement of pixels and luminance allocation according to a sixth embodiment;

FIG. **25** is a diagram illustrating an arrangement of pixels and luminance allocation according to a seventh embodiment;

FIG. **26** is a flowchart illustrating a flow of processes of a program according to an eighth embodiment;

FIG. **27** is a functional block diagram illustrating operations of a display device according to a ninth embodiment;

FIG. **28** is a diagram illustrating a configuration of a display device according to a tenth embodiment;

FIG. **29** is a diagram illustrating outer appearance of an electronic device according to an eleventh embodiment;

FIG. **30** is a circuit diagram illustrating another pixel circuit allowing one OLED to emit light;

FIG. **31** is a time chart illustrating an image signal and driving signals with respect to the circuit diagram of FIG. **30**;

FIG. **32** is a diagram illustrating outer appearance of a display device;

FIG. **33** is a circuit diagram illustrating still another pixel circuit allowing one OLED to emit light; and

FIG. **34** is a time chart illustrating an image signal and driving signals with respect to the circuit diagram of FIG. **33**.

## DETAILED DESCRIPTION

### First Embodiment

FIG. **1** is a diagram illustrating outer appearance of a display device **10**. FIG. **1** is a diagram as the display device

4

**10** is seen from a front side, that is, a side of a surface displaying an image. The display device **10** is a device displaying a still image or a video, which is incorporated in various electronic apparatuses such as a smartphone, a mobile phone, a tablet, a PC, or a television set. In the description hereinafter, in each figure, various directions of forward, backward, leftward, rightward, upward, and downward indicated by arrows are used. The display device **10** according to the embodiment is an OLED panel. The display device **10** according to the embodiment has a rectangular shape which is elongated in the upward/downward direction and displays an image by scanning leftward/rightward scan lines in the upward/downward direction.

The display device **10** includes a rectangular thin film transistor (TFT) substrate **11** and a flexible printed circuit (FPC) **12**. The TFT substrate **11** is a glass substrate which various circuits and connection terminals are formed on one side by a semiconductor manufacturing process.

Herein, features of the semiconductor manufacturing process will be described. Semiconductor integrated circuits such as an integrated circuit (IC) are manufactured by repeatedly performing processes such as film-forming, developing, or injecting trace element s on a surface of a plate such as a glass substrate or a silicon substrate. Manufacturing apparatuses suitable for the respective processes are commercialized, and the processes can be performed at positioning accuracy and size accuracy of a nano-micrometer level. A thermal annealing process, immersion into a highly reactive solution such as a hydrofluoric acid, or machining using a corrosive gas is repeatedly performed in order to improve quality of films or control device performance. The semiconductor manufacturing process having the above-described features is called a semiconductor process in the description hereinafter.

The FPC **12** is a soft substrate connected to the connection terminals formed in the TFT substrate **11**. The FPC **12** is provided with a connector (not illustrated) connected to a control device of an electronic apparatus. The display device **10** acquires an image signal from the control device of the electronic apparatus through the connector provided to the FPC **12**.

A rectangular display unit **30** is provided in a central portion of the TFT substrate **11**. A plurality of pixels configured with three color subpixels are arrayed in the display unit **30**, and anode electrodes **43** are independently formed for the respective subpixels. On the other hand, a common cathode electrode **19** is provided so as to cover the top surface of the display unit **30**.

The cathode electrode **19** is a transparent electrode made of, for example, indium tin oxide (ITO), transparent conductive ink, or graphene. An arrangement of subpixels and a structure of the subpixel in the display unit **30** will be described later.

An emission control driver **14**, a demultiplexer **15**, a scan driver **16**, and a protection circuit **17** are formed along four sides of the TFT substrate by a semiconductor process. Hereinafter, an overview of the semiconductor circuit will be described.

The emission control driver **14** is formed along the right side of the TFT substrate **11**. The emission control driver **14** is a circuit controlling emission time of each subpixel in the display unit **30** based on the image signal acquired through the FPC **12**.

The demultiplexer **15** is formed along the lower side of the TFT substrate **11**. The demultiplexer **15** returns data sequences with a high transmission rate which are acquired through the FPC **12** to a plurality of data sequences with an

US 12,293,691 B2

5

original transmission rate. The demultiplexer 15 simultaneously outputs signals of one scan line to the display unit 30.

The scan driver 16 is formed along the left side of the TFT substrate 11. The scan driver 16 is a circuit selecting and driving scan lines of the display unit 30 based on the image signal acquired through the FPC 12. The protection circuit 17 is a circuit preventing destruction of the display panel caused by electrostatic discharge.

The front side of the display unit 30, the emission control driver 14, the scan driver 16, and the protection circuit 17 is covered with a sealing plate 21. The sealing plate 21 is a rectangular transparent glass plate. A sealing portion 25 is provided along four sides of the sealing plate 21. The sealing portion 25 is a portion hermetically connecting the TFT substrate 11 and the sealing plate 21. The sealing portion 25 is formed, for example, by bonding process, in which low-melting-point glass powder (e.g. glass frit) melted and hardened.

A driver IC 18 is mounted in the lower side of the demultiplexer 15. The driver IC 18 is an integrated circuit processing an image signal acquired through the FPC 12 to control the emission control driver 14, the demultiplexer 15, and the scan driver 16. Terminals of the driver IC 18 are connected to the respective connection terminals provided to the TFT substrate 11 through, for example, anisotropic conductive films (not illustrated).

FIG. 2 is a diagram illustrating a configuration of the display device 10. More specifically, FIG. 2 illustrates a hardware configuration of the display device 10. The driver IC 18 is connected between the FPC 12 and the TFT substrate 11.

A storage unit 56 is connected to the driver IC 18. The storage unit 56 is a storage device such as a static random access memory (SRAM), a dynamic random access memory (DRAM), or a flash memory. The storage unit 56 may be installed inside the driver IC 18.

The image signal acquired through the FPC 12 is processed by the driver IC 18 to be input to the emission control driver 14, the demultiplexer 15, and the scan driver 16 of the TFT substrate 11. Emission states of the subpixels in the display unit 30 are controlled by the emission control driver 14, the demultiplexer 15, and the scan driver 16. Correspondence between the signals output from the driver IC and the signals input to the emission control driver 14, the demultiplexer 15, and the scan driver 16 will be described later.

FIG. 3 is a diagram illustrating a configuration of the driver IC 18. The driver IC 18 comprises a control unit 51, a receiving unit, a high-voltage logic unit, an analog control unit, an analog output unit, and a DC/DC converter. The control unit 51 is a low-voltage logic circuit which can operate at a high speed. The control unit 51 includes a brightness adjustment unit 52, a color tone adjustment unit 53, a gamma adjustment unit 54, and a luminance allocation unit 55. The brightness adjustment unit 52, the color tone adjustment unit 53, the gamma adjustment unit 54, and the luminance allocation unit 55 are implemented by a brightness adjustment circuit, a color tone adjustment circuit, a gamma adjustment circuit, and a luminance allocation circuit, respectively.

The control unit 51 may be a processor embedded in the driver IC 18. In this case, the control unit 51 reads out a control program from the storage unit 56 or a non-volatile storage device (not illustrated) installed in the driver IC and expands the control program on the DRAM (not illustrated) or the like embedded in the driver IC 18 to execute the control program. By doing so, the brightness adjustment unit

6

52, the color tone adjustment unit 53, the gamma adjustment unit 54, and the luminance allocation unit 55 are performed.

A control signal, an image signal, and an input power are supplied to the driver IC 18 through the FPC 12. The image signal is a signal in accordance with a standard defined by, for example, mobile industry processor interface (MIPI) alliance.

The image signal is input through the receiving unit to the control unit 51. The image signal is sequentially processed by the brightness adjustment unit 52, the color tone adjustment unit 53, and the gamma adjustment unit 54 based on the control signal, so that the image signal is adjusted so as to be a signal in accordance with the characteristics of the display device 10. After that, a luminance allocation process for each pixel is performed by the luminance allocation unit 55. The luminance allocation process will be described later.

The high voltage logic unit processes the image signal processed by the control unit 51, and outputs a display panel control signal. The display panel control signal is a high-voltage digital signal. The display panel control signal is transmitted through wire lines of the TFT substrate 11 to the emission control driver 14, the demultiplexer 15, and the scan driver 16 (refer to FIG. 2). The signal transmitted to the emission control driver 14 and the scan driver 16 functions as an input signal for two drivers. The signal transmitted to the demultiplexer 15 functions as a timing control signal for the demultiplexer 15.

The analog control unit and the analog output unit process the image signal processed by the control unit 51, and output an output terminal signal. The output terminal signal is an analog signal. The output terminal signal is transmitted through the wire lines of the TFT substrate 11 to the demultiplexer 15 and functions as an analog input signal for the demultiplexer 15.

The DC/DC converter outputs a display panel driving power based on the image signal processed by the control unit 51 and the input power. The display panel driving power is supplied to each circuit on the TFT substrate and operates them. The analog control unit and the analog output unit process the image signal processed by the control unit 51, and output an output terminal signal. The output terminal signal is an analog signal. The output terminal signal is transmitted through the wire lines of the TFT substrate 11 to the demultiplexer 15 and functions as an analog input signal for the demultiplexer 15.

Each subpixel in the display unit 30 is controlled by the emission control driver 14, the demultiplexer 15, and the scan driver 16, so that an image is displayed on the display unit 30.

FIG. 4 is a diagram illustrating an arrangement of pixels as improvement of an array of pixels according to Patent Document 1 and allocation of luminance. FIG. 4 illustrates a partial expanded diagram as seen from the front side of the display unit 30. In the display unit 30, pixels having three subpixels of a first subpixel 31, a second subpixel 32, and a third subpixel 33 are arranged in a matrix.

First, the subpixels will be described. The first subpixel 31 is a subpixel emitting light of a first color. The second subpixel 32 is a subpixel emitting light of a second color. The third subpixel 33 is a subpixel emitting light of a third color. In the display device 10 according to the embodiment, for example, the first color is blue, the second color is green, and the third color is red.

The first subpixels 31 are arranged in a column shape in the upward/downward direction. The two first subpixels 31 are close to each other in the upward/downward direction to constitute one pair. Each of the first subpixels 31 is a

7 8

rectangle elongated in the upward/downward direction, where two corners at the short side adjacent to the subpixel in the same pair are rectangular and the other two corners are round.

The second subpixel 32 and the third subpixel 33 are rounded rectangles elongated in the leftward/rightward direction. The second subpixel 32 and the third subpixel 33 have the same size. The second subpixel 32 and the third subpixel 33 are alternately arranged in the upward/downward direction.

The columns where the first subpixels 31 are arranged and the columns where the second subpixels 32 and the third subpixels 33 are arranged are alternately arranged in the leftward/rightward direction. Referring to only the columns where the second subpixels 32 and the third subpixels 33 are arranged, the second subpixels 32 and the third subpixels 33 are arranged along the longitudinal directions of each subpixel, respectively.

A set of the three subpixels of the first subpixel 31, the second subpixel 32, and the third subpixel 33 which are adjacent to each other is one pixel. A color and luminance of the pixel are determined by a combination of the luminances of the first subpixel 31, the second subpixel 32, and the third subpixel 33. For example, in the case the luminances of all the subpixels have maximum values, the color of the pixel becomes white.

The display unit 30 includes two types of pixels, that is, a first pixel 351 and a second pixel 352. In the description hereinafter, the first pixel 351 is called an S-type pixel 351, and the second pixel 352 is called a T-type pixel 352. The boundary lines of the pixels illustrated in FIG. 4 are virtual lines for the description, and any member representing the boundary lines between the pixels does not exist in the display unit 30. A combination of the subpixels included in one pixel is determined by the control of the driver IC 18. The boundary lines of the pixels indicated by broken lines in FIG. 4 are lines passing through central portions between the adjacent pixels.

Any one of the S-type pixel 351 and the T-type pixel 352 is a square. The first subpixel 31 is arranged along the right side of the square, the second subpixel 32 is arranged in the lower portion along the left side thereof, and the third subpixel 33 is arranged in the upper portion along the left side thereof. In the S-type pixel 351, the first subpixel 31 is closer to the upper side. In the T-type pixel 352, the first subpixel 31 is closer to the lower side. In the display unit 30, the S-type pixels 351 and the T-type pixels 352 are alternately arrayed in row and column directions.

The luminances of the subpixels can be determined based on the colors and luminances of the pixels in the image signal acquired through the FPC 12. However, in a case where the luminances determined in this manner are used as they are, color edge is likely to occur. It occurs due to the arrangement of the first subpixel 31 in the T-type pixels 352 is different from the arrangement of the first subpixel 31 in the S-type pixels 351. The color edge is easier to be found in a case where a high-contrast image such as a black letter, straight line, or point is displayed on white background. Therefore, in the embodiment, as indicated by thick arrows in FIG. 4, the luminance allocation unit 55 allocates a portion of the luminance of the first subpixel 31 to the first subpixel 31 of the adjacent left pixel.

More specifically, the luminance allocation unit 55 adds α times the luminance of the first subpixel 31 of the S-type pixel 351 determined based on the image signal to the luminance of the first subpixel 31 of the adjacent left pixel and decreases the luminance of the first subpixel 31 of the

original pixel by the aforementioned amount. Namely, the luminance of the first subpixel 31 of the original pixel becomes (1−α) times the luminance determined based on the image signal. The luminance allocation unit 55 adds β times the luminance of the first subpixel 31 of the T-type pixel 352 determined based on the image signal to the luminance of the first subpixel 31 of the adjacent left pixel and decreases the luminance of the first subpixel 31 of the original pixel by the aforementioned amount. Namely, the luminance of the first subpixel 31 of the original pixel becomes (1−β) times the luminance determined based on the image signal. In the embodiment, the luminance allocation unit 55 performs this process on all the pixels. Herein, α and β are constants of 0 or more and 1 or less. The second subpixel 32 and the third subpixel 33 display the luminances determined based on the image signal as they are.

FIGS. 5A and 5B are diagrams illustrating allocation of luminance. FIGS. 5A and 5B illustrates the luminances of the first subpixels 31 in the four pixels in the upper left portion of FIG. 4. FIG. 5A illustrates the luminances of the first subpixels 31 determined based on the image signal. The luminance of the first subpixel 31 of the S-type pixel 351 in the upper left portion is S11, the luminance of the first subpixel 31 of the T-type pixel 352 in the upper right portion is T12, the luminance of the first subpixel 31 of the T-type pixel 352 in the lower left portion is T21, and the luminance of the first subpixel 31 of the S-type pixel 351 in the lower right portion is S22.

FIG. 5B illustrates the luminances of the first subpixels 31 after the luminance allocation unit 55 performs the luminance allocation described with reference to FIG. 4. The luminance of the first subpixel 31 of the S-type pixel 351 in the upper left portion is (1−α) S11+β T12. The luminance of the first subpixel 31 of the T-type pixel 352 in the upper right portion is (1−β) T12+αS13. The luminance of the first subpixel 31 of the T-type pixel 352 in the lower left portion is (1−β) T21+α S22. The luminance of the first subpixel 31 of the S-type pixel 351 in the lower right portion is (1−α) S22+β T23.

Table 1 lists an example of a preferred combination of α and 13 that were found by the applicant of the disclosure through many studies. By using values of α and 13 listed in Table 1, the color edge can be reduced so that the color edge is hardly conspicuous.

TABLE 1

| No. | α | β |
|---|---|---|
| 1 | 0.6 | 0.4 |

The values of α and β listed in Table 1 are an example of preferred values. In some cases, the preferred values of α and β may be different from the values of Table 1 according to the arrangement of the subpixels or according to the image displayed on the display unit 30.

Herein, the reason why the arrangement of the subpixels illustrated in FIG. 4 is to be performed will be described. First, an overview of a structure of a subpixel in an OLED panel will be described. FIG. 6 is a schematic cross sectional diagram illustrating arrangement of components of a subpixel in the display device 10.

FIG. 6 schematically illustrates a cross-sectional diagram obtained by cutting one subpixel in the display device 10 along a plane perpendicular to the plane displaying an image. As described above, the display device 10 includes the TFT substrate 11 and the sealing plate 21. Dry air 26 is

US 12,293,691 B2

9                                                    10

sealed in the space between the TFT substrate **11** and the sealing plate **21**. A ¼-wavelength phase difference plate **22** and a polarizing plate **23** are installed on the front side of the sealing plate **21**.

The TFT substrate **11** includes a wiring portion **41** and a pixel array portion **49**. A TFT circuit output connection portion **42** and electronic circuits which connect the demultiplexer **15** and the scan driver **16** with the subpixels to retain charges for a predetermined time period are formed in the wiring portion **41** by a semiconductor process. Shapes and structures of wiring patterns of the wiring portion **41** are already used in various display devices, and thus, the description thereof is omitted.

The wiring portion **41** and the pixel array portion **49** are connected to each other by the TFT circuit output connection portion **42**. One TFT circuit output connection portion **42** is provided to one subpixel.

The pixel array portion **49** includes an anode electrode **43**, an OLED layer **44**, a cathode electrode **19**, a cap layer **45**, and an isolation portion **46**. Each of the subpixels includes a pixel circuit, an organic light emitting element which includes the anode electrode **43**, the cathode electrode **19** and an organic light emitting layer (OLED layer) disposed between the anode electrode **43** and the cathode electrode **19**.

The anode electrode **43** is a substantially rectangular electrode installed on the front side of the wiring portion **41** for every one subpixel. One anode electrode **43** is connected to one TFT circuit output connection portion **42**. In the description hereinafter, an OLED layer **44** may be referred to as an organic light emitting layer.

The isolation portion **46** is installed on the front side of the anode electrode **43**. The isolation portion **46** is an insulating layer having openings corresponding to the shapes of the first subpixel **31**, the second subpixel **32**, and the third subpixel **33** illustrated in FIG. **4**.

The OLED layer **44** is installed on the front side of the anode electrode **43** exposed from the opening installed in the isolation portion **46** and the edge of the opening installed in the isolation portion **46** to constitute the subpixel. The OLED layer **44** is a material emitting light of one of colors of the first color, the second color, and the third color if a voltage is applied.

The cathode electrode **19** is installed on the front side of the OLED layer **44** and the isolation portion **46**. As described above, the cathode electrode **19** is a transparent electrode continuously covering the subpixels included in the display unit **30**.

The cap layer **45** is installed on the front side of the cathode electrode **19**. Similarly to the cathode electrode **19**, the cap layer **45** continuously covers the subpixels. The cap layer **45** is a layer made of a transparent material having a high refractive index.

The operations of the subpixel will be described. By the functions of the demultiplexer **15** and the scan driver **16**, the TFT circuit output connection portion **42** connected to a subpixel which is to emit light is operated, so that a voltage is applied to the anode electrode **43**. The voltage applied to the anode electrode **43** is a high voltage when the subpixel is to emit light with a high luminance, and the voltage is a low voltage when the subpixel is to emit light with a low luminance.

By a potential difference between the anode electrode **43** and the cathode electrode **19**, the OLED layer **44** interposed between the two electrodes, that is, the OLED layer **44** inside the opening installed in the isolation portion **46** emits light. The cap layer **45**, the dry air **26**, and the sealing plate

**21** fulfill a function as a protective layer of preventing the OLED layer **44** from being deteriorated by moisture and destructed by an external force.

The arrangement of the OLED layers **44** will be described. FIG. **7** is a diagram illustrating an array of subpixels. FIG. **7** schematically illustrates the array of subpixels as a plan diagram. FIG. **7** is a diagram illustrating the first subpixel **31**, the second subpixel **32**, the third subpixel **33**, the TFT circuit output connection portion **42**, the first OLED layer **441**, the second OLED layer **442**, and the third OLED layer **443** of the same portions as the portions of the display unit **30** illustrated in FIG. **4**. The first OLED layer **441** is the OLED layer **44** of the first color. Similarly, the second OLED layer **442** is the OLED layer **44** of the second color, and the third OLED layer **443** is the OLED layer **44** of the third color.

One piece of the first OLED layer **441** is formed over the two first subpixels **31** which are adjacent in upward/downward direction. One piece of the second OLED layer **442** is formed for one second subpixel **32**. Similarly, one piece of the third OLED layer **443** is formed for one third subpixel **33**.

One TFT circuit output connection portion **42** is arranged in the vicinity of each subpixel. The TFT circuit output connection portion **42** is a portion of extracting an output of a TFT circuit where the same pixel circuit arrangement pattern is repeatedly arranged and applying the output to the anode electrode **43**. The TFT circuit output connection portion is arranged at the same portion without being changed according to the position of the anode electrode arrangement pattern of the OLED layer **44**. As a result, although the positions of the anode electrodes **43** are deviated according to the column in the upward/downward direction similarly to the deposition pattern of the first OLED layer **441**, since the condition of the TFT circuit can be maintained to be the same, uniform emission can be obtained.

FIG. **8** is a flowchart illustrating a process of manufacturing an OLED panel. A method of manufacturing the display device **10** according to the embodiment will be described in brief with reference to FIG. **8**. Semiconductor manufacturing apparatuses used for manufacturing the display device **10** such as a vapor deposition apparatus, a sputtering apparatus, a spin coat apparatus, an exposure apparatus, a developing apparatus, an etching apparatus, a sealing system, a cutting apparatus, and a transport apparatus connecting these apparatuses are not illustrated. These apparatuses are operated according to a predetermined program.

A manufacturer of the display device **10** manufactures the wiring portion **41** on a substrate made of a glass by using a semiconductor process (step S**501**). At this time, the emission control driver **14**, the demultiplexer **15**, the scan driver **16**, and the protection circuit **17** are also manufactured. The process of step S**501** will be described in detail later. In steps described hereinafter, processes on the surface of the glass substrate where the wiring portion **41** is manufactured are performed.

The semiconductor manufacturing apparatus manufactures the TFT circuit output connection portion **42** and the anode electrode **43** (step S**502**). More specifically, for example, after a vapor deposition apparatus forms a metal film, a spin coat apparatus, an exposure apparatus, a developing apparatus, and an etching apparatus removes unnecessary portions of the metal film, so that the TFT circuit output connection portion **42** and the anode electrode **43** are formed.

US 12,293,691 B2

11

12

The semiconductor manufacturing apparatus manufactures the isolation portion 46 (step S503). More specifically, for example, after the spin coat apparatus deposits a photosensitive organic resin film, the exposure apparatus performs exposure with a predetermined pattern, and the developing apparatus and the etching apparatus removes unnecessary portions, so that the isolation portion 46 is manufactured.

The semiconductor manufacturing apparatus manufactures the OLED layer 44 (step S504). Since a material for the OLED layer 44 is an organic material, it is difficult to form the OLED layer by a semiconductor process including a thermal annealing process, immersion into a highly reactive solution, machining using a corrosive gas, or the like. Therefore, in the state that the anode electrode 43 and the isolation portion 46 are covered with a metal mask including openings having a shape of the first OLED layer 441 described with reference to FIG. 7, the vapor deposition apparatus performs deposition of the first OLED layer 441. After that, in the state that the anode electrode 43 and the isolation portion 46 are covered with a metal mask including openings having a shape of the second OLED layer 442, the vapor deposition apparatus performs deposition of the second OLED layer 442. In the state that the anode electrode 43 and the isolation portion 46 are covered with a metal mask including openings having a shape of the third OLED layer 443, the vapor deposition apparatus performs deposition of the third OLED layer 443. The shapes of the metal masks and the structures of the OLED layers 44 will be described in detail later.

The manufacturing order of the first OLED layer 441, the second OLED layer 442, and the third OLED layer 443 may be changed.

The vapor deposition apparatus sequentially manufactures the cathode electrode 19 and the cap layer 45 (step S505). Since the cathode electrode 19 and the cap layer 45 are layers spreading over the entire display unit 30, the cathode electrode and the cap layer do not need to be manufactured at a high accuracy.

After the sealing plate 21 of which the one side is provided with the ¼-wavelength phase difference plate 22 and the polarizing plate 23 is attached on the front side of the display unit 30, the sealing apparatus hermetically seals the edge of the sealing plate 21 (step S506). The OLED panel is completed by the above processes.

The ¼-wavelength phase difference plate 22 and the polarizing plate 23 may be provided on the surface of the sealing plate 21 after step S506. A plurality of TFT substrates 11 formed on one large glass substrate may be cut into a predetermined size by the cutting apparatus between step S505 and step S506 or after step S506.

The shape of the metal mask used at the time of manufacturing the OLED layer 44 in step S504 will be described. As described above, since it is difficult to use a semiconductor process in the process of step S504, the size accuracy and positioning accuracy of the mask are much lower than those of step S501 to step S503. Therefore, in order to securely cover the opening provided to the isolation portion 46 with the organic EL material, the opening having a sufficiently large size needs to be provided to the mask used in the process. On the other hand, in order to avoid mixing of the OLED layers 44 of adjacent colors, the openings provided to the isolation portion 46 need to be sufficiently separated from each other.

Here, in order to obtain a bright display device 10, the light-emitting portion of each subpixel is preferably large. In order to increase the life cycle of the subpixel of the OLED panel, the light-emitting portion thereof is also preferably

large. On the other hand, in order to obtain a high resolution display device 10, the size of each pixel is preferably small.

The arrangement of subpixels illustrated in FIG. 4 is an arrangement which enables the area of the light-emitting portion of the subpixel to be large in the display device 10 having a small pixel size. This will be described more in detail with reference to FIGS. 4, 6, and 7. The first OLED layers 441 of the adjacent two first subpixels 31 are manufactured by one opening of the metal mask, so that the width of the isolation portion 46 between the two first subpixels 31 can be decreased. The light-emitting portion of the first subpixel 31 can be increased by the decreased amount of the width of the isolation portion 46.

The process of manufacturing the wiring portion 41 in step S501 will be described more in detail. Hereinafter, the wiring portion 41 of one subpixel will be described as an example. The processes of manufacturing the emission control driver 14, the demultiplexer 15, the scan driver 16, and the protection circuit 17 are the same as those of an integrated circuit used in the related art, and thus, the description thereof is omitted. FIGS. 9 to 11 are diagrams illustrating the process of manufacturing the wiring portion 41.

First, the process will be described with reference to FIG. 9. The semiconductor manufacturing apparatus forms a base insulating film 92 by depositing, for example, a silicon nitride film or the like on the one side of a transparent substrate 91 such as a glass substrate through a chemical vapor deposition (CVD) method or the like. Next, the semiconductor manufacturing apparatus forms a polysilicon layer 93, by depositing amorphous silicon on the base insulating film 92 by using a CVD method or the like and performing crystallization by excimer laser annealing (ELA).

The process will be continuously descried with reference to FIG. 10. The semiconductor manufacturing apparatus forms a gate insulating film 94 by depositing, for example, a silicon oxide film or the like on the polysilicon layer 93 by using a CVD method or the like. The semiconductor manufacturing apparatus forms a high-concentration impurity layer 931 having a predetermined shape by a doping process of adding impurities to the polysilicon layer 93 from the position above the gate insulating film 94. The semiconductor manufacturing apparatus laminates a first metal layer 95 on the gate insulating film 94 by using a sputtering method or the like. The first metal layer 95 includes a TFT gate electrode 951 and a storage capacitor electrode 952.

The semiconductor manufacturing apparatus forms a low-concentration impurity layer 932 having a predetermined shape by performing an additional doping process of adding additional impurities to the polysilicon layer by using the first metal layer 95 as a mask. The portion where the impurities are not added becomes an undoped layer 933.

The process will be continuously descried with reference to FIG. 11. The semiconductor manufacturing apparatus forms an interlayer insulating film 96 by depositing, for example, a silicon oxide film or the like by using a CVD method or the like. The semiconductor manufacturing apparatus forms through-holes penetrating down to the polysilicon layer 93 by performing anisotropic etching on the interlayer insulating film 96 and the gate insulating film 94. The semiconductor manufacturing apparatus laminates a second metal layer 97 having a predetermined shape by using a sputtering method or the like.

The semiconductor manufacturing apparatus forms a planarized film by depositing a photosensitive organic material by using a spin coat method or the like. The semiconductor

US 12,293,691 B2

13

manufacturing apparatus forms through-holes penetrating down to the second metal layer 97 by anisotropic etching or the like. The process of manufacturing the wiring portion 41 is ended, and thus, a TFT portion 98 and a storage capacitor portion 99 are completed.

Although one TFT portion 98 is illustrated in FIGS. 6, 9, 10, and 11, the two TFT portions 98 of a switching TFT and a driving TFT described later are arranged to one subpixel.

The structure of the OLED layer 44 in step S504 will be described in more detail. The OLED layer 44 is a stacked structure configured by stacking, for example, a hole injection layer, a hole transport layer, a light-emitting layer, an electron transport layer, an electron injection layer, and the like in the order from the bottom layer. The OLED layer 44 may be any one of a structure of electron transport layer/ light-emitting layer/hole transport layer, a structure of electron transport layer/light-emitting layer/hole transport layer/ hole injection layer, a structure of electron injection layer/ electron transport layer/light-emitting layer/hole transport layer, and a structure of a single light-emitting layer. The OLED layer 44 may include an electron blocking layer and the like. Materials of the light-emitting layers are different according to the colors of the subpixels. The thicknesses of the hole injection layer, the hole transport layer, and the like may be individually determined according to the subpixels.

A manufacturer of the display device 10 may use an automated manufacturing apparatus which performs a series of manufacturing processes by automatically controlling the apparatuses of the manufacturing processes and the transport apparatus connecting the apparatuses. In this case, the determination and the performing in the steps described above are performed by a control device of the automated manufacturing apparatus.

An example of a pixel circuit allowing the subpixel to emit light will be described. In the description hereinafter, the light-emitting portion of one subpixel is referred to as an organic light emitting diode (OLED). FIG. 12 is a circuit diagram illustrating a pixel circuit allowing one OLED to emit light.

A positive power supply VDD, a negative power supply VSS, an image signal Vdata, and a scan signal Scan are input to the pixel circuit. The image signal Vdata is output from the demultiplexer 15. The scan signal Scan is output from the scan driver 16.

The pixel circuit includes a switching TFT, a driving TFT, and a storage capacitor C1 in addition to the OLED. The image signal Vdata is input to a source electrode of the switching TFT. The scan signal Scan is input to a gate electrode of the switching TFT. The positive power supply VDD is connected to the first electrode of the storage capacitor C1 and a source electrode of the driving TFT. The negative power supply VSS is connected to the cathode electrode 19 of the OLED. A drain electrode of the switching TFT is connected to the second electrode of the storage capacitor C1 and a gate electrode of the driving TFT. The drain electrode of the driving TFT is connected to the anode electrode 43 of the OLED through the TFT circuit output connection portion 42. A driving TFT is an example of a driving transistor that controls a current flowing to the organic light emitting element. A switching TFT is an example of a switch that controls electrical connection between the driving transistor and the organic light emitting element.

FIG. 13 is a diagram illustrating an output characteristic of the driving TFT. The operations of the pixel circuit will be described with reference to FIGS. 12 and 13.

14

The horizontal axis of FIG. 13 denotes an output voltage Vds of the driving TFT. The vertical axis of FIG. 13 denotes an output current Ids of the driving TFT. In FIG. 13, each solid line indicates a relationship between the output voltage Vds and the output current Ids of the driving TFT in each of the cases where a potential difference Vgs between the gate electrode and the source electrode of the driving TFT is −1.5 V, −2.0 V, −2.5 V, −3.0 V, and −3.5 V. In FIG. 13, the broken line indicates an I-V characteristic that is a relationship of the current and voltage between the anode electrode 43 and the cathode electrode 19 of the OLED.

FIG. 14 is a time chart illustrating an image signal and driving signals. The horizontal axes of FIG. 14 denote time. The vertical axes of FIG. 14 denote an image signal Vdata, a voltage of a scan signal Scan N of an N-th scan line, and a voltage of scan signal Scan N+1 of an (N+1)-th scan line. The image signal Vdata is the voltage between a black potential and a white potential corresponding to the brightness with which each OLED is allowed to emit light. The scan signal Scan N and the scan signal Scan N+1 are any one of ON and OFF. In FIG. 14, the scan signal Scan N is ON in the case of a low voltage and OFF in the case of a high voltage.

The operations of the OLED will be described with reference to FIGS. 12 to 14. The voltage of the scan signal Scan and the voltage of the image signal Vdata are applied to each pixel circuit. In a case where the scan line is selected by the scan driver 16, namely, in a case where the scan signal Scan is ON, the switching TFT becomes ON, and thus, the voltage according to the image signal Vdata is output from the drain electrode of the switching TFT.

According to the potential difference Vgs between the output voltage of the drain electrode of the switching TFT and the positive power supply VDD, the driving TFT is operated as illustrated in FIG. 13. That is, the lower the voltage Vgs is, the larger the current flowing in the OLED is. As a result, the OLED emits light with a high luminance. After the scan signal Scan becomes OFF, the potential difference Vgs of the driving TFT is maintained by charges stored in the storage capacitor C1, and the OLED continues to emit light.

Heretofore, an example in which a top-emission type OLED panel emitting light from the surface of the side opposite to the wiring portion 41 is used for the display device 10, described the manufacturing method, structure, and operations. A bottom-emission type OLED panel emitting light from the side of the wiring portion 41 may be used for the display device 10.

Next, the reason why the first color is blue, the second color is green, and the third color is red in the display device 10 according to the embodiment will be described. In general, among OLED materials of the three colors, that is, blue, green, and red, the material having the shortest life cycle is the OLED material of blue. Therefore, the life cycle of the display device 10 using the OLED panel is determined by the life cycle of the subpixel of blue. As described above, in order to increase the life cycle of the subpixel of the OLED panel, it is preferable that the light emitting portion is large.

In the arrangement of the subpixels illustrated in FIG. 4, the area of the first subpixel 31 is larger than the areas of the second subpixel 32 and the third subpixel 33. Therefore, the first color that is the color of the first subpixel 31 is set to blue, so that the life cycle of the display device 10 can be increased.

In a case where there is no need to increase the life cycle of the display device 10 and in a case where the OLED

US 12,293,691 B2

15

material of blue having a long life cycle can be used, the first color may be set to green or red.

FIG. 15 is a flowchart illustrating a flow of processes of a program. The flow of the processes performed by the control unit 51 according to the embodiment illustrated in FIG. 3 will be described with reference to FIG. 15.

The control unit 51 acquires image data for one scan line through the FPC 12 (step S521). The control unit 51 adjusts the image data in accordance with the specification of the display device 10 (step S522). More specifically, the brightness adjustment unit 52 adjusts the brightness of the image. The color tone adjustment unit 53 adjusts the color tone of the image, such as color temperature. The gamma adjustment unit 54 performs gamma correction in accordance with a relationship between a magnitude of the image signal and a brightness of the screen in the display device 10. The control unit 51 stores the adjusted image data in the storage unit 56.

The luminance allocation unit 55 extracts the data of the second pixel from the left from the storage unit 56 (step S523). The luminance allocation unit 55 determines whether or not the pixel from which the data is extracted is the S-type pixel 351 (step S524).

In a case where it is determined that a processing pixel is the S-type pixel 351 (YES in step S524), the luminance allocation unit 55 adds the value of α times the luminance of the first subpixel 31 of the processing pixel to the luminance of the adjacent left pixel (step S525), the processing pixel is the pixel from which the data of the pixel is extracted (refer to step S523). The luminance allocation unit 55 set to (1−α) times the luminance of the first subpixel 31 of the processing pixel (step S526).

In a case where it is determined that the pixel is not the S-type pixel 351 (NO in step S524), the luminance allocation unit 55 adds the value of β times the luminance of the first subpixel 31 of the processing pixel to the luminance of the adjacent left pixel (step S531). The luminance allocation unit 55 set to (1−β) times the luminance of the first subpixel 31 of the processing pixel (step S532).

After step S526 or step S532, the luminance allocation unit 55 determines whether or not the scanning process for one scan line is ended (step S535). In a case where it is determined that the scanning process is not ended (NO in step S535), the luminance allocation unit 55 changes the target pixel to the next pixel, that is, the adjacent right pixel (step S536). The luminance allocation unit 55 returns to step S524. The target pixel is the pixel from which the data of the pixel will be extracted, next time.

In a case where it is determined that the process is ended (YES in step S535), the luminance allocation unit 55 outputs the data of the processed scan line to the emission control driver 14, the demultiplexer 15, and the scan driver 16 of the TFT substrate 11 (step S537). The subpixels corresponding to the processed scan lines of the display unit 30 emit light with predetermined luminances. In a case where, as a result of the process of the luminance allocation unit 55, the subpixel of which the luminance exceeds 100% is generated, the subpixel emits light with the luminance of 100%.

The control unit 51 determines whether or not all scanning processes for one screen are ended (step S538). In a case where it is determined that the scanning processes for one screen are not ended (NO in step S538), the control unit 51 changes the scan line which was scanned, to the next scan line (step S539). The control unit 51 returns to step S521.

In a case where it is determined that the process is ended (YES in step S538), the control unit 51 ends the process.

16

According to the embodiment, in the display device having the pixels where the arrangements of the subpixels are different, the color edge can be reduced. According to the embodiment, it is possible to provide the display device 10 capable of reducing the color edge by a simple process using the driver IC 18 having the storage unit 56 having a capacity of the image data for one scan line, that is, the line memory.

The arrangement and shapes of the first subpixel 31, the second subpixel 32, and the third subpixel 33 are not limited to FIG. 4. For example, the first subpixel 31 may be oval, rectangular, or the like. The second subpixel 32 and the third subpixel 33 may be rectangular, square, oval, circular, elliptic, hexagonal, octagonal, or the like. The second subpixel 32 and the third subpixel 33 may be different from each other in terms of size and shape. The preferred values of α and β listed in Table 1 are determined by experiment, simulation, or the like according to shapes and sizes of the subpixels.

After the luminance allocation unit 55 performs the process, the gamma adjustment unit 54 performs the process to display the image on the display unit 30.

Second Embodiment

The embodiment relates to a display device 10 where, as a result of the process of the luminance allocation unit 55, in a case where there occurs a subpixel of which the luminance exceeds 100%, the luminance allocation is stopped. The portions common to the first embodiment will not be described.

Similarly to the display device 10 described in the first embodiment, the display device 10 according to the embodiment allocates a portion of the luminance of the first subpixel 31 to the first subpixel 31 of the adjacent left pixel. The value of the constant α defining the allocation ratio is 0.6, and the value of the constant β is 0.4.

FIGS. 16A to 16C are diagrams illustrating luminance allocation according to the second embodiment. FIGS. 16A to 16C are diagrams illustrating the luminances of the first subpixels 31 of a total of sixteen pixels of four rows and four columns as a percentage with respect to the maximum luminance.

FIG. 16A illustrates an example of the luminances of the first subpixels 31 determined based on the image signal. FIG. 16B illustrates a result of the allocation of the luminance of the first subpixel 31 to the first subpixel 31 in the adjacent left pixel based on the values of α and β similarly to the first embodiment. The luminance of the first subpixel 31 of the second pixel from the left in the third row from the top exceeds 100% to be 114%. Actually, the luminance of the first subpixel 31 of which the luminance exceeds 100% may be set to 100%, and the decreased luminance of 14% may be returned to the adjacent right pixel. FIG. 16C illustrates an example where the luminance of the first subpixel 31 of which the luminance exceeds 100% is set to 100% and the decreased luminance of 14% is returned to the adjacent right pixel. The driver IC 18 according to the embodiment outputs the luminance illustrated in FIG. 16C.

FIG. 17 is a flowchart illustrating a flow of processes of a program according to the second embodiment. The flow of the processes performed by the control unit 51 according to the embodiment will be described with reference to FIG. 17.

The processes up to step S532 are the same as those of FIG. 15, and thus, the description thereof is omitted. After step S526 or step S532, the luminance allocation unit 55

US 12,293,691 B2

17

18

determines whether or not the luminance of the first subpixel **31** added with the luminance in step S525 or step S531 exceeds 100% (step S**541**).

In a case where it is determined that the luminance exceeds 100% (YES in step S**541**), the luminance allocation unit **55** returns the amount of the luminance exceeding 100% to the first subpixel **31** of the original pixel (step S**542**). More specifically, the difference between the luminance of the first subpixel **31** of the adjacent left pixel of the processing pixel and 100% is calculated, and the difference is added to the first subpixel **31** of the processing pixel. The luminance of the first subpixel **31** of the adjacent left pixel of the processing pixel is set to 100%.

In a case where it is determined that the luminance does not exceed 100% (NO in step S**541**) and after step S**542** is ended, the luminance allocation unit **55** determines whether or not the process for one scan line is ended (step S**535**). The processes after step S**535** are the same as those of the flowchart of the first embodiment described with reference to FIG. **15**, and thus, the description thereof is omitted.

According to the embodiment, over the entire display unit **30**, the sum of the luminances of the first subpixels **31** can be maintained to be the same as the sum of the luminances of the first subpixels **31** determined based on the image signal. Therefore, the brightness of the entire image can be close to the signal of the original image data.

### Third Embodiment

The embodiment relates to a display device **10** where the luminance allocation unit **55** allocates the luminance of the first subpixel **31** to the first subpixels **31** of the two pixels that are the adjacent lower pixel and the adjacent slanted lower left pixel in the diagonal direction of the pixel. The portions common to the first embodiment will not be described.

FIG. **18** is a diagram illustrating an arrangement of pixels and luminance allocation according to the third embodiment. In the embodiment, the luminance allocation unit **55** allocates a portion of the luminance of the first subpixel **31** to the first subpixels **31** of the two pixels that are the adjacent lower pixel and the adjacent slanted lower left pixel in the diagonal direction of the pixel as indicated by thick arrows in FIG. **18**.

More specifically, the luminance allocation unit **55** adds α times the luminance of the first subpixel **31** of the S-type pixel **351** determined based on the image signal to the luminance of the first subpixel **31** of the adjacent lower pixel and adds β times the luminance of the first subpixel **31** of the S-type pixel **351** to the luminance of the first subpixel **31** of the adjacent lower left pixel. The luminance allocation unit **55** decreases the luminance of the first subpixel **31** of the original pixel by the aforementioned amount. Namely, the luminance of the first subpixel **31** of the original pixel becomes (1−α−β) times the luminance determined based on the image signal.

The luminance allocation unit **55** adds γ times the luminance of the first subpixel **31** of the T-type pixel **352** determined based on the image signal to the luminance of the first subpixel **31** of the adjacent lower pixel and adds δ times the luminance of the first subpixel **31** of the T-type pixel **352** to the luminance of the first subpixel **31** of the adjacent lower left pixel. The luminance allocation unit **55** decreases the luminance of the first subpixel **31** of the original pixel by the aforementioned amount. Namely, the

luminance of the first subpixel **31** of the original pixel becomes (1−γ−δ) times the luminance determined based on the image signal.

Herein, α, β, γ, and δ are constants of 0 or more and 1 or less. The second subpixel **32** and the third subpixel **33** display the luminances determined based on the image signal as they are.

FIGS. **19**A and **19**B are diagrams illustrating luminance allocation according to the third embodiment. FIGS. **19**A and **19**B illustrate the luminances of the first subpixels **31** in the four pixels in the central portion of FIG. **18**. FIG. **19**A illustrates the luminances of the first subpixels **31** determined based on the image signal. The luminance of the first subpixel **31** of the S-type pixel **351** in the upper left portion of FIG. **19**A is S22, the luminance of the first subpixel **31** of the T-type pixel **352** in the upper right portion is T23, the luminance of the first subpixel **31** of the T-type pixel **352** in the lower left portion is T32, and the luminance of the first subpixel **31** of the S-type pixel **351** in the lower right portion is S33.

FIG. **19**B illustrates the luminances of the first subpixels **31** after the luminance allocation unit **55** performs the luminance allocation described with reference to FIG. **18**. The luminance of the first subpixel **31** of the S-type pixel **351** in the upper left portion of FIG. **19**B is (1−α−β) S22+β S13+γ T12. Herein, S13 and T12 indicate the luminances of the first subpixels **31** of the pixel in the one upper row from the pixel illustrated in FIGS. **19**A and **19**B.

Similarly, the luminance of the first subpixel **31** of the T-type pixel **352** in the upper right portion of FIG. **19**B is (1−γ−δ) T23+α S13+δ T14. The luminance of the first subpixel **31** of the T-type pixel **352** in the lower left portion is (1−γ−δ) T32+α S22+δ T23. The luminance of the first subpixel **31** of the S-type pixel **351** in the lower right portion is (1−α−β) S33+β S24+γ T23.

Examples of the combinations of the preferred α, β, γ, and δ that were found by the applicant of the disclosure through many studies are listed in Table 2. By using the combinations of the values of α, β, γ, and δ listed in Table 2, the color edge can be reduced so that the color edge is hardly conspicuous.

TABLE 2

| No. | α | β | γ | δ |
|---|---|---|---|---|
| 3-A | 0.1 | 0.2 | 0.05 | 0.15 |
| 3-B | 0.4 | 0.6 | 0.6 | 0.4 |
| 3-C | 0.2 | 0.0 | 0.1 | 0.0 |
| 3-D | 0.1 | 0.0 | 0.0 | 0.0 |
| 3-S | α | 0.0 | γ | 0.0 |

α, β, γ, and δ listed in Table 2 are the examples of the preferred values. In some cases, the preferred values of α, β, γ, and δ may be different from the values of Table 2 according to the arrangement of the subpixels or according to the image displayed on the display unit **30**.

An example indicated by No. 3-B in Table 2 will be described more in detail. In the example of No. 3-B, since α is 0.4 and β is 0.6, the sum of α and β is 1.0. Therefore, 40% of the luminance of the first subpixel **31** of the S-type pixel **351** is allocated to the luminance of the first subpixel **31** of the adjacent lower pixel, and 60% thereof is allocated to the luminance of the first subpixel **31** of the adjacent lower left pixel. The luminance of the first subpixel **31** of the original S-type pixel **351** becomes zero. Similarly, since γ is 0.6 and δ is 0.4, the sum of γ and δ is 1.0. Therefore, 60% of the luminance of the first subpixel **31** of the T-type pixel

US 12,293,691 B2

19

352 is allocated to the luminance of the first subpixel 31 of the adjacent lower pixel, and 40% thereof is allocated to the luminance of the first subpixel 31 of the adjacent lower left pixel. The luminance of the first subpixel 31 of the original T-type pixel 352 becomes zero.

An example indicated by No. 3-C in Table 2 will be described more in detail. In the example of No. 3-C, α is 0.2, and β is 0.0. Therefore, 20% of the luminance of the first subpixel 31 of the S-type pixel 351 is allocated to the luminance of the first subpixel 31 of the adjacent lower pixel and is not allocated to the luminance of the first subpixel 31 of the adjacent lower left pixel. Similarly, γ is 0.1, and δ is 0.0. Therefore, 10% of the luminance of the first subpixel 31 of the T-type pixel 352 is allocated to the luminance of the first subpixel 31 of the adjacent lower pixel and is not allocated to the luminance of the first subpixel 31 of the adjacent lower left pixel.

An example indicated by No. 3-D in Table 2 will be described more in detail. In the example of No. 3-D, α is 0.1, and β is 0.0. Therefore, 10% of the luminance of the first subpixel 31 of the S-type pixel 351 is allocated to the luminance of the first subpixel 31 of the adjacent lower pixel and is not allocated to the luminance of the first subpixel 31 of the adjacent lower left pixel. γ and δ are also 0.0. Therefore, the luminance of the first subpixel 31 of the T-type pixel 352 is not allocated to other pixels.

The flow of the processes according to the embodiment will be described by using the example indicated by No. 3-S in Table 2. For simplifying the description, in No. 3-S, β and δ indicating the luminance allocation to the adjacent slanted lower left pixel are set to zero.

FIGS. 20A and 20B are diagrams illustrating luminance allocation of No. 3-S in Table 2. FIGS. 20A and 20B correspond to a case where β and δ of FIGS. 19A and 19B are set to zero. FIG. 21 is a flowchart illustrating a flow of processes of a program according to the third embodiment. More specifically, FIG. 21 is a flowchart at the time of implementing the luminance allocation illustrated in FIGS. 20A and 20B. The flow of the processes performed by the control unit 51 according to the embodiment will be described with reference to FIG. 21.

The control unit 51 acquires image data for one scan line through the FPC 12 (step S552). The control unit 51 adjusts the image data in accordance with the specification of the display device 10 (step S553). More specifically, the brightness adjustment unit 52 adjusts the brightness of the image. The color tone adjustment unit 53 adjusts the color tone of the image, such as color temperature. The gamma adjustment unit 54 performs gamma correction in accordance with a relationship between a magnitude of the image signal and a brightness of the screen in the display device 10.

The control unit 51 stores the adjusted image data in the storage unit 56. In the embodiment, data of the latest two scan lines are stored in the storage unit 56. Namely, the data of the older scan line between the data of the two scan lines stored in the storage unit 56 is removed, and the data of the scan line newly processed in step S553 is stored.

When the data of the first scan line is to be stored, data of a predefined dummy scan line is stored as data of one preceding scan line, that is, data of the zeroth scan line. As the data of the dummy scan line, for example, data where the luminances of all the subpixels are 50% is used.

The control unit 51 initializes the output memory storing the data of the output scan line (step S554). The output memory represents a portion of the storage area in the storage unit 56. A capacity of the storage area, that is, a capacity of the output memory is a capacity of data for one

20

scan line. As an initial value used in step S554, the data where the luminances of all the subpixels are zero is used.

The luminance allocation unit 55 extracts the data of the leftmost pixel from the storage unit 56 (step S556). The luminance allocation unit 55 determines whether or not the pixel from which the data is extracted is the S-type pixel 351 (step S557).

In a case where it is determined that the pixel is the S-type pixel 351 (YES in step S557), the luminance allocation unit 55 adds the value of (1−α) times the luminance of the first subpixel 31 of the processing pixel to the luminance of the pixel corresponding to the output memory (step S558). The luminance allocation unit 55 adds the value of γ times the luminance of the first subpixel 31 of the one upper pixel from the processing pixel to the luminance of the pixel corresponding to the output memory (step S559).

In a case where it is determined that the pixel is not the S-type pixel 351 (NO in step S557), the luminance allocation unit 55 adds the value of (1−γ) times the luminance of the first subpixel 31 of the processing pixel to the luminance of the pixel corresponding to the output memory (step S561). The luminance allocation unit 55 adds the value of α times the luminance of the first subpixel 31 of the one upper pixel from the processing pixel to the luminance of the pixel corresponding to the output memory (step S562).

After step S559 or step S562 is ended, the luminance allocation unit 55 determines whether or not the process for one scan line is ended (step S565). In a case where it is determined that the process is not ended (NO in step S565), the luminance allocation unit 55 changes the target pixel to the next pixel, that is, the adjacent right pixel (step S566). The luminance allocation unit 55 returns to step S557.

In a case where it is determined that the process is ended (YES in step S565), the luminance allocation unit 55 outputs the data stored in the output memory to the emission control driver 14, the demultiplexer 15, and the scan driver 16 of the TFT substrate 11 (step S567). The subpixels corresponding to the processed scan lines of the display unit 30 emit light with predetermined luminances. In a case where, as a result of the process of the luminance allocation unit 55, the subpixel of which the luminance exceeds 100% is generated, the subpixel emits light with the luminance of 100%.

The control unit 51 determines whether or not the process for one screen is ended (step S568). In a case where it is determined that the process is not ended (NO in step S568), the control unit 51 changes the to-be-processed scan line to the next scan line (step S569). The control unit 51 returns to step S552.

In a case where it is determined that the process is ended (YES in step S568), the control unit 51 ends the process.

According to the embodiment, it is possible to provide the display device 10 capable of reducing the color edge by a simple process using a driver IC 18 having the storage unit 56 having a capacity of the image data for two scan lines, that is, the line memory for two scan lines.

According to the embodiment, as described with reference to FIG. 18, the luminance of the first subpixel 31 is allocated to the luminances of the two first subpixels 31 adjacent to the subpixel. Namely, according to the embodiment, the luminance of the first subpixel 31 is adjusted finely. Due to the fine adjustment of the luminance, the color edge can be further reduced. The settings of the values of α, β, γ, and δ used by the luminance allocation unit 55 are allowed to be changeable from an external side, it is possible

US 12,293,691 B2

21 22

to provide the driver IC **18** capable of reducing the color edge of the display panel having various characteristics.

## Fourth Embodiment

The embodiment relates to a display device **10** where the scan line direction is determined according to the operation of the luminance allocation unit **55**, so that a capacity of the storage unit **56** is saved. The portions common to the third embodiment will not be described.

FIG. **22** is a diagram illustrating an arrangement of pixels and luminance allocation according to the fourth embodiment. The operations of the luminance allocation unit **55** are the same as those of No. 3-S in Table 2. Namely, the luminance allocation unit **55** performs luminance allocation on the first subpixel **31** of the adjacent lower pixel.

In the embodiment, the scan line direction is the upward/downward direction. By moving the scan line in the leftward/rightward direction, an image is displayed on the display unit **30**. The demultiplexer **15** is arranged at the left or right side of the TFT substrate **11**, and the scan driver **16** is arranged at the upper or lower side of the TFT substrate **11**, so that the wiring in TFT substrate **11** according to the embodiment can be simplified.

According to the embodiment, the luminance allocation unit **55** allocates the luminance to the pixels in the same scan line. For this reason, the data for one scan line is stored in the storage unit **56** to perform the process, so that the color edge can be reduced. Therefore, it is possible to provide the display device **10** capable of reducing the color edge using the driver IC **18** including the storage unit **56** having a small capacity, that is, an inexpensive driver IC **18**.

## Fifth Embodiment

The embodiment relates to a display device **10** where the luminance allocation unit **55** allocates the luminance of the first subpixel **31** to the first subpixels **31** of the two pixels that are the adjacent lower pixel and the adjacent left pixels. The portions common to the third embodiment will not be described.

FIG. **23** is a diagram illustrating an arrangement of pixels and luminance allocation according to the fifth embodiment. In the embodiment, the luminance allocation unit **55** allocates a portion of the luminance of the first subpixel **31** to the first subpixels **31** of the two pixels that are the adjacent lower pixels and the adjacent left pixel as indicated by thick arrows in FIG. **23**.

More specifically, the luminance allocation unit **55** adds α times the luminance of the first subpixel **31** of the S-type pixel **351** determined based on the image signal to the luminance of the first subpixel **31** of the adjacent lower pixel and adds β times the luminance of the first subpixel **31** of the S-type pixel **351** to the luminance of the first subpixel **31** of the adjacent left pixel. The luminance allocation unit **55** decreases the luminance of the first subpixel **31** of the original pixel by the aforementioned amount. Namely, the luminance of the first subpixel **31** of the original pixel becomes (1−α−β) times the luminance determined based on the image signal.

The luminance allocation unit **55** adds γ times the luminance of the first subpixel **31** of the T-type pixel **352** determined based on the image signal to the luminance of the first subpixel **31** of the adjacent lower pixel and adds δ times the luminance of the first subpixel **31** of the T-type pixel **352** to the luminance of the first subpixel **31** of the adjacent left pixel. The luminance allocation unit **55**

decreases the luminance of the first subpixel **31** of the original pixel by the aforementioned amount. Namely, the luminance of the first subpixel **31** of the original pixel becomes (1−γ−δ) times the luminance determined based on the image signal.

Herein, α, β, γ, and δ are constants of 0 or more and 1 or less. The second subpixel **32** and the third subpixel **33** display the luminances determined based on the image signal as they are.

According to the embodiment, it is possible to provide the display device **10** capable of reducing the color edge by a simple process using the driver IC **18** having the storage unit **56** having a capacity of the image data for two scan lines, that is, the line memory for two scan lines.

## Sixth Embodiment

The embodiment relates to a display device **10** where the luminance allocation unit **55** allocates the luminance of the first subpixel **31** and the luminance of the second subpixel **32** to the first subpixel **31** and the second subpixel **32** of the adjacent lower pixel, respectively. The portions common to the fourth embodiment will not be described.

FIG. **24** is a diagram illustrating an arrangement of pixels and luminance allocation according to the sixth embodiment. In the embodiment, the luminance allocation unit **55** allocates a portion of the luminance of the first subpixel **31** to the first subpixel **31** of the adjacent lower pixel as indicated by thick arrows in FIG. **24**. The luminance allocation unit **55** allocates a portion of the luminance of the second subpixel **32** to the second subpixel **32** of the adjacent lower pixel.

More specifically, the luminance allocation unit **55** adds α times the luminance of the first subpixel **31** of the S-type pixel **351** determined based on the image signal to the luminance of the first subpixel **31** of the adjacent lower pixel. The luminance allocation unit **55** decreases the luminance of the first subpixel **31** of the original pixel by the aforementioned amount. Namely, the luminance of the first subpixel **31** of the original pixel becomes (1−α) times the luminance determined based on the image signal.

The luminance allocation unit **55** adds ε times the luminance of the second subpixel **32** of the S-type pixel **351** determined based on the image signal to the luminance of the second subpixel **32** of the adjacent lower pixel. The luminance allocation unit **55** decreases the luminance of the second subpixel **32** of the original pixel by the aforementioned amount. Namely, the luminance of the second subpixel **32** of the original pixel becomes (1−ε) times the luminance determined based on the image signal.

The luminance allocation unit **55** adds γ times the luminance of the first subpixel **31** of the T-type pixel **352** determined based on the image signal to the luminance of the first subpixel **31** of the adjacent lower pixel. The luminance allocation unit **55** decreases the luminance of the first subpixel **31** of the original pixel by the aforementioned amount. Namely, the luminance of the first subpixel **31** of the original pixel becomes (1−γ) times the luminance determined based on the image signal.

The luminance allocation unit **55** adds η times the luminance of the second subpixel **32** of the T-type pixel **352** determined based on the image signal to the luminance of the second subpixel **32** of the adjacent lower pixel. The luminance allocation unit **55** decreases the luminance of the second subpixel **32** of the original pixel by the aforementioned amount. Namely, the luminance of the second sub-

US 12,293,691 B2

23

pixel 32 of the original pixel becomes (1−η) times the luminance determined based on the image signal.

Herein, α, γ, ε, and η are constants of 0 or more and 1 or less. The third subpixel 33 displays the luminance determined based on the image signal as it is.

Examples of the combinations of the preferred α, γ, ε, and η that were found by the applicant of the disclosure through many studies are listed in Table 3. By using the combinations of the values of α, γ, ε, and η listed in Table 3, the color edge can be reduced so that the color edge is hardly conspicuous.

TABLE 3

| No. | α | γ | ε | η |
|-----|-----|-----|-----|-----|
| 6-A | 0.1 | 0.0 | 0.0 | 0.1 |
| 6-B | 0.2 | 0.1 | 0.1 | 0.3 |

An example indicated by No. 6-A in Table 3 will be described more in detail. In the example of No. 6-A, α is 0.1, and ε is 0.0. Therefore, with respect to the S-type pixel 351, 10% as a portion of the luminance of the first subpixel 31 is allocated to the luminance of the first subpixel 31 of the adjacent lower pixel. The luminance allocation of the second subpixel 32 is not performed. γ is 0.0, and η is 0.1. Therefore, with respect to the T-type pixel 352, 10% as a portion of the luminance of the second subpixel 32 is allocated to the luminance of the second subpixel 32 of the adjacent lower pixel. The luminance allocation of the first subpixel 31 is not performed.

An example indicated by No. 6-B in Table 3 will be described more in detail. In the example of No. 6-B, α is 0.2, and ε is 0.1. Therefore, with respect to the S-type pixel 351, 20% as a portion the luminance of the first subpixel 31 is allocated to the luminance of the first subpixel 31 of the adjacent lower pixel. 10% as a portion of the luminance of the second subpixel 32 is allocated to the luminance of the second subpixel 32 of the adjacent lower pixel. γ is 0.1, and η is 0.3. Therefore, with respect to the T-type pixel 352, 10% as a portion of the luminance of the first subpixel 31 is allocated to the luminance of the first subpixel 31 of the adjacent lower pixel. 30% as a portion of the luminance of the second subpixel 32 is allocated to the luminance of the second subpixel 32 of the adjacent lower pixel.

α, γ, ε, and η listed in Table 3 are the examples of the preferred values. In some cases, the preferred values of α, γ, ε, and η may be different from the values of Table 3 according to the arrangement of the subpixels or according to the image displayed on the display unit 30.

In the embodiment, similarly to the fourth embodiment, the scan line direction is the upward/downward direction. By moving the scan line in the leftward/rightward direction, an image is displayed on the display unit 30. Therefore, the luminance allocation unit 55 performs the luminance allocation between the subpixels included in one scan line.

According to the embodiment, since the luminance allocation of the subpixels of the two colors that is the first color and the second color is performed, the color edge can be further reduced. According to the embodiment, the luminance allocation unit 55 allocates the luminance to the pixels in the same scan line. For this reason, the data for one scan line is stored in the storage unit 56 to perform the process, so that the color edge can be reduced. Therefore, it is possible to provide the display device 10 capable of reduc-

24

ing the color edge using the driver IC 18 including the storage unit 56 having a small capacity, that is, an inexpensive driver IC 18.

The luminance allocation unit 55 may allocate the luminance of the first subpixel 31 and the luminance of the second subpixel 32 to the first subpixel 31 and the second subpixel 32 of the two pixels, for example, the adjacent lower pixel and the adjacent right pixel, respectively.

Seventh Embodiment

The embodiment relates to a display device 10 where the luminance allocation unit 55 allocates the luminance of the first subpixel 31, the luminance of the second subpixel 32, and the luminance of the third subpixel 33 to the first subpixel 31, the second subpixel 32, and the third subpixel 33 of the adjacent lower pixel, respectively. The portions common to the fourth embodiment will not be described.

FIG. 25 is a diagram illustrating an arrangement of pixels and luminance allocation according to the seventh embodiment. In the embodiment, the luminance allocation unit 55 allocates a portion of the luminance of the first subpixel 31 to the first subpixel 31 of the adjacent lower pixel as indicated by thick arrows in FIG. 25. The luminance allocation unit 55 allocates a portion of the luminance of the second subpixel 32 of the T-type pixel 352 to the second subpixel 32 of the adjacent lower pixel. The luminance allocation unit 55 allocates a portion of the luminance of the third subpixel 33 of the S-type pixel 351 to the third subpixel 33 of the adjacent lower pixel.

More specifically, the luminance allocation unit 55 adds α times the luminance of the first subpixel 31 of the S-type pixel 351 determined based on the image signal to the luminance of the first subpixel 31 of the adjacent lower pixel. The luminance allocation unit 55 decreases the luminance of the first subpixel 31 of the original pixel by the aforementioned amount. Namely, the luminance of the first subpixel 31 of the original pixel becomes (1−α) times the luminance determined based on the image signal.

The luminance allocation unit 55 adds ε times the luminance of the second subpixel 32 of the S-type pixel 351 determined based on the image signal to the luminance of the second subpixel 32 of the adjacent lower pixel. The luminance allocation unit 55 decreases the luminance of the second subpixel 32 of the original pixel by the aforementioned amount. Namely, the luminance of the second subpixel 32 of the original pixel becomes (1−ε) times the luminance determined based on the image signal.

The luminance allocation unit 55 adds κ times the luminance of the third subpixel 33 of the S-type pixel 351 determined based on the image signal to the luminance of the third subpixel 33 of the adjacent lower pixel. The luminance allocation unit 55 decreases the luminance of the third subpixel 33 of the original pixel by the aforementioned amount. Namely, the luminance of the third subpixel 33 of the original pixel becomes (1−κ) times the luminance determined based on the image signal.

The luminance allocation unit 55 adds γ times the luminance of the first subpixel 31 of the T-type pixel 352 determined based on the image signal to the luminance of the first subpixel 31 of the adjacent lower pixel. The luminance allocation unit 55 decreases the luminance of the first subpixel 31 of the original pixel by the aforementioned amount. Namely, the luminance of the first subpixel 31 of the original pixel becomes (1−γ) times the luminance determined based on the image signal.

US 12,293,691 B2

25

The luminance allocation unit **55** adds η times the luminance of the second subpixel **32** of the T-type pixel **352** determined based on the image signal to the luminance of the second subpixel **32** of the adjacent lower pixel. The luminance allocation unit **55** decreases the luminance of the second subpixel **32** of the original pixel by the aforementioned amount. Namely, the luminance of the second subpixel **32** of the original pixel becomes (1−η) times the luminance determined based on the image signal.

The luminance allocation unit **55** adds τ times the luminance of the third subpixel **33** of the T-type pixel **352** determined based on the image signal to the luminance of the third subpixel **33** of the adjacent lower pixel. The luminance allocation unit **55** decreases the luminance of the third subpixel **33** of the original pixel by the aforementioned amount. Namely, the luminance of the third subpixel **33** of the original pixel becomes (1−τ) times the luminance determined based on the image signal.

Herein, α, γ, ε, η, κ, and τ are constants of 0 or more and 1 or less.

In the embodiment, similarly to the sixth embodiment, the scan line direction is the upward/downward direction. By moving the scan line in the leftward/rightward direction, an image is displayed on the display unit **30**. Therefore, the luminance allocation unit **55** performs the luminance allocation between the subpixels included in one scan line.

According to the embodiment, since the luminance allocation of the subpixels of the three colors that is the first color, second color, and the third color is performed, the color edge can be further reduced. According to the embodiment, the luminance allocation unit **55** allocates the luminance to the pixels in the same scan line. For this reason, the data for one scan line is stored in the storage unit **56** to perform the process, so that the color edge can be reduced. Therefore, it is possible to provide the display device **10** capable of reducing the color edge using the driver IC **18** including the storage unit **56** having a small capacity, that is, an inexpensive driver IC **18**.

The luminance allocation unit **55** may allocate the luminance of the first subpixel **31**, the luminance of the second subpixel **32**, and the luminance of the third subpixel **33** to the first subpixel **31**, the second subpixel **32**, and the third subpixel **33** of the two pixels, for example, the adjacent lower pixel and the adjacent right pixel.

Eighth Embodiment

The embodiment relates to a display device **10** where the luminance allocation unit **55** allocates luminance of a pixel at an odd point where a color edge easily occurs to surrounding pixels. The portions common to the first embodiment will not be described.

Herein, the odd point will be described. In the embodiment, the odd point denotes a portion where the color edge easily occurs. As described above, the color edge easily occurs at the time of displaying a high contrast image, for example, a black letter, straight line, dot, or the like on white background. A pixel in a boundary portion where the contrast is greatly different is referred to as an odd point in the description hereinafter. The odd point can be extracted by, for example, an existing edge detection method applying a differential filter to an image.

FIG. **26** is a flowchart illustrating a flow of processes of a program according to the eighth embodiment. The flow of the processes performed by the control unit **51** according to the embodiment will be described with reference to FIG. **26**.

26

The control unit **51** acquires image data for one screen through the FPC **12** (step S**601**). The control unit **51** adjusts the image data in accordance with the specification of the display device **10** (step S**602**). The control unit **51** extracts the odd points of the image data (step S**603**). The control unit **51** stores the adjusted image data and information representing the location of the odd points in the storage unit **56**.

The control unit **51** sets the first scan line among the image data stored in the storage unit **56** as a to-be-processed scan line (step S**604**).

The luminance allocation unit **55** extracts the data of the second pixel from the left from the storage unit **56** (step S**605**). The luminance allocation unit **55** determines whether or not the pixel from which the data is extracted is the odd point (step S**606**). In a case where it is determined that the pixel is the odd point (YES in step S**606**), the luminance allocation unit **55** determines whether or not the extracted pixel is the S-type pixel **351** (step S**607**).

In a case where it is determined that the pixel is the S-type pixel **351** (YES in step S**607**), the luminance allocation unit **55** adds the value of α times the luminance of the first subpixel **31** of the processing pixel to the luminance of the adjacent left pixel (step S**608**). The luminance allocation unit **55** set to (1−α) times the luminance of the first subpixel **31** of the processing pixel (step S**609**).

In a case where it is determined that the pixel is not the S-type pixel **351** (NO in step S**607**), the luminance allocation unit **55** adds the value of β times the luminance of the first subpixel **31** of the processing pixel to the luminance of the adjacent left pixel (step S**611**). The luminance allocation unit **55** set to (1−β) times the luminance of the first subpixel **31** of the processing pixel (step S**612**).

After step S**612** or step S**609** is ended or in a case where the pixel is not the odd point (NO in step S**606**), the luminance allocation unit **55** determines whether or not the process for one scan line is ended (step S**615**). In a case where it is determined that the process is not ended (NO in step S**615**), the luminance allocation unit **55** changes the target pixel to the next pixel, that is, the adjacent right pixel (step S**616**). The luminance allocation unit **55** returns to step S**606**.

In a case where it is determined that the process is ended (YES in step S**615**), the luminance allocation unit **55** outputs the data of the processed scan line to the emission control driver **14**, the demultiplexer **15**, and the scan driver **16** of the TFT substrate **11** (step S**617**). The subpixels corresponding to the processed scan lines of the display unit **30** emit light with predetermined luminances. In a case where, as a result of the process of the luminance allocation unit **55**, the subpixel of which the luminance exceeds 100% is generated, the subpixel emits light with the luminance of 100%.

The control unit **51** determines whether or not the process for one screen is ended (step S**618**). In a case where it is determined that the process is not ended (NO in step S**618**), the control unit **51** changes the to-be-processed scan line to the next scan line (step S**619**). The control unit **51** returns to step S**605**.

In a case where it is determined that the process is ended (YES in step S**618**), the control unit **51** ends the process.

According to the embodiment, it is possible to provide the display device **10** where the luminance allocation unit **55** allocates the luminance of the pixel at the odd point where the color edge easily occurs to the surrounding pixels. Since the luminance allocation unit **55** does not operates with respect to the pixels other than the odd points, the image of, for example, a landscape or the like can be displayed clearly.

US 12,293,691 B2

27                                                              28

A process of sequentially processing data of several scan lines and outputting the data to the display unit **30** and a process of acquiring data of a new scan line through the FPC **12** may be performed in parallel. By doing so, a time difference between the image data acquired through the FPC **12** and the image which is to be displayed on the display unit **30** can be reduced.

### Ninth Embodiment

FIG. **27** is a functional block diagram illustrating operations of a display device **10** according to a ninth embodiment. The display device **10** is operated as follows under the control of the control unit **51**. An acquisition unit **58** acquires the image signal through the FPC **12**. The luminance allocation unit **55** allocates the luminance of the subpixel of the first pixel **351** indicated by the image signal to the luminance of the subpixel in the adjacent second pixel **352**. According to the allocated luminance, the subpixels of the first pixel **351** and the second pixel **352** in the display unit **30** emit light. By doing so, the image represented by the image signal is displayed on the display unit **30** of the display device **10**.

### Tenth Embodiment

The embodiment relates to an aspect of controlling a display device **10** by combining a general-purpose computer and a program **71** and operating the computer and the program. FIG. **28** is a diagram illustrating a configuration of a display device **10** according to a tenth embodiment. The configuration of the embodiment will be described with reference to FIG. **28**. The portions common to the first embodiment will not be described.

The display device **10** according to the embodiment includes an FPC **12**, a driver IC **18**, and a TFT substrate **11**. The control unit **51** in the driver IC **18** according to the embodiment does not include the brightness adjustment unit **52**, the color tone adjustment unit **53**, the gamma adjustment unit **54**, and the luminance allocation unit **55**. The driver IC **18** performs a process of converting the image data acquired through the FPC **12** to an analog signal which is to be supplied to the emission control driver **14**, the demultiplexer **15**, and the scan driver **16** on the TFT substrate **11**.

The FPC **12** is connected to a control device **60**. The control device **60** is a device controlling overall components of an electronic apparatus in which the display device **10** is incorporated. The control device **60** may be incorporated inside the electronic apparatus or may be installed outside the electronic apparatus. Examples of the electronic apparatus includes a portable electronic apparatus, for example, a mobile phone, a tablet terminal, an information processing terminal having multiple wireless communication functions, or the like. Examples of the electronic apparatus include a stationary electronic apparatus, for example, a television set, a personal computer, or the like.

The control device **60** includes a central processing unit (CPU) **61**, a main memory device **62**, an auxiliary memory device **63**, a communication unit **64**, a reading unit **65**, and a bus.

The CPU **61** is a control device which executes a program according to the embodiment. As the CPU **61**, one CPU, a plurality of CPUs, a multi-core CPU, or the like is used. The CPU **61** is connected to hardware components constituting the control device **60** via the bus.

The main memory device **62** is a storage device such as an SRAM, a DRAM, and a flash memory. The main memory device **62** temporarily stores information necessary during

the processes performed by the CPU **61** and a program during the execution of the CPU **61**.

The auxiliary memory device **63** is a storage device such as an SRAM or a flash memory. The auxiliary memory device **63** stores a program which is to be executed by the CPU **61** and various types of information necessary for executing the program.

The communication unit **64** is an interface performing communication with a network (not illustrated). The reading unit **65** is a device reading a portable recording medium **72** and, specifically, for example, a micro SD card slot.

The program **71** is recorded in the portable recording medium **72**. The CPU **61** reads the program **71** through the reading unit **65** and stores the program in the auxiliary memory device **63**. The CPU **61** may read the program **71** stored in a semiconductor memory **73** such as a flash memory equipped in the control device **60**. The CPU **61** may download the program **71** from another server computer (not illustrated) which is connected through the communication unit **64** and the network (not illustrated) and stores the program in the auxiliary memory device **63**.

The program **71** is installed as a control program for the control device **60** and is loaded on the main memory device **62** to be executed. Therefore, the control device **60** functions as the control unit **51** of the above-described display device **10**. Namely, the CPU **61** performs adjustment in accordance with the characteristic of the display device **10** and outputs the image signal after the performing of the above-described process of the luminance allocation. The display device **10** acquires the processed image signal through the FPC **12**. The driver IC **18** converts the image signal to an analog signal to output the analog signal to the circuits on the TFT substrate **11**.

### Eleventh Embodiment

The embodiment relates to an electronic apparatus in which a display device **10** is incorporated. FIG. **29** is a diagram illustrating outer appearance of an electronic device according to an eleventh embodiment. The configuration of the embodiment will be described with reference to FIG. **29**. The portions common to the first embodiment will not be described.

The electronic apparatus according to the embodiment is a smartphone **81**. The smartphone **81** has a shape of a rectangular flat plate and includes a display unit **30** on one-side surface. Input buttons **85** are provided in the periphery of the display unit **30**. A touch panel which receives scanning by a user is provided to the display unit **30**. The smartphone **81** has various information processing functions. For example, the smartphone **81** displays information obtained through a network (not illustrated) connected by wireless communication or wired communication and information processed based on input by the user on the display unit **30**.

The smartphone of FIG. **29** is an example of the electronic apparatus in which the display device **10** is incorporated. The display device **10** can be incorporated in an arbitrary electronic apparatus having a function of displaying an image.

### Twelfth Embodiment

Another example of the pixel circuit allowing the subpixel to emit light which is different from FIG. **12** will be described. FIG. **30** is a circuit diagram illustrating another pixel circuit allowing one OLED to emit light. FIG. **31** is a

US 12,293,691 B2

29

time chart illustrating an image signal and driving signals with respect to the circuit diagram of FIG. 30. FIG. 32 is a diagram illustrating outer appearance of a display device according to the embodiment.

A display device 100 illustrated in FIG. 32 is different from the display device 10 of FIG. 1 in terms of the following two points. First, as scan drivers, two scan drivers 16A and 16B exist. In addition, there is a difference in terms of arrangement of circuitry (14, 15, 16A, 16B, and 17) and arrangement of a sealing plate 21, a sealing portion 25, and a cathode electrode 19. In addition, internal arrangement of the display device 100 may be appropriately changed.

A positive power supply VDD, a negative power supply VSS, an image signal Vdata, a scan signal ScanN as a scan signal 1, a scan signal ResetN (ScanN−1) as a scan signal 2, and a reset signal Vreset are input to the pixel circuit of FIG. 30. The image signal Vdata is output from a demultiplexer 15. The scan signal ScanN as the scan signal 1 is output from the scan driver 16A. The scan signal ResetN (ScanN−1) as the scan signal 2 is output from the scan driver 16B.

The pixel circuit includes an OLED, a switch TFT, a driving TFT that controls a current flowing to the organic light emitting element, a reset TFT, and a storage capacitor C1. The pixel circuit applies a voltage equal to or less than a voltage of the cathode electrode 19 to the anode electrode 43 before the OLED emits light. The image signal Vdata is input to a source electrode of the switch TFT. The reset signal Vreset is input to a source electrode of the reset TFT.

The scan signal ScanN as the scan signal 1 is input to a gate electrode of the switch TFT. The scan signal ResetN (ScanN−1) as the scan signal 2 is input to a gate electrode of the reset TFT. The positive power supply VDD is connected to a first electrode of the storage capacitor C1 and a source electrode of the driving TFT. The negative power supply VSS is connected to a cathode electrode 19 of the OLED.

A drain electrode of the switch TFT is connected to a second electrode of the storage capacitor C1 and a gate electrode of the driving TFT. A drain electrode of the driving TFT together with a drain electrode of the reset TFT is connected to an anode electrode 43 of the OLED through a TFT circuit output connection portion 42.

Next, the operations of the pixel circuit of FIG. 30 will be described with reference to FIG. 31. The horizontal axes of FIG. 31 denote time. The vertical axes of FIG. 31 denote a voltage of the image signal Vdata, a voltage of the scan signal ScanN as the scan signal 1 of an N-th scan line, a voltage of the scan signal ResetN (ScanN−1) as the scan signal 2 of an N-th reset line, a voltage of the scan signal ScanN+1 as the scan signal 1 of an (N+1)-th scan line, and a voltage of the scan signal ResetN+1 (ScanN) as the scan signal 2 of an (N+1)-th reset line. The image signal Vdata is the voltage between a black potential and a white potential corresponding to the brightness with which each OLED is allowed to emit light. The scan signals ScanN and ScanN+1 as the scan signals 1 and the scan signals ResetN (ScanN−1) and ResetN+1 (ScanN) as the scan signals 2 are any one of ON and OFF. In FIG. 31, the scan signal is ON in the case of a low voltage and OFF in the case of a high voltage.

The pixel circuit according to the embodiment and the pixel circuit of FIG. 12 are different from each other according to presence or absence of a function of the reset TFT of resetting the anode electrode of the OLED. The reset TFT is used for stopping the light emission of the OLED by setting the voltage between the anode electrode and the cathode electrode of the OLED to be not in a forward state (the voltage of the anode electrode is higher than the voltage

30

of the cathode electrode) but in a zero-bias state or a backward state (the voltage of the anode electrode is lower than the voltage of the cathode electrode).

More specifically, as illustrated by the scan signals ResetN (ScanN−1) and ResetN+1 (ScanN) as the scan signals 2 in the timing chart of FIG. 31, the reset TFT is ON immediately before the scan signal ScanN or ScanN+1 as the scan signal 1 is ON. If the reset TFT is ON, the reset signal Vreset is applied to the TFT circuit output connection portion 42. The reset signal Vreset is, for example, a potential equal to of the negative power supply VSS or a potential lower than the potential of the negative power supply VSS. As a result, since the diode is in the backward region, so that the OLED does not emit light.

In this manner, the light emitting of the OLED is stopped by using the reset TFT, so that a black level can be lowered. In addition, frequently-seen crosstalk between subpixels can be improved.

The crosstalk between subpixels occurs due to various causes. For example, in a case where a hole transport layer and a hole injection layer among layers of the OLED are common to the subpixels, a current flow between the subpixels is generated. For this reason, when one subpixel emits light, in some cases, other adjacent subpixels may slightly emit light. If such crosstalk occurs, in some cases, the light emitting becomes a color edge.

For example, the voltage of the TFT circuit output connection portion 42 is set to the reset signal Vreset by the reset TFT, so that the light emitting caused by the current flow between the subpixels can be stopped. Therefore, the crosstalk is improved. Accordingly, the occurrence of the color edge can be reduced.

Thirteenth Embodiment

Still another example of the pixel circuit allowing the subpixel to emit light will be described. The portions common to the twelfth embodiment will not be described.

FIG. 33 is a circuit diagram illustrating still another pixel circuit allowing one OLED to emit light. FIG. 34 is a time chart illustrating an image signal and driving signals with respect to the circuit diagram of FIG. 33.

A positive power supply VDD, a negative power supply VSS, an image signal Vdata, a scan signal ScanN as a scan signal 1, a scan signal ResetN (ScanN−1) as a scan signal 2, a reset signal Vreset, and an emission signal EmissionN are input to the pixel circuit of FIG. 33. The emission signal EmissionN is output from an emission control driver 14.

The pixel circuit includes an OLED, a transistor M1 as a switch TFT, a transistor M2 as a driving TFT, a transistor M3 as a reset TFT, a transistor M4 as an emission TFT, and a storage capacitor C1. The image signal Vdata is input to a source electrode of the switch TFT. The reset signal Vreset is input to a source electrode of the reset TFT.

The scan signal ScanN as the scan signal 1 is input to a gate electrode of the switch TFT. The scan signal ResetN (ScanN−1) as the scan signal 2 is input to a gate electrode of the reset TFT. The emission signal EmissionN as the emission signal is input to a gate electrode of the emission TFT. The positive power supply VDD is connected to a first electrode of the storage capacitor C1 and a source electrode of the driving TFT. The negative power supply VSS is connected to a cathode electrode 19 of the OLED.

A drain electrode of the switch TFT is connected to a second electrode of the storage capacitor C1 and a gate electrode of the driving TFT. A source electrode of the emission TFT is connected to a drain electrode of the driving

31                                                                  32

TFT. A drain electrode of the emission TFT together with a drain electrode of the reset TFT is connected to an anode electrode **43** of the OLED through the TFT circuit output connection portion **42**.

Next, the operations of the pixel circuit of FIG. **33** will be described with reference to FIG. **34**. The horizontal axes of FIG. **34** denote time. The vertical axes of FIG. **34** denote a voltage of the image signal Vdata, a voltage of the scan signal ScanN as the scan signal **1** of an N-th scan line, a voltage of the scan signal ScanN+1 (ScanN−1) as the scan signal **2** of an N-th reset line, a voltage of the emission signal EmissionN as the emission signal of an N-th emission signal line, a voltage of the scan signal ScanN+1 as the scan signal **1** of an (N+1)-th scan line, a voltage of the scan signal ResetN+1 (ScanN) as the scan signal **2** of an (N+1) reset line, and a voltage of the emission signal EmissionN+1 as the emission signal of an (N+1)-th emission signal line. The vertical axes in FIG. **34** are not illustrated. Emission signals EmissionN and EmissionN+1 are any one of ON and OFF.

The pixel circuit according to the embodiment and the pixel circuit described with reference to FIG. **30** are different from each other in that the emission TFT is connected between the driving TFT and the TFT circuit output connection portion **42** and the emission signal EmissionN is connected to the gate electrode of the emission TFT. The emission TFT is used to control light-emitting time of the OLED by controlling a time of connection of the OLED to the driving TFT.

More specifically, as illustrated in the emission signals EmissionN and EmissionN+1 as the emission signals in the timing chart of FIG. **34**, the emission TFT is ON after the scan signal ScanN or ScanN+1 as the scan signal **1** is OFF, and the emission TFT is OFF before the scan signal ResetN (ScanN−1) or ResetN+1 (ScanN) as the scan signal **2** is ON. If the emission TFT is ON, the positive power supply VDD is applied to the TFT circuit output connection portion **42** through the driving TFT and the emission TFT. As a result, since the diode is in the forward region, the OLED emits light.

In this manner, the light-emitting time of the OLED is controlled by using the emission TFT, so that blackening the pixels during the screen displaying, so-called black insertion can be achieved.

In addition, technical characteristics (configuration requirements) described in each embodiment may be combined with each other, and new technical characteristics may be formed by combining the same.

It is to be noted that, as used herein and in the appended claims, the singular forms "a", "an", and "the" include plural referents unless the context clearly dictates otherwise.

It is to be noted that the disclosed embodiment is illustrative and not restrictive in all aspects. The scope of the present invention is defined by the appended claims rather than by the description preceding them, and all changes that fall within metes and bounds of the claims, or equivalence of such metes and bounds thereof are therefore intended to be embraced by the claims.

The invention claimed is:

**1**. A display device comprising:

a display unit where a plurality of first pixels each including subpixels of three colors and a plurality of second pixels each including subpixels of three colors arranged differently from the subpixels in one of the first pixels are alternately arrayed in a row direction and a column direction, the subpixels of the three colors including a subpixel of a first color, a subpixel of a second color and a subpixel of a third color;

a thin film transistor (TFT) circuit disposed below each of the subpixels to control the subpixels; and

at least one connection part that connects the TFT circuit and one of the subpixels;

wherein

in the first pixel and the second pixel adjacent to each other in the column direction, the subpixel of the second color and the subpixel of the third color are arrayed alternately in the column direction,

a column where the subpixel of the first color in the first pixel and the subpixel of the first color in the second pixel are arrayed in parallel with a column where the subpixel of the second color and the subpixel of the third color are alternately arrayed, the columns being arrayed alternately in the row direction,

the subpixel of the first color in one of the first pixels has a biased arrangement and is positioned toward a side of the subpixel of the second color in an array direction of the subpixel of the second color and the subpixel of the third color that are arrayed alternately,

the subpixel of the first color in one of the second pixels has a biased arrangement and is positioned toward a side of the subpixel of the third color in the array direction of the subpixel of the second color and the subpixel of the third color that are arrayed alternately,

the subpixel of the first color in one of the first pixels has a rectangle or rounded rectangle shape whose long axis is parallel with the direction in which the subpixel of the second color and the subpixel of the third color are arrayed alternately,

the subpixel of the first color in one of the second pixels has the rectangle or rounded rectangle shape whose long axis is parallel with the direction in which the subpixel of the second color and the subpixel of the third color are arrayed alternately,

the at least one connection part of the subpixel of the first color in one of the first pixels is one connection part and is biased from a middle of a long axis of the subpixel of the first color toward an end of the long axis when viewed from the row direction,

the at least one connection part of the subpixel of the first color in one of the second pixels is one connection part and is biased from a middle of a long axis of the subpixel of the first color toward an end of the long axis when viewed from the row direction,

a biased position where the connection part of the subpixel of the first color in the first pixel is disposed with respect to the middle of the long axis of the subpixel of the first color in the first pixel when viewed from the row direction is relatively different from a biased position where the connection part of the subpixel of the first color in the second pixel is disposed with respect to the middle of the long axis of the subpixel of the first color in the second pixel when viewed from the row direction,

a position where the connection part is disposed with respect to the subpixel of the second color, a position where the connection part is disposed with respect to the subpixel of the third color and a position where the connection part is disposed with respect to the subpixel of the first color in the first pixel are relatively same as a position where the connection part with respect to the subpixel of the second color, a position where the connection part is disposed with respect to the subpixel of the third color and a position where the connection part is disposed with respect to the subpixel of the first color in the second pixel, and

US 12,293,691 B2

33

in a pixel array including the first pixel and the second pixel arrayed in the column direction, the connection part of the subpixel of the first color is disposed between a column where the subpixel of the second color and the subpixel of the third color are alternately arrayed and a column where the subpixel of the first color arranged in parallel with the column where the subpixel of the second color and the subpixel of the third color are alternately arrayed.

2. The display device according to claim 1, wherein
the subpixel includes an anode electrode, and
the at least one connection part is a portion that connects an output of the TFT circuit and the anode electrode.

3. The display device according to claim 2, wherein
a position where the at least one connection part is disposed overlaps with the anode electrode in a plan view.

4. The display device according to claim 1, wherein
the TFT circuit includes an identical circuit arrangement pattern for the subpixels of the first to third colors.

5. The display device according to claim 1, wherein
in one of the first pixels and one of the second pixels that are adjacent to each other in the row direction, a distance between a first connection part of the at least one connection part for the subpixel of the first color in

34

the one of the first pixels and a second connection part of the at least one connection part for the subpixel of the first color in the one of the second pixels are consistent in the display unit independent of the biased arrangements of the subpixels.

6. The display device according to claim 1, wherein
a first square not crossing the subpixels encloses a region including the subpixels of three colors included in one of the first pixels and excluding other subpixels,
a second square not crossing the subpixels encloses a region including the subpixels of three colors included in one of the second pixels and excluding other subpixels, and
the first square and the second square are arranged without overlapping each other.

7. The display device according to claim 1, wherein
the OLED layer is disposed above the at least one connection part, and
a position where the at least one connection part is disposed overlaps with the OLED layer in a plan view.

8. The display device according to claim 1, wherein
the TFT circuit and one of the subpixels are connected by only one of the at least one connection part.

* * * * *

# EXHIBIT E

Filed in Support of Plaintiff Tianma Microelectronics Co. Ltd.'s
Complaint for Patent Infringement

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| SOLAS OLED LTD., an Irish corporation, | |
| Plaintiff, | |
| v. | CASE NO. 6:19-CV-00236-ADA |
| LG DISPLAY CO., LTD., a Korean corporation; LG ELECTRONICS, INC., a Korean corporation; and SONY CORPORATION, a Japanese corporation, | JURY TRIAL DEMANDED |
| Defendants. | |

## ANSWER AND COUNTERCLAIMS OF DEFENDANT
## LG DISPLAY CO., LTD. TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant LG Display Co., Ltd ("LG Display") answers each paragraph of the Second Amended Complaint of Solas OLED Ltd. ("Solas" or "Plaintiff"), alleging infringement of U.S. Patent Nos. 7,432,891, 7,573,068, and 7,907,137 (collectively, the "Patents-in-Suit"), and provides defenses and counterclaims as follows:

## ANSWER

1.       LG Display is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1 including the preceding heading, and, on that basis, denies them.

2.       LG Display admits that a copy of a document purporting to be U.S. Patent No. 7,432,891 (the "'891 patent") is attached to the Second Amended Complaint. LG Display admits that a copy of a document purporting to be U.S. Patent No. 7,573,068 (the "'068 patent") is attached to the Second Amended Complaint. LG Display admits that a copy of a document purporting to be U.S. Patent No. 7,907,137 (the "'137 patent") is attached to the Second Amended Complaint. LG Display is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 2, and, on that basis, denies them.

3.      LG Display admits that LG Display is a corporation organized under the laws of the Republic of Korea.  LG Display admits that LG Electronics, Inc. ("LG Electronics") is a corporation organized under the laws of the Republic of Korea.  LG Display is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 3 including the preceding heading, and, on that basis, denies them.

4.      LG Display admits that Plaintiff purports to identify general categories of accused products in paragraph 4.  Except as expressly admitted, LG Display denies the remaining allegations, if any, contained in paragraph 4.

5.      LG Display admits that it designs, produces, and sells OLED display panels.  LG Display admits that LG Electronics sells products incorporating LG Display OLED display panels.  LG Display admits that Sony Corporation ("Sony") sells products, including OLED televisions, incorporating LG Display OLED display panels.  LG Display is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 5, and, on that basis, denies them.

6.      LG Display admits that this Court has subject matter jurisdiction over Plaintiff's claims made pursuant to 35 U.S.C. §§ 271 and 281, *et seq*.  LG Display denies that it has committed or is committing any act of patent infringement within this or any other District.  Except as expressly admitted, LG Display denies the remaining allegations, if any, contained in paragraph 6 including the preceding heading.

7.      For purposes of this action only, LG Display will not dispute personal jurisdiction of this Court.  LG Display denies that it has committed or is committing any act of patent infringement within this or any other District.  Except as expressly admitted, LG Display denies the remaining allegations, if any, contained in paragraph 7.

8.      LG Display admits that it designs, produces, and sells OLED display panels that are incorporated into products sold by LG Electronics and Sony Corporation.  Except as expressly admitted, LG Display denies the remaining allegations contained in paragraph 8.

9.      LG Display admits that it and LG Electronics are Korean corporations.   For purposes of this action only, LG Display will not dispute whether venue is proper in this Court under 28 U.S.C. § 1391(c)(3).   No response is otherwise required to paragraph 9.   To the extent that the Court deems a response necessary, LG Display denies the allegations, if any, contained in paragraph 9.

10.     LG Display is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 10 including the preceding heading, and, on that basis, denies them.

11.     LG Display is without knowledge or information regarding the origin of the purported "image and circuit diagram" in paragraph 11 and, at least on that basis, denies that the purported "image and circuit diagram" is an accurate representation of the accused products. Except as expressly admitted, LG Display denies the remaining allegations contained in paragraph 11.

12.     LG Display is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 12, and, on that basis, denies them.

13.     No response is required to paragraph 13 including its preceding heading.   To the extent that the Court deems a response necessary, LG Display incorporates by reference its responses to paragraphs 1 through 12 of the Second Amended Complaint as set forth above.

14.     LG Display admits the allegations contained in paragraph 14.

15.     LG Display is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 15, and, on that basis, denies them.

16.     Denied.

17.     Denied.

18.     Denied.

19.     LG Display admits that the '891 patent purports to claim priority to foreign application DE10254511.   LG Display is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 19, and, on that basis, denies them.

20.　　LG Display admits that KR100768047B1 is a Korean patent titled "OLED display apparatus and drive method thereof" that cites DE10254511B4 and identifies "LG.PHILIPS LCD CO., LTD" as the applicant and a filing date of November 30, 2005. LG Display admits that KR101200884B1 is a Korean patent titled "Light emitting diode and light emitting display device and method for driving the same" that cites KR100580956B1 and identifies "LG DISPLAY CO., LTD." as the applicant and a filing date of June 14, 2006. LG Display admits that KR101390316B1 is a Korean patent titled "AMOLED and driving method thereof" that cites KR20040045352A and identifies "LG DISPLAY CO., LTD" as the applicant and a filing date of October 30, 2007. LG Display admits that KR101597037B1 is a Korean patent titled "Organic light emitting display for compensating electrical characteristics deviation of driving element" that cites DE10254511B4 and identifies "LG Display Co., Ltd." as the applicant and a filing date of June 26, 2014. Except as expressly admitted, LG Display denies the remaining allegations, if any, contained in paragraph 20.

21.　　Denied.

22.　　LG Display admits that LG Electronics has invested in LG Display. LG Display admits that it has prepared and prosecuted patent applications. LG Display denies that the '891 patent is relevant to the products designed by LG Display. LG Display is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 22, and, on that basis, denies them.

23.　　Denied.

24.　　LG Display admits that JP5278119B2 is a Japanese Patent titled "Method of driving a display device" that cites DE10254511A and identifies "SONY CORP" as the applicant and a filing date of April 2, 2009. LG Display is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 24, and, on that basis, denies them.

25.　　Denied.

26.　　Denied.

27.     LG Display admits that it supplies OLED display panels that are incorporated in the Sony Bravia 55A1 OLED Television.  Except as expressly admitted, LG Display denies the remaining allegations contained in paragraph 27.

28.     Denied.

29.     Denied.

30.     No response is required to paragraph 30 including the preceding heading.  To the extent that the Court deems a response necessary, LG Display incorporates by reference its responses to paragraphs 1 through 29 of the Second Amended Complaint as set forth above.

31.     LG Display admits the allegations contained in paragraph 31.

32.     LG Display is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 32, and, on that basis, denies them.

33.     Denied.

34.     LG Display denies that the Sony Bravia 55A1 OLED Television and the LG OLED55B7A OLED Television infringe any claim of the '068 patent.  LG Display is without knowledge or information sufficient to form a belief as to any allegations regarding the Sony Trimaster EL PVM-A250 OLED Monitor or the Sony Electronic Viewfinder FDA-EV1MK and, on that basis, denies them. LG Display denies the remaining allegations contained in paragraph 34.

35.     Denied.

36.     LG Display admits that US10,103,212B2 is a United States Patent titled "Display device, method of manufacturing the same, and electronic apparatus" that cites US2006/0098521A1 and identifies "Sony Corporation" as the applicant and a filing date of July 16, 2014.  LG Display is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 36, and, on that basis, denies them.

37.     Denied.

38.     Denied.

39.     Denied.

40.     LG Display admits that LG Electronics has invested in and worked with LG Display.  LG Display admits that it has prepared and prosecuted patent applications.  LG Display denies that the '068 patent is relevant to the products designed by LG Display.  LG Display is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 40, and, on that basis, denies them.

41.     Denied.

42.     Denied.

43.     LG Display admits that it supplies OLED display panels that are incorporated in the Sony Bravia 55A1 OLED Television.  Except as expressly admitted, LG Display denies the remaining allegations contained in paragraph 43.

44.     Denied.

45.     Denied.

46.     No response is required to paragraph 46 including the preceding heading.  To the extent that the Court deems a response necessary, LG Display incorporates by reference its responses to paragraphs 1 through 45 of the Second Amended Complaint as set forth above.

47.     LG Display admits the allegations contained in paragraph 47.

48.     LG Display is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 48, and, on that basis, denies them.

49.     Denied.

50.     Denied.

51.     Denied.

52.     LG Display admits that US10,062,327 is a United States Patent titled "Data driver and organic light emitting display panel, display device, and driving method for sensing and compensating a mobility of the driving transistor" that cites US2006/0221015A1 and identifies "LG Display Co. Ltd." as the applicant and a filing date of May 27, 2016.  LG Display denies the remaining allegations of paragraph 52.

53.     Denied.

54. LG Display admits that LG Electronics has invested in and worked with LG Display. LG Display admits that it has prepared and prosecuted patent applications. LG Display denies that the '137 patent is relevant to the products designed by LG Display. LG Display is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 54, and, on that basis, denies them.

55. Denied.

56. LG Display admits that US8345027B2 is a United States Patent titled "Image display device and driving method of image display device" that cites US2006/0221015A1 and identifies "Sony Corporation" as the assignee and a filing date of March 4, 2009. LG Display is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 56, and, on that basis, denies them.

57. Denied.

58. Denied.

59. LG Display admits that it supplies OLED display panels that are incorporated in the Sony Bravia 55A1 OLED Television. Except as expressly admitted, LG Display denies the remaining allegations contained in paragraph 59.

60. Denied.

61. Denied.

62. No response is required to paragraph 62 including the preceding heading. To the extent that the Court deems a response necessary, LG Display incorporates by reference its responses to paragraphs 1 through 61 of the Second Amended Complaint as set forth above.

63. LG Display denies that Solas is entitled to any relief because none of the asserted patents are valid, enforceable, or infringed.

64. No response is required to paragraph 64 including the preceding heading. To the extent that the Court deems a response necessary, LG Display incorporates by reference its responses to paragraphs 1 through 63 of the Second Amended Complaint as set forth above.

65.     LG Display denies that Solas is entitled to any injunctive relief because none of the asserted patents are valid, enforceable, or infringed.

66.     No response is required to paragraph 66 including the preceding heading.  To the extent that the Court deems a response necessary, LG Display incorporates by reference its responses to paragraphs 1 through 65 of the Second Amended Complaint as set forth above.

67.     LG Display denies that Solas is entitled to any relief because none of the asserted patents are valid, enforceable, or infringed.

68.     No response is required to paragraph 68 including the preceding heading.  To the extent that the Court deems a response necessary, LG Display incorporates by reference its responses to paragraphs 1 through 67 of the Second Amended Complaint as set forth above.

69.     LG Display is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 69, and, on that basis, denies them.

70.     LG Display also demands a trial by jury on all issues so triable.

71.     Except as expressly admitted above, LG Display denies each and every allegation in Solas' Second Amended Complaint for Patent Infringement.  In addition, LG Display denies any allegation that may be implied or inferred from the headings in the Second Amended Complaint.

72.     LG Display denies that Solas is entitled to any relief in this action.

## DEFENSES

LG Display asserts the following additional defenses without assuming the burden of proof on any issue that LG Display would not have otherwise, including without admitting or acknowledging that it bears the burden of proof as to any of them.  LG Display incorporates the admissions and denials in paragraphs 1 through 72, above.

## FIRST DEFENSE

73.     LG Display does not infringe, and has not infringed (either directly, contributorily, or by inducement), either literally or under the doctrine of equivalents, and is not liable for infringement of any valid and enforceable claim of the Patents-in-Suit.

## SECOND DEFENSE

74.     Each claim of the Patents-in-Suit is invalid for failure to satisfy one or more of the conditions of patentability, including without limitation those set forth in 35 U.S.C. §§ 101, 102, 103, and/or 112.

## THIRD DEFENSE

75.     Solas' claims are barred in whole or in part by the doctrine of disclaimer.

## FOURTH DEFENSE

76.     Solas' claims are barred in whole or in part by the doctrine of prosecution history estoppel.

## FIFTH DEFENSE

77.     Plaintiff is not entitled to enhanced damages under 35 U.S.C. § 284, at least because Plaintiff has failed to show, and cannot show, that LG Display has intentionally, willfully, or deliberately infringed any valid and enforceable claim of the Patents-in-Suit.

## SIXTH DEFENSE

78.     Solas' claim for damages is barred, in whole or in part, by 35 U.S.C. § 286.

## SEVENTH DEFENSE

79.     Solas' request for a permanent injunction is barred in whole or in part by the doctrine of laches.

## EIGHTH DEFENSE

80.     Solas' claims are barred in whole or in part by a failure of the owner and/or licensee of the Patents-in-Suit to mark relevant products as required by 35 U.S.C. § 287.

## NINTH DEFENSE

81.     To the extent that Solas' claims are directed to acts occurring outside the United States, those claims for relief are barred or limited by the doctrine of territoriality by 35 U.S.C. § 271 et seq., including but not limited to § 271(a) and (c).

## OTHER DEFENSES RESERVED

82.     LG Display reserves the right to assert additional defenses if such defenses are discovered during litigation.

## COUNTERCLAIMS

For its counterclaims, LG Display alleges:

## PARTIES

1.     LG Display is a Korean corporation organized under the laws of Korea, with its principal place of business in LG Twin Tower 128, Yeoui-daero, Yeongdeungpo-gu, Seoul 07336, South Korea.

2.     Solas is a corporation organized and existing under the laws of Ireland, with its headquarters at 4-5 Burton Hall Road, Sandyford, Dublin 18.

## JURISDICTION AND VENUE

3.     This is an action for patent infringement under the patent laws of the United States, including 35 U.S.C. §§ 271 and 281 *et seq.*

4.     Solas is subject to personal jurisdiction, and venue is proper as to Solas in this district.

## FIRST COUNTERCLAIM
### *Declaration of Non-infringement of the '891 Patent*

5.     LG Display incorporates paragraphs 1 through 4, above.

6.     Solas alleges it is the owner of the '891 patent.

7.     Solas has asserted the '891 patent against LG Display in this action, alleging that LG Display has infringed and/or infringes, directly and/or indirectly, the '891 patent.

8.     LG Display has not infringed and does not infringe, directly or indirectly, any claim of the '891 patent.

9.     For example, and without limitation, LG Display does not infringe claim 1 of the '891 patent because the accused products do not comprise "feedback coupling" or a "third thin film transistor which during driving its gate through a driving conductor taps a diode driving

current at an output of said first current-driving transistor and supplies a current measuring- and voltage regulating circuit, said current measuring- and voltage regulating circuit providing to the data conductor a voltage signal which is dependent on a current measuring result and a voltage comparison, so that the diode during driving of said gate of said third transistor due to its non-linear switching characteristic acts as a switch for a current deviation in said current measuring- and voltage regulating circuit."

10.     An actual case and controversy exists between Solas and LG Display based on Solas having alleged infringement of the '891 patent, and that controversy is ripe for adjudication by this Court.

11.     To resolve the legal and factual questions raised by Solas and to afford relief from the uncertainty and controversy that Solas' accusations have caused, LG Display is entitled to a declaratory judgment that it does not infringe and has not infringed any claim of the '891 patent.

## SECOND COUNTERCLAIM
### *Declaration of Invalidity of the '891 Patent*

12.     LG Display incorporates paragraphs 1 through 11, above.

13.     Solas alleges that the claims of the '891 patent are valid and enforceable.

14.     Each of the claims of the '891 patent is invalid for failure to comply with one or more requirements of the patent laws of the United States, including but not limited to 35 U.S.C. §§ 101, 102, 103, and 112.

15.     For example, and without limitation, the claims of the '891 patent, including claim 1, are rendered obvious by U.S. Patent Application Publication No. 2002/0101172 to Bu alone or in combination with other prior art and/or the knowledge of a person of ordinary skill in the art.

16.     Furthermore, the claims of the '891 patent are invalid under 35 U.S.C. § 101 at least because they are directed to the abstract idea of regulating an input using measurement-based feedback, and lack an inventive concept that could transform those claims into a patentable invention.

17. An actual case and controversy exists between Solas and LG Display based on Solas having alleged infringement of the '891 patent, and that controversy is ripe for adjudication by this Court.

18. To resolve the legal and factual questions raised by Solas and to afford relief from the uncertainty and controversy that Solas' accusations have caused, LG Display is entitled to a declaratory judgment that one or more claims of the '891 patent are invalid.

### THIRD COUNTERCLAIM
*Declaration of Non-infringement of the '068 Patent*

19. LG Display incorporates paragraphs 1 through 18, above.

20. Solas alleges it is the owner of the '068 patent.

21. Solas has asserted the '068 patent against LG Display in this action, alleging that LG Display has infringed and/or infringes, directly and/or indirectly, the '068 patent.

22. LG Display has not infringed and does not infringe, directly or indirectly, any claim of the '068 patent.

23. For example, and without limitation, LG Display does not infringe claim 13 of the '068 patent because the accused products do not comprise "a plurality of feed interconnections" or "a plurality of supply lines which are patterned together with the sources and drains of said plurality of driving transistors and arrayed to cross said plurality of signal lines via the gate insulating film, one of the source and the drain of each of driving transistors being electrically connected to one of the supply lines."

24. An actual case and controversy exists between Solas and LG Display based on Solas having alleged infringement of the '068 patent, and that controversy is ripe for adjudication by this Court.

25. To resolve the legal and factual questions raised by Solas and to afford relief from the uncertainty and controversy that Solas' accusations have caused, LG Display is entitled to a declaratory judgment that it does not infringe and has not infringed any claim of the '068 patent.

## FOURTH COUNTERCLAIM
### *Declaration of Invalidity of the '068 Patent*

26.     LG Display incorporates paragraphs 1 through 25, above.

27.     Solas alleges that the claims of the '068 patent are valid and enforceable.

28.     Each of the claims of the '068 patent is invalid for failure to comply with one or more requirements of the patent laws of the United States, including but not limited to 35 U.S.C. §§ 102, 103, and 112.

29.     For example, and without limitation, the claims of the '068 patent are rendered obvious by PCT Patent Application No. WO 03/079441 to Childs, alone or in combination with other prior art and/or the knowledge of a person of ordinary skill in the art.

30.     An actual case and controversy exists between Solas and LG Display based on Solas having alleged infringement of the '068 patent, and that controversy is ripe for adjudication by this Court.

31.     To resolve the legal and factual questions raised by Solas and to afford relief from the uncertainty and controversy that Solas' accusations have caused, LG Display is entitled to a declaratory judgment that one or more claims of the '068 patent are invalid.

## FIFTH COUNTERCLAIM
### *Declaration of Non-infringement of the '137 Patent*

32.     LG Display incorporates paragraphs 1 through 31, above.

33.     Solas alleges it is the owner of the '137 patent.

34.     Solas has asserted the '137 patent against LG Display in this action, alleging that LG Display has infringed and/or infringes, directly and/or indirectly, the '137 patent.

35.     LG Display has not infringed and does not infringe, directly or indirectly, any claim of the '137 patent.

36.     For example, and without limitation, LG Display does not infringe claim 10 of the '137 patent because the accused products do not comprise "a gradation signal generation circuit which generates a gradation current having a current value for allowing the optical element to perform a light emitting operation at a luminance corresponding to a luminance gradation of the

display data, as a gradation signal corresponding to the luminance gradation of the display data, and supplies the gradation current to the display pixel through a data line connected to the display pixel" or "a threshold voltage detection circuit which detects a threshold voltage peculiar to the drive element of the display pixel through the data line."

37.     An actual case and controversy exists between Solas and LG Display based on Solas having alleged infringement of the '137 patent, and that controversy is ripe for adjudication by this Court.

38.     To resolve the legal and factual questions raised by Solas and to afford relief from the uncertainty and controversy that Solas' accusations have caused, LG Display is entitled to a declaratory judgment that it does not infringe and has not infringed any claim of the '137 patent.

<div align="center">

**SIXTH COUNTERCLAIM**
*Declaration of Invalidity of the '137 Patent*

</div>

39.     LG Display incorporates paragraphs 1 through 38, above.

40.     Solas alleges that the claims of the '137 patent are valid and enforceable.

41.     Each of the claims of the '137 patent is invalid for failure to comply with one or more requirements of the patent laws of the United States, including but not limited to 35 U.S.C. §§ 102, 103, and 112.

42.     For example, and without limitation, each and every claim of the '137 patent is invalid under 35 U.S.C. §§ 102 and/or 103 as anticipated and/or rendered obvious by U.S. Patent No. 7,358,941 to Ono alone or in combination with other prior art and/or the knowledge of a person of ordinary skill in the art.

43.     An actual case and controversy exists between Solas and LG Display based on Solas having alleged infringement of the '137 patent, and that controversy is ripe for adjudication by this Court.

44.     To resolve the legal and factual questions raised by Solas and to afford relief from the uncertainty and controversy that Solas' accusations have caused, LG Display is entitled to a declaratory judgment that one or more claims of the '137 patent are invalid.

## REQUEST FOR RELIEF

45.     LG Display respectfully requests the following relief:

A.      That Solas take nothing on its Complaint;

B.      That the Court dismiss each and every claim related to LG Display in Solas' Complaint with prejudice;

C.      A declaration that LG Display has not infringed and does not infringe, literally or under the doctrine of equivalents, directly or indirectly, any valid enforceable claim of the '891 patent;

D.      A declaration that the '891 patent is invalid;

E.      That the Court limit or bar Solas' ability to enforce the '891 patent in equity;

F.      A declaration that LG Display has not infringed and does not infringe, literally or under the doctrine of equivalents, directly or indirectly, any valid enforceable claim of the '068 patent;

G.      A declaration that the '068 patent is invalid;

H.      That the Court limit or bar Solas' ability to enforce the '068 patent in equity;

I.      A declaration that LG Display has not infringed and does not infringe, literally or under the doctrine of equivalents, directly or indirectly, any valid enforceable claim of the '137 patent;

J.      A declaration that the '137 patent is invalid;

K.      That the Court limit or bar Solas' ability to enforce the '137 patent in equity;

L.      That the Court declare that this case is exceptional under 35 U.S.C. § 285 and award to LG Display its reasonable costs and expenses of litigation, including attorneys' fees, expert witness fees and other expenses incurred in connection with this action;

M.      That the Court grant LG Display pre-judgment and post-judgment interest on all amounts awarded; and

N.   That the Court award LG Display any other and further relief the Court may

deem just and proper.

## **JURY DEMAND**

46.   LG Display demands a trial by jury on all issues so triable.

Respectfully submitted,

/s/ Jennifer H. Doan
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Tel: 903.255.1000
Fax: 903.255.0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Douglas E. Lumish
California State Bar No. 183863
Email: doug.lumish@lw.com
Gabriel S. Gross
California State Bar No. 254672
Email: gabe.gross@lw.com
Andrew Max Goldberg
California State Bar No. 307254
Email:  drew.goldberg@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Tel: 650.328.4600
Fax: 650.463.2600

Joseph H. Lee
California State Bar No. 248046
Email: joseph.lee@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel: 714.540.1235
Fax: 714.755.8290

Blake R. Davis
California State Bar No. 294360
Email: blake.davis@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Tel: 415.391.0600
Fax: 415.395.8095

**ATTORNEYS FOR DEFENDANTS
LG DISPLAY CO., LTD.; LG
ELECTRONICS, INC.; and SONY
CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 28th day of October, 2019, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

*/s/ Jennifer H. Doan*
Jennifer H. Doan

# EXHIBIT F

Filed in Support of Plaintiff Tianma Microelectronics Co. Ltd.'s
Complaint for Patent Infringement

| Arrival Date | Consignee | Shipper | Shipment Destination | Port of Unlading | Quantity | Weight (kg) | Goods Shipped | Container Marks |
|---|---|---|---|---|---|---|---|---|
| 2025-11-07 | Lg Display America Inc. | Lg Display Co., Ltd. | El Paso, Texas | Port of Long Beach, Long Beach, California | 26 PKG | 7119 | TFT-LCD MODULE | EKD25A0149 |
| 2025-10-08 | Lg Display America Inc. | Lg Display Co., Ltd. | El Paso, Texas | Port of Long Beach, Long Beach, California | 1 PKG | 120 | TFT-LCD MODULE | ESD2590025 |
| 2025-10-08 | Lg Display America Inc. | Lg Display Co., Ltd. | El Paso, Texas | Port of Long Beach, Long Beach, California | 6 PKG | 1041 | TFT-LCD MODULE | ESD2590024 |
| 2025-10-08 | Lg Display America Inc. | Lg Display Co., Ltd. | El Paso, Texas | Port of Long Beach, Long Beach, California | 36 PKG | 9648 | TFT-LCD MODULE | EKD2590172 |
| 2025-10-08 | Lg Display America Inc. | Lg Display Co., Ltd. | El Paso, Texas | Port of Long Beach, Long Beach, California | 12 PKG | 2217 | TFT-LCD MODULE | EKD2590173EKD2590174 |
| 2025-09-06 | Lg Display America Inc. | Lg Display Co., Ltd. | El Paso, Texas | Port of Long Beach, Long Beach, California | 42 PKG | 10466 | TFT-LCD MODULE | EKD2580157EKD2580158EKD2580159 |
| 2025-09-06 | Lg Display America Inc. | Lg Display Co., Ltd. | El Paso, Texas | Port of Long Beach, Long Beach, California | 2 PKG | 406 | TFT-LCD MODULE | ESD2580024 |
| 2025-09-06 | Lg Display America Inc. | Lg Display Co., Ltd. | El Paso, Texas | Port of Long Beach, Long Beach, California | 4 PKG | 694 | TFT-LCD MODULE | ESD2580023 |
| 2025-08-15 | Lg Display America Inc. | Lg Display Co., Ltd. | El Paso, Texas | Port of Long Beach, Long Beach, California | 18 PKG | 3454 | TFT-LCD MODULE | ESD2570032 |
| 2025-08-15 | Lg Display America Inc. | Lg Display Co., Ltd. | El Paso, Texas | Port of Long Beach, Long Beach, California | 39 PKG | 9943 | TFT-LCD MODULE | EKD2570273EKD2570274EKD2570275 |
| 2025-06-12 | Lg Display America Inc. | Lg Display Co., Ltd. | El Paso, Texas | Port of Long Beach, Long Beach, California | 27 PKG | 7082 | TFT-LCD MODULE | EKD2550144EKD2550145 |
| 2025-05-18 | Lg Display America Inc. | Lg Display Co., Ltd. | El Paso, Texas | Port of Long Beach, Long Beach, California | 40 PKG | 10476 | TFT-LCD MODULE | EKD2540198EKD2540199 |
| 2025-04-15 | Lg Display America Inc. | Lg Display Co., Ltd. | El Paso, Texas | The Port of Los Angeles, Los Angeles, California | 17 PKG | 4656.579 | TFT-LCD MODULE | EKD2530206 |

# EXHIBIT G

Filed in Support of Plaintiff Tianma Microelectronics Co. Ltd.'s
Complaint for Patent Infringement

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

LG DISPLAY CO., LTD.,

                   *Plaintiff*,

v.

TIANMA MICROELECTRONICS CO.,
LTD.; TIANMA MICROELECTRONICS
(HONG KONG) LIMITED; WUHAN
TIANMA MICROELECTRONICS CO.,
LTD.,

                   *Defendants*.

Civil Action No. _5:25-cv-78

**COMPLAINT AND
DEMAND FOR JURY TRIAL**

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff LG Display Co., Ltd. ("LG Display"), by and through its undersigned counsel,

files this complaint under 35 U.S.C. § 271 for Patent Infringement against Defendants Tianma

Microelectronics Co., Ltd., Tianma Microelectronics (HONG KONG) Limited, and Wuhan

Tianma Microelectronics Co., Ltd. (together, "Tianma" or "Defendants") and further alleges as

follows, upon actual knowledge as to LG Display itself and its own acts, and upon information

and belief as to all other matters.

### OVERVIEW

1.      This is an action for patent infringement by LG Display.

2.      Incorporated in February 1985, LG Display's business has been focused on the

research, development, manufacture, and sale of products that incorporate display technologies

such as Organic Light Emitting Diode ("OLED") and Thin Film Transistor Liquid Crystal Display

- 1 -

("TFT-LCD" or "LCD").[1] LG Display's customers primarily consist of global set makers with sales subsidiaries located in the United States, Germany, Japan, Taiwan, China, and Singapore.[2]

3.      In 2024, LG Display had approximately $19.4 billion in worldwide sales of display panels.[3] Sales were around $16.3 billion in 2023 and $20.45 billion in 2022.[4]

4.      LG Display invests approximately 8% of its sales into research and development expenses, continually creating customer value through systematic R&D activities for new products and technologies.[5] Leveraging LG Display's competitive R&D activities, LG Display is leading the display market by providing differentiated values in display panel products utilizing OLED and TFT-LCD technologies for uses including television, IT, mobile products, and automobiles.[6]

5.      As of December 31, 2024, LG Display's cumulative patent portfolio (including patents that have already expired) included over 66,000 patents worldwide, including the United States.[7]

6.      Senior Vice President and head of IT Display Business at LG Display, Dr. Byeong Koo Kim, has been selected as the 2025 Society for Information Display ("SID") fellow for pioneering the commercialization of OLED and TFT-LCD technologies for automative and IT products.[8] SID is one of the world's most prestigious display organization and annually recognizes experts who have contributed to display technology innovation and industry development.[9]

---

[1] LG Display Co., Ltd., Report of Foreign Private Issuer Pursuant to Rule 13a-16 or 15d-16 Under the Securities Exchange Act of 1934 (Form 6-K) (Mar. 12, 2025) at 7.
[2] *Id.*
[3] *Id.* at 14.
[4] *Id.*
[5] *Id.* at 8.
[6] *Id.*
[7] *Id.* at 20.
[8] Lori A. Wilson, 2025 SID Honors & Awards, https://sid.onlinelibrary.wiley.com/doi/full/10.1002/msid.1560 (last visited May 28, 2025).
[9] LG DISPLAY WINS SID DISPLAY WEEK 2024'S 'SPECIAL RECOGNITION AWARD,' May 13, 2024, https://perma.cc/NDN5-2HN4 (last visited May 28, 2025).

7. Dr. Joon-young Yang, head of LG Display's Advanced Technology Laboratory, was selected to receive the Special Recognition Award at SID Display Week 2024.[10] Dr. Yang, a renowned display industry expert with over 30 years of experience, was recognized for his pioneering work on a wide range of next-generation display technologies, including OLEDoS, stretchable displays, and high-resolution displays.[11]

8. As a leading technology innovator in the display industry, LG Display has been recognized in the industry for its OLED products[12] for smartphones, smartwatches, automotive products, and foldable notebook computers, along with its advanced thin OLED products for tablets, among others.[13]

9. With respect to TFT-LCD panels, LG Display is leading the market with its competitive advantages in technology, including through its IPS, Oxide, and LTPS technology-based ultra-large television panels; desktop and notebook monitors featuring high resolutions, differentiated designs, and high frequency refresh rates; and specialized products for automotive, commercial, and medical uses.[14] LG Display's production facilities are also equipped to produce TFT-LCD panels incorporating Advanced In-cell Touch technology ("AIT").[15]

10. Companies such as Hitachi Display, Ltd., HannStar Display Corporation, AU Optronics Corporation and Innolux Corporation have held licenses to LG Display's patented TFT-LCD technologies.[16]

---

[10] *Id.*

[11] *Id.*

[12] *See e.g.*, DIA Awards Archive, Soc'y for Info. Display, https://www.sid.org/Awards/Display-Industry-Awards/DIAAwardsArchive (last visited June 10, 2024); Key Points: LG Display Wins Technology Award for its OLED TV Panels at HiVi Grand Prix 2022, Nov. 16, 2022, https://perma.cc/3WB7-KZEV (last visited May 28, 2025); OLED SHELF, https://perma.cc/3SB9-3Z2J (last visited May 28, 2025).

[13] LG Display Co., Ltd., Report of Foreign Private Issuer Pursuant to Rule 13a-16 or 15d-16 Under the Securities Exchange Act of 1934 (Form 6-K) (Mar. 12, 2025) at 10.

[14] *Id.* at 10.

[15] *Id.*

[16] *Id.* at 17, 241.

- 3 -

11.     LG Display has had regular and continuous business in Texas at least through its two branches: Austin Branch (9600 Great Hills Trail, Suite 150W, Austin, TX 78759); and Houston Branch (19500 State Highway 249, Suite 260, Houston, TX 77070).

12.     LG Display is forced to bring this action against Tianma as a result of Tianma's knowing and ongoing infringement of LG Display's patents, which is described in further detail herein.

## THE PARTIES

13.     Plaintiff LG Display is a South Korean corporation with a registered place of business at LG Twin Tower, 128, Yeoui-daero, Yeongdeungpo-gu, Seoul, Republic of Korea.

14.     On information and belief, Defendant Tianma Microelectronics Co., Ltd. is a Chinese corporation, organized and existing under the laws of China, with its principal place of business at No.88, Daxin Road, Tianma Building, Nanshan District, Shenzhen, China. This action arises out of that business.

15.     On information and belief, Defendant Tianma Microelectronics (HONG KONG) Limited is a corporation organized and existing under the laws of Hong Kong, with a principal place of business at 20/F., Tower II, Admiralty Centre, 18 Harcourt Road, Admiralty, Hong Kong. This action arises out of that business.

16.     On information and belief, Defendant Wuhan Tianma Microelectronics Co., Ltd., is a corporation organized and existing under the laws of China, with a principal place of business at No.8, Liufangyuan Road, East Lake Hi-tech Development Zone, Wuhan, Hubei, China. This action arises out of that business.

17.     Defendants, collectively identified herein as "Tianma" are "in the market of displays" including "products based on passive, TFT-and LTPS-technology, as well as colour

- 4 -

filters and backlights."[17] Tianma's products are incorporated in small-to-medium-sized displays, such as those used in smartphones, tablets, wearables, automotive, and instrumentation. Tianma may be served at least pursuant to FED. R. CIV. P. 4(f)(2).

18.     On information and belief, Tianma is in the business of providing TFT-LCD and OLED panels to consumers throughout the United States, including in this District. Specifically, Tianma provides and makes available for sale TFT-LCD and OLED display panels throughout the United States, including in this District.

19.     Tianma makes, uses, sells, offers to sell, and/or imports the Accused Products (defined *infra*) in or into the United States thereby committing infringing acts under 35 U.S.C. § 271(a). For example, Tianma offers to sell and/or sells the Accused Products in the United States directly to their subsidiaries, sister companies, affiliates, and/or partners (e.g., Wistron InfoComm Technology America Corp, Balboa Water Group Inc., General Motors). *See* Tianma Microelectronics Co., Ltd. – Shipments to U.S. (Exhibit A); Tianma Microelectronics (HONG KONG) LIMITED – Shipments to U.S. (Exhibit B); Wuhan Tianma Microelectronics Co. Ltd. – Shipments to U.S. (Exhibit C).

20.     Tianma also induces its affiliates, partners, and/or customers (such as Motorola Mobility LLC, Xiaomi Corporation, General Motors) to make, use, sell, offer to sell, and/or import Accused components and/or sub-system of the Accused Products in the United States, including in the State of Texas and this District, thereby committing infringing acts under 35 U.S.C. § 271(b).

21.     As further explained herein, Tianma had notice of at least two of the Asserted Patents (defined *infra*) and its infringement thereof by no later than October 2021. Tianma undertook and continued its infringing actions despite an objectively high likelihood that it

---

[17] Tianma Group, About Us, https://perma.cc/YUF4-M598 (last visited May 27, 2025).

infringed these Asserted Patents, which have been duly issued by the USPTO, and are presumed valid.

## NATURE OF THE ACTION, JURISDICTION, AND VENUE

22.     LG Display brings this action for patent infringement of United States Patent Nos. 8,416,166 ("'166 Patent"); 8,736,801 ("'801 Patent"); 10,175,803 ("'803 Patent"); 10,444,924 ("'924 Patent"); 10,499,493 ("'493 Patent"); 10,869,388 ("'388 Patent"); 11,251,394 ("'394 Patent") (the "Asserted Patents") under the patent laws of the United States, 35 U.S.C. § 271 *et seq*.

23.     LG Display and Tianma are direct competitors in the market of display panels. For example, in May 2025, both LG Display[18] and Tianma[19] had a strong presence at SID Display Week 2025 (a major international symposium, seminar, and exhibition focused on display technology hosted by Society for Information Display (SID)).

24.     In 2024, global LCD automotive display panel shipments reached 232 million units; LG Display and Tianma are both major players in this sector of the panel display business.[20] From July 2022 through December 2024, LG Display and Tianma directly competed with each other for at least thirteen separate business opportunities to supply automotive display panels to certain customers. In six instances where LG Display secured the business by outbidding Tianma, but for Tianma's participation (with its Accused Products), LG Display would have received higher sales prices for its automotive display products from these customers. Moreover, with respect to the

---

[18] LG Display Targets Future Markets with World-Leading Technology at SID Display Week 2025, PR Newswire (May 13, 2025), https://perma.cc/8EDS-Y7WX (last visited June 6, 2024).
[19] Tianma Showcasing Wide Range of New Display Products and Prototype Technologies at Display Week 2025, Tianma (May 13, 2025), https://perma.cc/VGA7-5MXC (last visited June 6, 2024).
[20] Omdia, Global Automotive Display Panel Shipments Reach 232 Million Units in 2024, Fueled by China's Market Influence, Business Wire (Mar. 18, 2025), https://www.businesswire.com/news/home/20250318953786/en/Omdia-Global-Automotive-Display-Panel-Shipments-Reach-232-Million-Units-in-2024-Fueled-by-Chinas-Market-Influence (last visited May 27, 2025).

seven business opportunities that LG Display lost out to Tianma (with its Accused Products), in the absence of Tianma's lower winning bids, LG Display would have secured those orders since LG Display was the only other bidder. LG Display has been harmed by these and Tianma's other uses of LG Display's patented technologies.

25.     This Court has subject matter jurisdiction over this action pursuant to 28. U.S.C. §§ 1331 and 1338(a) because the action arises under the patent laws of the United States.

26.     This Court has personal jurisdiction over Tianma in this action pursuant to due process and/or the Texas Long Arm Statute, by virtue of at least the substantial business Tianma conduct in this District, directly and/or through intermediaries.

27.     This conduct includes but is not limited to: (1) having committed acts within the Eastern District of Texas giving rise to this action and having established minimum contacts with this forum such at the exercise of jurisdiction over Tianma would not offend traditional notions of fair play and substantial justice; (2) having directed activities to customers in the State of Texas and this District, solicited business in the State of Texas and this District, transacted business within the State of Texas and this District, and attempted to derive financial benefit from residents of the State of Texas and this District, including benefits directly related to the instant patent infringement causes of action set forth here; (3) having placed its products and services into the stream of commerce throughout the United States and having been actively engaged in transacting business in Texas and in this District; and (4) either individually or vicariously through and/or concert with its agents, distributors, importers, partners, customers, subsidiaries, sister companies, affiliates, and/or consumers; and/or in conjunction with third parties, having committed acts of infringement within Texas and in this District.

28.     In addition, or in the alternative, this Court has personal jurisdiction over Tianma pursuant to Fed. R. Civ. P. 4(k)(2).

29.     Tianma has placed and continues to place the Accused Products into the stream of commerce via established distribution channels comprising at least customers such as Motorola Mobility LLC, Xiaomi Corporation, and General Motors, for the sale of the Accused Products, with the knowledge and/or intent that the Accused Products are imported, used, offered for sale, sold, and continue to be sold in the United States and Texas, including in this District.

30.     As an example, on information and belief, at least certain Chevrolet vehicles—such as the Traverse, Equinox, Equinox EV, and Blazer EV—incorporate an infringing LCD display panel manufactured and sold by Tianma.

31.     On information and belief, Tianma designed and manufactured (and continues to manufacture) an LCD display panel for use in the Chevrolet Traverse vehicles.

32.     The Chevrolet vehicles such as Chevrolet Traverse 2023-2024 models with Tianma's infringing LCD display panels were and continues to be widely sold in the United States and in this District as demonstrated in the following websites:

- 8 -



https://perma.cc/TXN3-8RKQ



https://perma.cc/CG4A-KE45





https://perma.cc/CG4A-KE45



**Best-in-class* standard 17.7-Inch diagonal color touch-screen**
Among three-row mid-SUVs

https://www.chevrolet.com/suvs/previous-year/traverse

**Family-Friendly Features of the 2024 Chevy Traverse**

Jul 23, 2024

The newest Chevrolet Traverse is the first in the third generation of the model. It makes its debut with a bold exterior design, gorgeous cabin, and huge 17.7-inch infotainment screen!

Ready to learn more about what this midsize SUV has to offer? Read on and then visit Burns Chevrolet of Rock Hill to get behind the wheel of a Chevy Traverse near you!

## Entertainment and Connectivity Options

The interior of the new Chevy Traverse is packed with tech and connectivity features. It's outfitted with a best-in-class 17.7-inch color touchscreen. That's more than twice as large as the largest screen available in the previous Traverse! Other tech features include available wireless phone charging and Wi-Fi hotspot, while six USB ports are standard. You'll also enjoy the peace of mind that comes with OnStar connectivity.

https://www.burnschevycadillac.com/blogs/3610/2024-chevy-traverse/family-friendly-features-of-the-2024-chevy-traverse#:~:text=The%20interior%20of%20the%20new,available%20in%20the%20previous%20Traverse



**Safety Features**

Chevy understands how important safety and driver-assistance features are to today's drivers when selecting a new vehicle, so the 2023 Traverse is packed with standard and available features. Every trim has an advanced airbag system, a following distance indicator, front pedestrian braking, lane-keep assist with lane departure warning, Buckle to Drive, and forward collision alert. Automatic emergency braking, Teen Driver, and a rear vision camera are also standard on the Traverse.

Available features include a rear cross-traffic alert, a lane change alert with a side blind zone alert, a safety alert seat, a rear pedestrian alert, an HD surround vision camera, and an enhanced automatic emergency braking system.

https://www.allenturnerchevrolet.com/2023-chevy-traverse/

33.     On information and belief, the Chevrolet Traverse vehicles designed and sold by General Motors Company, with Tianma's infringing LCD display panels, continue to be widely sold and distributed in Texas and in this District. On information and belief, the Chevrolet Traverse can also be purchased in the United States and in this District through at least the following dealerships: Petlier Chevrolet (2700 Wsw Loop 323, Tyler TX 75711), Bill Dickason Chevrolet (1110 E Broadway Ave, Gladewater, TX 75647), Maverick Chevrolet (4801 E End Blvd S 4801 E End Blvd S , Marshall TX 75672), Classic Buick GMC Beaumont (3865 Eastex Freeway Beaumont, TX 77706), DOW Autoplex (1313 S Pacific St , Mineola TX 75773), Hall Chevrolet GMC (385 W. Dallas St 385 W Dallas St , Canton TX 75103), Pippen Motor Company (1300 West Panola Street , Carthage TX 75633), and Peters Chevrolet Buick (4181 Hwy 259 North, Longview TX 75605).



https://www.chevrolet.com/suvs/traverse?x-modelyear=2025&x-carline=traverse&x-bodystyle=traverse&x-provider-id=560803

34.     As an additional example, the Moto G Stylus smartphone utilizes an infringing Tianma LCD display panel. Tianma designed and manufactured (and continues to manufacture) an LCD display panel for use in the Moto G Stylus smartphone.

35.     The Moto G Stylus smartphone incorporating Tianma's infringing LCD display panel was and continues to be widely sold and distributed in Texas and in this District by Motorola Mobility LLC. For example, the Moto G Stylus smartphone can be purchased through Best Buy (4210 Saint Michael Dr., Texarkana, TX 75503).

36.     The Moto G Stylus smartphone can also be purchased in the United States and in this District through at least the following website:



https://www.amazon.com/Stylus-battery-Unlocked-Motorola-Twilight/dp/B09PFC2DVD?th=1
(Amazon)

37.     For example, the Motorola edge+ smartphone utilizes an infringing Tianma OLED display panel. Tianma designed and manufactured (and continues to manufacture) an OLED display panel for use in the Motorola edge+ smartphone.

38.     The Motorola edge+ smartphone incorporating Tianma's infringing OLED display panel was and continues to be widely sold and distributed in Texas and in this District by Motorola Mobility LLC. For example, the Motorola edge+ smartphone can be purchased through Best Buy (4210 Saint Michael Dr., Texarkana, TX 75503).

39.     The Motorola edge+ smartphone can also be purchased in the United States and in this District through at least the following websites:



https://perma.cc/CKS6-X9JU (Motorola)



https://perma.cc/FTA6-YPK9 (Best Buy)



https://perma.cc/7LUG-8654 (EBay)

40.     As another example, the Xiaomi 13T smartphone utilizes an infringing Tianma OLED display panel. Tianma designed and manufactured (and continues to manufacture) an OLED display panel for use in the Xiaomi 13T smartphone.

41.     The Xiaomi 13T smartphone incorporating Tianma's infringing OLED display panel was and continues to be widely sold and distributed in Texas and in this District. The Xiaomi 13T smartphone can also be purchased in the United States and in this District through at least the following websites:



https://www.amazon.com/Xiaomi-Unlocked-Worldwide-Tmobile-Charger/dp/B0CFRGV7RB?source=ps-sl-shoppingads-lpcontext&ref_=fplfs&smid=A1TJ3DBBQ648T3&gQT=2&th=1 (Amazon)



https://perma.cc/5DN9-W6SS (Walmart)

https://perma.cc/TN7K-M2FR (Ebay)

42.     Tianma has, directly or through its distribution network, purposefully and voluntarily placed the Accused Products in the stream of commerce, knowing and expecting them to be purchased and used by consumers in the United States, including in this District.

43.     On information and belief, Tianma has also derived substantial revenue from infringing acts in this District, including from the sale and use of the Accused Products.

44.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(c)(3). All three Tianma entities are organized under the laws of a foreign jurisdiction (i.e., China / Hong Kong) and are not residents of the United States. Thus, Tianma may be sued in any judicial district.

**The Parties' Protracted Negotiation History**

45.     In April 2001, LG Display and NEC Corp. ("NEC") entered into a patent cross-license agreement ("2001 Agreement"). As part of the 2001 Agreement, NEC LCD display products were licensed under LG Display's patents.

46.     On February 25, 2011, NEC, NEC LCD Technologies, Ltd., AVIC International Holding Corporation ("AVIC"), and Tianma announced a capital alliance to strengthen their small

- 19 -

and midsized liquid crystal panel business.[21] NEC LCD Technologies, Ltd. was set to become a joint venture primarily controlled by AVIC and managed by Tianma and designed to combine NEC LCD Technologies, Ltd.'s advanced technology with Tianma's production capacity, enabling the companies to deliver competitively priced industrial LCD panels to global markets.[22]

47.     On information and belief, Tianma had knowledge of LG Display's patent portfolio especially regarding TFT-LCD technologies as a result of this joint venture due to the 2001 Agreement between NEC and LG Display.

48.     In July 2011, NEC sold a 70% ownership stake to AVIC, which is the parent company of Tianma. Following this transaction, NLT Technologies, Ltd. ("NLT") (previously known as NEC LCD Technologies, Ltd.) was established with AVIC holding a 70% stake and NEC retaining a 30% stake.[23]

49.     Following its establishment, NLT requested LG Display to grant a license of LG Display's patents regarding TFT-LCD technologies to both NLT and Tianma, based on the 2001 Agreement.

50.     From November 2011 to June 2015, LG Display and NLT held four in-person meetings in Korea and Japan to negotiate a patent licensing agreement.

51.     During these negotiations, NLT proposed to LG Display to have one or two agreements including both NLT and Tianma. Both parties agreed to first discuss an agreement between LG Display and Tianma, based on Tianma's control of NLT.

---

[21] The NEC Group and AVIC International Group Agree to a Capital Alliance to Strengthen the Small and Midsized Liquid Crystal Panel Business (Feb. 25, 2011), https://perma.cc/V8V5-Q7XZ (last visited May 28, 2025).
[22] Id.
[23] Under the terms of the 2001 Agreement, the license granted by LG Display to NEC did not transfer to NLT since NLT was no longer a "subsidiary" of NEC after the change in ownership.

52.     In July, 2015, LG Display traveled to Shanghai, China, for the first meeting between LG Display and Tianma to negotiate a cross-licensing agreement. On behalf of Tianma, Mr. Jason Huang, Senior Director of IP Department attended the meeting, and the Parties agreed to hold additional technical and business meetings to eventually reach an agreement.

53.     On October 15, 2015, LG Display sent a letter to Tianma regarding products made, used, imported, or sold by Tianma that incorporate and/or use features and functions covered by LG Display's patents related to TFT-LCD technologies. The letter was sent with 11 claim charts for U.S. Patents.

54.     Subsequent technical and business meetings between the Parties occurred on January 8, April 4, July 7, and August 23, 2016. However, progress came to a halt after Mr. Huang abruptly resigned from Tianma.

55.     Mr. Huang's successor, Ms. Kiyono Yoshifumi (also known as Ms. Liu Di), claimed to have no information regarding the prior history of negotiations between Tianma and LG Display so requested to restart the negotiation process from the beginning—including a fresh review of all previously discussed technical materials.

56.     Despite the significant expenditure of resources and time over two years, LG Display agreed to accommodate Ms. Di's request in hopes of continuing good faith negotiations with Tianma.

57.     On July 14, 2017, LG Display sent another set of six claim charts, including evidence that Tianma was making, using, importing, or selling products that incorporate and/or use features and functions covered by LG Display's patents related to TFT-LCD technologies.

58.     On September 4, 2017, LG Display provided Tianma with additional examples of Tianma's ongoing infringement, supplementing the list of patents previously identified in claim

charts sent by LG Display. This notice specifically addressed the infringement of LG Display's patents covering TFT-LCD, AIT, and one drop fill ("ODF") technologies. The notice informed Tianma of the infringement of 46 additional U.S. Patents.

59.     Throughout 2017, LG Display and Tianma held several technical and business meetings, mostly in China.

60.     Around March 2018, LG Display was notified that Ms. Di resigned from Tianma, and negotiations were suspended once again. Since the last correspondence from Ms. Di on December 5, 2017, LG Display's repeated attempts to amicably resume negotiations with Tianma went unanswered.

61.     On October 16, 2020, in order to restart discussions with Tianma, LG Display sent a letter to Mr. Yong Mao Sun, CEO of Tianma, regarding Tianma's ongoing infringement of LG Display's patents. That letter included an exemplary claim chart for U.S. Patent No. 10,649,575 against Tianma's display product incorporated into the Xiaomi Redmi Note8 smartphone.

62.     On November 5, 2020, negotiations restarted with Tianma's response to LG Display's October 16, 2020 letter.

63.     During the first half of 2021, multiple business meetings took place. Throughout these negotiations, Tianma acknowledged the need to obtain a license from LG Display; however, Tianma failed to present any specific counteroffer in light of its prior commitments to do so. As a result, the negotiations reached an impasse.

64.     In June 2021, another purported change in Tianma's leadership caused communications to stall. Despite the years of prior negotiations history between the Parties, Tianma requested LG Display to provide new evidence of its infringing activities for the purposes of reporting to their new management.

65. On July 22, 2021, LG Display sent a letter to the new chairman of Tianma, which included a copy of LG Display's October 16, 2020 letter, providing additional background of the Parties' unproductive negotiations.

66. In response to Tianma's request, on October 28, 2021, LG Display presented claim charts to Tianma that identified further instances of Tianma's ongoing infringement. The following day, LG Display shared these claim charts, which supplemented the list of patents previously identified in earlier notices. The claim chart included Asserted Patents ('803 and '924 Patents). In particular, LG Display's notice addressed the infringement of its patents related to TFT-LCD and AIT technologies.

67. On October 29, 2021, LG Display sent Tianma an additional notice identifying a comprehensive list of over 150 patents covering Tianma's ongoing infringement. This notice addressed the infringement of LG Display's patents related to LCD, AIT, ODF, and OLED technologies, including Asserted Patents ('493 and '388 Patents). The notice further supplemented LG Display's previous communications and provided Tianma with detailed information regarding the scope of its alleged infringement across a broad range of LG Display's patented technologies.

68. Both Parties agreed in writing to a timetable of technical meetings that would ultimately lead to the execution of an agreement. Technical meetings were held during the latter half of 2021, during which time both Parties presented claim charts and provided responses to each other's charts.

69. In February 2022, Tianma notified LG Display of a delay in the negotiations due to other business issues.

70. Negotiations did not restart until nearly a year thereafter. Between February 2023 and February 2024, fourteen meetings—both virtual and face-to-face (in China)—were held.

Negotiations came to a halt when, at the February 2024 meeting, Tianma refused to provide a counteroffer that was promised at the beginning of negotiations.

71. No further communications occurred until, in August 2024, Tianma sent a warning letter to LG Display's China office ("LGDCA") regarding the alleged need for LGDCA to obtain a patent license from Tianma. In response to Tianma's letter, LG Display inquired whether Tianma wished to reinitiate licensing discussions. Tianma promised a formal reply to LG Display's offer to restart negotiations but has yet to provide a response after more than nine months has passed.

72. For nearly a decade, LG Display relentlessly pursued negotiations with Tianma in an effort to amicably enter into a patent license agreement covering Tianma's past and ongoing infringing activities. LG Display patiently accommodated Tianma's constant delays, multiple changes in personnel, and pattern of broken promises. Nearly all of the in-person meetings required members of LG Display to travel to China to meet with Tianma.

73. During this time, LG Display informed Tianma that it was infringing at least 237 U.S. patents (including some of the Asserted Patents defined *infra*) and provided claim charts for many of these patents.

74. Despite LG Display's persistent and proactive attempts to resolve the matter, Tianma consistently obstructed progress through a deliberate pattern of delay, outright refusal to accept LG Display's reasonable offers or to provide any concrete counteroffers—even as Tianma openly acknowledged the necessity of obtaining a license to LG Display's patents.

75. Tianma's continued bad faith conduct left LG Display with no viable path to resolution other than this lawsuit.

76. Consequently, LG Display files this action to protect its intellectual property rights. Even today, Tianma continues to make, use, sell, and/or offer for sale the Accused Products with

LG Display's technology without a license while also continuing to work with its affiliated partners and customers to make, use, sell, and/or offer for sale the Accused Products with LG Display's patented technology.

## THE ACCUSED PRODUCTS

77.     "Accused Products" collectively refers to display products identified below, without limitation, as the "Accused Auto LCD Tianma Products," "Accused Mobile LCD Tianma Products," and "Accused Mobile OLED Tianma Products."

78.     "Accused Auto LCD Tianma Products" collectively refers to "Accused '166 Tianma Products" and "Accused '801 Tianma Products."

79.     The Accused Auto LCD Tianma Products are LCD displays that are used, made, sold, offered for sale, or imported, directly and/or indirectly, by Tianma, including LCD displays incorporated into automobiles—such as Chevrolet vehicles (Traverse, Equinox, Equinox EV, and Blazer EV). The Accused Auto LCD Tianma Products infringe (directly and/or indirectly) at least claim 1 of the '166 Patent and claim 1 of the '801 Patent. LG Display reserves the right to discover and pursue any additional infringing LCD display panels that infringe any of the '166 Patent and/or '801 Patent claims. For the avoidance of doubt, the Accused Auto LCD Tianma Products are identified to describe Tianma's infringement and in no way limit the discovery and infringement allegations against Tianma concerning other LCD display panels that incorporate the same or reasonably similar features. The following images show an exemplary product, Tianma's 11" LCD display panel, which is used in the Equinox EV driver information cluster.






80. "Accused Mobile LCD Tianma Products" collectively refers to "Accused '924 Tianma Products" and "Accused '803 Tianma Products."

81. The Accused Mobile LCD Tianma Products are LCD display panels that are used, made, sold, offered for sale, or imported, directly and/or indirectly, by Tianma, including LCD displays incorporated into mobile products—such as Tianma Panel ID 678FYMM01 incorporated into the Moto G Stylus smartphone. The Accused Mobile LCD Tianma Products infringe (directly and/or indirectly) at least claim 1 of the '924 Patent and claim 1 of the '803 Patent. LG Display reserves the right to discover and pursue any additional infringing LCD display panels that infringe any of the '924 Patent and/or the '803 Patent claims. For the avoidance of doubt, the Accused Mobile LCD Tianma Products are identified to describe Tianma's infringement and in no way limit the discovery and infringement allegations against Tianma concerning other LCD display panels that incorporate the same or reasonably similar features.

- 26 -



SET Box            SET            Display module



82. "Accused Mobile OLED Tianma Products" collectively refers to "Accused '493 Tianma Products," "Accused '394 Tianma Products," and "Accused '388 Tianma Products."

83. The Accused '493 Tianma Products and Accused '394 Tianma Products are OLED display panels that are used, made, sold, offered for sale, or imported, directly and/or indirectly, by Tianma, including OLED display panels incorporated into mobile products—such as TA067FVWK15-01-MRF3-00 incorporated into the Motorola edge+ smartphone.



84. The Accused '388 Tianma Products are OLED display panels that are used, made, sold, offered for sale, or imported, directly and/or indirectly, by Tianma, including OLED display

panels incorporated into mobile products—such as TA067FVWK15-15-MRF1-00 incorporated into the Xiaomi 13T smartphone.





85.     The Accused Mobile OLED Tianma Products infringe (directly and/or indirectly) at least claim 9 of the '493 Patent, claim 12 of the '388 Patent, and claim 1 of the '394 Patent. LG Display reserves the right to discover and pursue any additional infringing OLED display panels

that infringe any of the '493 Patent, '388 Patent, and/or '394 Patent claims. For the avoidance of doubt, the Accused Mobile OLED Tianma Products are identified to describe Tianma's infringement and in no way limit the discovery and infringement allegations against Tianma concerning other OLED display panels that incorporate the same or reasonably similar features.

## COUNT 1 – INFRINGEMENT OF U.S. PATENT NO. 8,416,166

86.　　LG Display incorporates all prior paragraphs here by reference.

87.　　U.S. Patent No. 8,416,166 (the "'166 Patent") duly issued on April 9, 2013, and is entitled Liquid Crystal Display Device.

88.　　The '166 Patent claims priority to KR 10-2008-0133956, filed on December 24, 2008.

89.　　LG Display is the owner by assignment of the '166 Patent and possesses all rights under the '166 Patent, including the exclusive right to recover for past and future infringement.

90.　　Tianma has directly infringed at least claim 1 of the '166 Patent, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale, and/or selling its LCD display panels, including the Accused Auto LCD Tianma Products.

91.　　Each of the Accused '166 Tianma Products is or includes a liquid crystal display device having a display area and a non-display area.

92.　　For example, Tianma's 11" LCD display panel in the Equinox EV driver information cluster is or includes a liquid crystal display device having a display area and a non-display area.



display area

non-display area



(Back view)

93.      Each of the Accused '166 Tianma Products includes a plurality of gate lines and a plurality of data lines arranged to cross each other on the display area.

94.      For example, Tianma's 11" LCD display panel in the Equinox EV driver information cluster includes a plurality of gate lines and a plurality of data lines arranged to cross each other on the display area.



(Back view)

95.    Each of the Accused '166 Tianma Products includes a floating line disposed along the periphery of the display area to maintain a floating state.

96.    For example, Tianma's 11" LCD display panel in the Equinox EV driver information cluster includes a floating line disposed along the periphery of the display area to maintain a floating state.



(Back view)

97.     Each of the Accused '166 Tianma Products includes a common line disposed along the periphery of the floating line to apply a common voltage.

98.     For example, Tianma's 11" LCD display panel in the Equinox EV driver information cluster includes a common line disposed along the periphery of the floating line to apply a common voltage.



(Back view)

99. Each of the Accused '166 Tianma Products includes a plurality of first electrostatic dischargers connected between the common line and the floating line.

100. For example, Tianma's 11" LCD display panel in the Equinox EV driver information cluster includes a plurality of first electrostatic dischargers connected between the common line and the floating line.



(Back view)

101. Each of the Accused '166 Tianma Products includes a plurality of second electrostatic dischargers connected between the floating line and the gate lines.

102. For example, Tianma's 11" LCD display panel in the Equinox EV driver information cluster includes a plurality of second electrostatic dischargers connected between the floating line and the gate lines.



(Back view)

103. Each of the Accused '166 Tianma Products includes a plurality of third electrostatic dischargers connected between the floating line and the data lines.

104. For example, Tianma's 11" LCD display panel in the Equinox EV driver information cluster includes a plurality of third electrostatic dischargers connected between the floating line and the data lines.



(Back view)

105.    In each of the Accused '166 Tianma Products, the floating line is electrically disconnected from the common line.

106.    For example, in Tianma's 11" LCD display panel in the Equinox EV driver information cluster, the floating line is electrically disconnected from the common line. For example, in the dotted yellow-circle areas, the floating line is electrically disconnected from the common line, except when shorted by the static electricity.



107.    In each of the Accused '166 Tianma Products, no voltage is applied to the floating line and a common voltage is applied to the common line.

108.    For example, in Tianma's 11" LCD display panel in the Equinox EV driver information cluster, no voltage is applied to the floating line and a common voltage is applied to the common line from D-IC and/or FPC pad.



(Back view)

109. The foregoing establishes Tianma's direct infringement of at least claim 1 of the '166 Patent under 35 U.S.C. § 271(a).

110. In addition, Tianma has indirectly infringed, and on information and belief intends to continue to indirectly infringe including after the filing of this complaint, at least claim 1 of the '166 Patent by, among other things, actively inducing its customers and affiliates to make, use, sell, and/or offer to sell and/or to import at least the Accused '166 Tianma Products. Tianma committed these acts of inducement with knowledge of the '166 Patent and its infringement thereof, as described earlier. Thus, Tianma is further liable for infringement of the '166 Patent pursuant to 35 U.S.C. § 271(b).

111. Tianma has also contributorily infringed, and on information and belief intends to continue to indirectly infringe including after the filing of this complaint, the '166 Patent. For example, the Accused '166 Tianma Products include hardware that by its arrangement at least meets all elements of claim 1. These are components of a patented machine, manufacture, or

combination. Further, these components are a material part of the invention and upon information and belief are not a staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Tianma is also liable for infringement of the '166 Patent pursuant to 35 U.S.C. § 271(c).

112.    Unless and until enjoined by this Court, Tianma will continue to infringe as well as induce and contribute to infringement of the '166 Patent. Tianma's infringing acts are causing and will continue to cause LG Display irreparable harm, for which there is no adequate remedy at law. Under 35 U.S.C. § 283, LG Display is entitled to a permanent injunction against further infringement.

113.    Tianma had notice of the '166 Patent and details of Tianma's infringement thereof at least as of the filing and service of this Complaint. Moreover, Tianma had actual knowledge of LG Display's patent portfolio and details of Tianma's infringement thereof, especially those involving the technologies regarding LCD display panels such as the '166 Patent that issued on April 9, 2013, at least by July 2015, when Tianma and LG Display held the first meeting for the purpose of discussing a license agreement covering LG Display's patents. During this meeting, LG Display made a specific offer to Tianma regarding the terms of a license, including a proposed royalty rate or lump sum payment, which was communicated directly to Jason Huang, Senior Director of the IP Department at Tianma.

114.    By the time of trial, Tianma will thus have known and intended (since receiving this notice) that its continued actions would actively induce and contribute to actual infringement of at least claim 1 of the '166 Patent.

115.    Tianma undertook and continued its infringing actions despite an objectively high likelihood that it infringed the '166 Patent, which has been duly issued by the USPTO, and is presumed valid. On information and belief, Tianma could not reasonably, subjectively believe that

its actions do not constitute infringement of the '166 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Tianma continued its infringing activities with knowledge of the '166 Patent. As such, Tianma has willfully infringed and continue to willfully infringe the '166 Patent.

116.    LG Display has been and continues to be damaged by Tianma's infringement of the '166 Patent.

**COUNT 2 – INFRINGEMENT OF U.S. PATENT NO. 8,736,801**

117.    LG Display incorporates all prior paragraphs here by reference.

118.    U.S. Patent No. 8,736,801 (the "'801 Patent") duly issued on May 27, 2014, and is entitled *Display Panel and Display Device Comprising the Same*.

119.    The '801 Patent claims priority to KR 10-2010-0058960, filed on June 22, 2010.

120.    LG Display is the owner by assignment of the '801 Patent and possesses all rights under the '801 Patent, including the exclusive right to recover for past and future infringement.

121.    Tianma has directly infringed at least claim 1 of the '801 Patent, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale, and/or selling its LCD display panels, including the Accused Auto LCD Tianma Products.

122.    Each of the Accused '801 Tianma Products is or includes a display panel.

123.    For example, the Equinox EV driver information cluster includes Tianma's 11" LCD display panel.



124.    Each of the Accused '801 Tianma Products includes a lower substrate provided with a display area and a non-display area.

125.    For example, Tianma's 11" LCD display panel in the Equinox EV driver information cluster includes a lower substrate provided with a display area and a non-display area.



126.    Each of the Accused '801 Tianma Products includes a plurality of data pad portions formed at the non-display area adjacent to a first side region of the display area.

127.    For example, Tianma's 11" LCD display panel in the Equinox EV driver information cluster includes a plurality of data pad portions formed at the non-display area adjacent to a first side region of the display area.



128.    Each of the Accused '801 Tianma Products includes an upper substrate bonded to the lower substrate, except for the non-display area adjacent to the first side region of the display area.

129.    For example, Tianma's 11" LCD display panel in the Equinox EV driver information cluster includes an upper substrate bonded to the lower substrate, except for the non-display area adjacent to the first side region of the display area.



130.    Each of the Accused '801 Tianma Products includes at least one ground line supplied with ground power, and formed on the lower substrate of the non-display area to surround in part an outline portion of the display area, the at least one ground line including a first ground line connected between a first data pad portion and a last data pad portion of the plurality of data pad portions.

131.    For example, Tianma's 11" LCD display panel in the Equinox EV driver information cluster includes at least one ground line supplied with ground power, and formed on the lower substrate of the non-display area to surround in part an outline portion of the display area.







132.    Tianma's 11" LCD display panel in the Equinox EV driver information cluster includes at least one ground line including a first ground line connected between a first data pad portion and a last data pad portion of the plurality of data pad portions.



133.    In each of the Accused '801 Tianma Products, the first ground line, without separation by any pad portions, extends along all of the side regions of the display area except for the first side region.

134.    For example, in Tianma's 11" LCD display panel in the Equinox EV driver information cluster, the first ground line, without separation by any pad portions, extends along all of the side regions of the display area except for the first side region.



135.    The foregoing establishes Tianma's direct infringement of at least claim 1 of the '801 Patent under 35 U.S.C. § 271(a).

136.    In addition, Tianma has indirectly infringed, and on information and belief intends to continue to indirectly infringe including after the filing of this complaint, at least claim 1 of the '801 Patent by, among other things, actively inducing its customers and affiliates to make, use, sell, and/or offer to sell and/or to import at least the Accused '801 Tianma Products. Tianma committed these acts of inducement with knowledge of the '801 Patent and its infringement thereof,

as described earlier. Thus, Tianma is further liable for infringement of the '801 Patent pursuant to 35 U.S.C. § 271(b).

137.    Tianma has also contributorily infringed, and on information and belief intends to continue to indirectly infringe including after the filing of this complaint, the '801 Patent. For example, the Accused '801 Tianma Products include hardware that by its arrangement at least meets all elements of claim 1. These are components of a patented machine, manufacture, or combination. Further, these components are a material part of the invention and upon information and belief are not a staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Tianma is also liable for infringement of the '801 Patent pursuant to 35 U.S.C. § 271(c).

138.    Unless and until enjoined by this Court, Tianma will continue to infringe as well as induce and contribute to infringement of the '801 Patent. Tianma's infringing acts are causing and will continue to cause LG Display irreparable harm, for which there is no adequate remedy at law. Under 35 U.S.C. § 283, LG Display is entitled to a permanent injunction against further infringement.

139.    Tianma had notice of the '801 Patent and details of Tianma's infringement thereof at least as of the filing and service of this Complaint. Moreover, Tianma had actual knowledge of LG Display's patent portfolio and details of Tianma's infringement thereof, especially those involving the technologies regarding LCD display panels such as the '801 Patent that issued on April 9, 2013, at least by July 2015, when Tianma and LG Display held the first meeting for the purpose of discussing a license agreement covering LG Display's patents, including the '801 Patent. During this meeting, LG Display made a specific offer to Tianma regarding the terms of a license, including a proposed royalty rate or lump sum payment, which was communicated directly to Jason Huang, Senior Director of the IP Department at Tianma.

140. By the time of trial, Tianma will thus have known and intended (since receiving this notice) that its continued actions would actively induce and contribute to actual infringement of at least claim 1 of the '801 Patent.

141. Tianma undertook and continued its infringing actions despite an objectively high likelihood that it infringed the '801 Patent, which has been duly issued by the USPTO, and is presumed valid. On information and belief, Tianma could not reasonably, subjectively believe that its actions do not constitute infringement of the '801 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Tianma continued its infringing activities with knowledge of the '801 Patent. As such, Tianma has willfully infringed and continue to willfully infringe the '801 Patent.

142. LG Display has been and continues to be damaged by Tianma's infringement of the '801 Patent.

## COUNT 3 – INFRINGEMENT OF U.S. PATENT NO. 10,175,803

143. LG Display incorporates all prior paragraphs here by reference.

144. U.S. Patent No. 10,175,803 (the "'803 Patent") duly issued on January 8, 2019, and is entitled *Touch Sensing Device and Method for Driving the Same*.

145. The '803 Patent claims priority to KR 10-2012-0056388, filed on May 5, 2012.

146. LG Display is the owner by assignment of the '803 Patent and possesses all rights under the '803 Patent, including the exclusive right to recover for past and future infringement.

147. Tianma has directly infringed at least claim 1 of the '803 Patent, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale, and/or selling its LCD display panels, including the Accused Mobile LCD Tianma Products.

- 51 -

148.    Each of the Accused '803 Tianma Products is or includes a touch sensing display device.

149.    For example, Tianma's LCD display panel in the Moto G Stylus is or includes a touch sensing display device.

 

150.    Each of the Accused '803 Tianma Products includes a display panel including data lines, gate lines, sensing lines and touch electrodes for sensing a touch and operated as common electrodes.

151.    For example, Tianma's LCD display panel in the Moto G Stylus includes a display panel including data lines, gate lines, sensing lines and touch electrodes for sensing a touch and operated as common electrodes.



152. Each of the Accused '803 Tianma Products includes a touch sensing circuit configured to sense changes in capacitance corresponding to the touch electrodes during a touch drive period.

153. For example, Tianma's LCD display panel in the Moto G Stylus includes a touch sensing circuit configured to sense changes in capacitance corresponding to the touch electrodes during a touch drive period.



154. The following provides an example of sensing changes in capacitance corresponding to the touch electrodes.



155.    In each of the Accused '803 Tianma Products, the touch electrodes include a first touch electrode and a second touch electrode.

156.    For example, in Tianma's LCD display panel in the Moto G Stylus, the touch electrodes include a first touch electrode and a second touch electrode.



157.    In each of the Accused '803 Tianma Products, the sensing lines include a first sensing line and a second sensing line.

158.    For example, in Tianma's LCD display panel in the Moto G Stylus, the sensing lines include a first sensing line and a second sensing line.

159.    In each of the Accused '803 Tianma Products, the first sensing line is overlapped with the first touch electrode.

160.    For example, in Tianma's LCD display panel in the Moto G Stylus, the first sensing line is overlapped with the first touch electrode.



161.    As a further example, the following shows that the first sensing line is overlapped

with the first touch electrode.



162.     In each of the Accused '803 Tianma Products, the second sensing line is overlapped with the first touch electrode and the second touch electrode.

163.     For example, in Tianma's LCD display panel in the Moto G Stylus, the second sensing line is overlapped with the first touch electrode and the second touch electrode.







164.    In each of the Accused '803 Tianma Products, the touch sensing circuit is connected to the first touch electrode through the first sensing line and is connected to the second touch electrode through the second sensing line.

165.    For example, in Tianma's LCD display panel in the Moto G Stylus, the touch sensing circuit is connected to the first touch electrode through the first sensing line and is connected to the second touch electrode through the second sensing line.



166.    In each of the Accused '803 Tianma Products, the touch drive period includes a first section, a sensing section and a second section.

167.    For example, in Tianma's LCD display panel in the Moto G Stylus, the touch drive period includes a first section, a sensing section and a second section.



168.   In each of the Accused '803 Tianma Products, the touch sensing circuit supplies a touch driving signal to the first touch electrode and the second touch electrode to sense changes in the capacitance corresponding to the first touch electrode and the second touch electrode during the sensing section of the touch drive period.

169.   For example, in Tianma's LCD display panel in the Moto G Stylus, the touch sensing circuit supplies a touch driving signal to the first touch electrode and the second touch electrode to sense changes in the capacitance corresponding to the first touch electrode and the second touch electrode during the sensing section of the touch drive period.



170.   In each of the Accused '803 Tianma Products, the touch sensing circuit does not supply the touch driving signal to the first touch electrode and the second touch electrode during the first section of the touch drive period or during the second section of the touch drive period.

171.   For example, in Tianma's LCD display panel in the Moto G Stylus, the touch sensing circuit does not supply the touch driving signal to the first touch electrode and the second

touch electrode during the first section of the touch drive period or during the second section of the touch drive period.



172. In each of the Accused '803 Tianma Products, the first touch electrode is connected to the first sensing line but not connected to the second sensing line, and the second touch electrode is connected to the second sensing line but not connected to the first sensing line.

173. For example, in Tianma's LCD display panel in the Moto G Stylus, the first touch electrode is connected to the first sensing line but not connected to the second sensing line, and the second touch electrode is connected to the second sensing line but not connected to the first sensing line.



174.    The following annotated images from the first touch block including the first touch electrode provides additional evidence of the first touch electrode connected the first sensing line but not connected to the second sensing line.



175.    The following annotated images from the second touch block including the second touch electrode provides additional evidence of the second touch electrode is connected to the second sensing line but not connected to the first sensing line.



176.    The following annotated image provides further evidence that the first touch electrode is connected to the first sensing line but not connected to the second sensing line.





177. The following annotated image provides further evidence that the second touch electrode is connected to the second sensing line but not connected to the first sensing line.





178.    In each of the Accused '803 Tianma Products, the first sensing line does not overlap with the second sensing line.

179.    For example, in Tianma's LCD display panel in the Moto G Stylus, the first sensing line does not overlap with the second sensing line.



180.    The foregoing establishes Tianma's direct infringement of at least claim 1 of the '803 Patent under 35 U.S.C. § 271(a).

181.    In addition, Tianma has indirectly infringed, and on information and belief intends to continue to indirectly infringe including after the filing of this complaint, at least claim 1 of the '803 Patent by, among other things, actively inducing its customers and affiliates to make, use, sell, and/or offer to sell and/or to import at least the Accused '803 Tianma Products. Tianma committed these acts of inducement with knowledge of the '803 Patent and its infringement thereof, as described earlier. Thus, Tianma is further liable for infringement of the '803 Patent pursuant to 35 U.S.C. § 271(b).

182.    Tianma has also contributorily infringed, and on information and belief intends to continue to indirectly infringe including after the filing of this complaint, the '803 Patent. For example, the Accused '803 Tianma Products include hardware that by its arrangement at least meets all elements of claim 1. These are components of a patented machine, manufacture, or combination. Further, these components are a material part of the invention and upon information and belief are not a staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Tianma is also liable for infringement of the '803 Patent pursuant to 35 U.S.C. § 271(c).

183.    Unless and until enjoined by this Court, Tianma will continue to infringe as well as induce and contribute to infringement of the '803 Patent. Tianma's infringing acts are causing and will continue to cause LG Display irreparable harm, for which there is no adequate remedy at law. Under 35 U.S.C. § 283, LG Display is entitled to a permanent injunction against further infringement.

184.    Tianma had notice of the '803 Patent and details of Tianma's infringement thereof at least as of October 28, 2021, upon receiving LG Display's claim chart during negotiations.

- 67 -

185.   By the time of trial, Tianma will thus have known and intended (since receiving this notice) that its continued actions would actively induce and contribute to actual infringement of at least claim 1 of the '803 Patent.

186.   Tianma undertook and continued its infringing actions despite an objectively high likelihood that it infringed the '803 Patent, which has been duly issued by the USPTO, and is presumed valid. On information and belief, Tianma could not reasonably, subjectively believe that its actions do not constitute infringement of the '803 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Tianma continued its infringing activities with knowledge of the '803 Patent. As such, Tianma has willfully infringed and continue to willfully infringe the '803 Patent.

187.   LG Display has been and continues to be damaged by Tianma's infringement of the '803 Patent.

### COUNT 4 – INFRINGEMENT OF U.S. PATENT NO. 10,444,924

188.   LG Display incorporates all prior paragraphs here by reference.

189.   U.S. Patent No. 10,444,924 (the "'924 Patent") duly issued on October 15, 2019, and is entitled *Touch Display Apparatus*.

190.   The '924 Patent claims priority to KR 10-2015-0015517, filed on January 30, 2015.

191.   LG Display is the owner by assignment of the '924 Patent and possesses all rights under the '924 Patent, including the exclusive right to recover for past and future infringement.

192.   Tianma has directly infringed at least claim 1 of the '924 Patent, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale, and/or selling its LCD display panels, including the Accused Mobile LCD Tianma Products.

193.    Each of the Accused '924 Tianma Products is or includes a touch sensitive display apparatus.

194.    For example, Tianma's LCD display panel in the Moto G Stylus is or includes a touch sensitive display apparatus.




195.    Each of the Accused '924 Tianma Products includes a touch sensitive display panel.

196.    For example, Tianma's LCD display panel in the Moto G Stylus includes a touch sensitive display panel.

a touch sensitive display apparatus     a touch sensitive display panel



**Moto G Stylus 2022**

197.   Each of the Accused '924 Tianma Products includes a plurality of touch electrodes comprising at least a first touch electrode and a second touch electrode adjacent to the first touch electrode.

198.   For example, Tianma's LCD display panel in the Moto G Stylus includes a plurality of touch electrodes comprising at least a first touch electrode and a second touch electrode adjacent to the first touch electrode.



199.   Each of the Accused '924 Tianma Products includes the first touch electrode including one or more bridges each connecting portions of the first touch electrode to each other, and the second touch electrode including one or more bridges each connecting portions of the second touch electrode to each other.

200.   For example, Tianma's LCD display panel in the Moto G Stylus includes the first touch electrode including one or more bridges each connecting portions of the first touch electrode to each other, and the second touch electrode including one or more bridges each connecting portions of the second touch electrode to each other.



201.    Each of the Accused '924 Tianma Products includes a first conductive line connected to the first touch electrode at a first plurality of locations and overlapping with the one or more bridges of the first touch electrode.

202.    For example, Tianma's LCD display panel in the Moto G Stylus includes a first conductive line connected to the first touch electrode at a first plurality of locations and overlapping with the one or more bridges of the first touch electrode.





203.    Each of the Accused '924 Tianma Products includes the first conductive line overlapping with the second touch electrode but not being connected to the second touch electrode.

204.    For example, Tianma's LCD display panel in the Moto G Stylus includes the first conductive line overlapping with the second touch electrode but not being connected to the second touch electrode.



205.    Each of the Accused '924 Tianma Products includes the first touch electrode driven with the common voltage for image display via the first conductive line and driven with the touch driving signal for touch sensing via the first conductive line.

206.    For example, Tianma's LCD display panel in the Moto G Stylus includes the first touch electrode driven with the common voltage for image display via the first conductive line and driven with the touch driving signal for touch sensing via the first conductive line.





207.    Each of the Accused '924 Tianma Products includes a second conductive line connected to the second touch electrode at a second plurality of locations and overlapping with the one or more bridges of the second touch electrode.

208.     For example, Tianma's LCD display panel in the Moto G Stylus includes a second conductive line connected to the second touch electrode at a second plurality of locations and overlapping with the one or more bridges of the second touch electrode.





209. In each of the Accused '924 Tianma Products, the second conductive line is not connected to the first touch electrode.

210. For example, in Tianma's LCD display panel in the Moto G Stylus, the second conductive line is not connected to the first touch electrode.



211. Each of the Accused '924 Tianma Products includes the second touch electrode driven with the common voltage for image display via the second conductive line and driven with the touch driving signal for touch sensing via the second conductive line.

212. For example, Tianma's LCD display panel in the Moto G Stylus includes the second touch electrode driven with the common voltage for image display via the second conductive line and driven with the touch driving signal for touch sensing via the second conductive line.



213.   The foregoing establishes Tianma's direct infringement of at least claim 1 of the '924 Patent under 35 U.S.C. § 271(a).

214.   In addition, Tianma has indirectly infringed, and on information and belief intends to continue to indirectly infringe including after the filing of this complaint, at least claim 1 of the '924 Patent by, among other things, actively inducing its customers and affiliates to make, use, sell, and/or offer to sell and/or to import at least the Accused '924 Tianma Products. Tianma committed these acts of inducement with knowledge of the '924 Patent and its infringement thereof, as described earlier. Thus, Tianma is further liable for infringement of the '924 Patent pursuant to 35 U.S.C. § 271(b).

215.   Tianma has also contributorily infringed the '924 Patent. For example, the Accused '924 Tianma Products include hardware that by its arrangement at least meets all elements of claim 1. These are components of a patented machine, manufacture, or combination. Further, these components are a material part of the invention and upon information and belief are not a

staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Tianma is also liable for infringement of the '924 Patent pursuant to 35 U.S.C. § 271(c).

216.    Unless and until enjoined by this Court, Tianma will continue to infringe as well as induce and contribute to infringement of the '924 Patent. Tianma's infringing acts are causing and will continue to cause LG Display irreparable harm, for which there is no adequate remedy at law. Under 35 U.S.C. § 283, LG Display is entitled to a permanent injunction against further infringement.

217.    Tianma had notice of the '924 Patent and details of Tianma's infringement thereof at least as of October 28, 2021, upon receiving LG Display's claim chart during negotiations.

218.    By the time of trial, Tianma will thus have known and intended (since receiving this notice) that its continued actions would actively induce and contribute to actual infringement of at least claim 1 of the '924 Patent.

219.    Tianma undertook and continued its infringing actions despite an objectively high likelihood that it infringed the '924 Patent, which has been duly issued by the USPTO, and is presumed valid. On information and belief, Tianma could not reasonably, subjectively believe that its actions do not constitute infringement of the '924 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Tianma continued its infringing activities with knowledge of the '924 Patent. As such, Tianma has willfully infringed and continue to willfully infringe the '924 Patent.

220.    LG Display has been and continues to be damaged by Tianma's infringement of the '924 Patent.

## COUNT 5 – INFRINGEMENT OF U.S. PATENT NO. 10,499,493

221.    LG Display incorporates all prior paragraphs here by reference.

222.    U.S. Patent No. 10,499,493 (the "'493 Patent") duly issued on December 3, 2019, and is entitled Flexible Display Device and Method of Manufacturing the Same.

223.    The '493 Patent claims priority to KR 10-2013-0039488, filed on April 10, 2013.

224.    LG Display is the owner by assignment of the '493 Patent and possesses all rights under the '493 Patent, including the exclusive right to recover for past and future infringement.

225.    Tianma has directly infringed at least claim 9 of the '493 Patent, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale, and/or selling its OLED display panels, including the Accused Mobile OLED Tianma Products.

226.    Each of the Accused '493 Tianma Products is or includes a flexible display device.

227.    For example, Tianma's OLED display panel in the Motorola edge+ is or includes a flexible display device.



https://perma.cc/3TMJ-SNGF

228.    Each of the Accused '493 Tianma Products includes a display panel including a substrate, the substrate having a display area including a plurality of pixels to display images, a bent part extending from the display area, and a pad part extending from the bent part.

229.    For example, Tianma's OLED display panel in the Motorola edge+ includes a display panel including a substrate, the substrate having a display area including a plurality of pixels to display images, a bent part extending from the display area, and a pad part extending from the bent part.



230.    Each of the Accused '493 Tianma Products includes a panel driver including at least one driving IC that is electrically connected to the pad part of the substrate to supply signals to the display panel.

231.    For example, Tianma's OLED display panel in the Motorola edge+ includes a panel driver including at least one driving IC that is electrically connected to the pad part of the substrate to supply signals to the display panel.





232.    Each of the Accused '493 Tianma Products includes a supporting member disposed below the display area and adhered to the pad part or the bent part of the substrate.

233.    For example, Tianma's OLED display panel in the Motorola edge+ includes a supporting member disposed below the display area and adhered to the pad part or the bent part of the substrate.



234.    In each of the Accused '493 Tianma Products, the substrate including first and second surfaces is curved at the bent part of the substrate such that the pad part of the substrate and the panel driver are disposed below the display area and the supporting member.

235.    For example, in Tianma's OLED display panel in the Motorola edge+, the substrate including first and second surfaces is curved at the bent part of the substrate such that the pad part of the substrate and the panel driver are disposed below the display area and the supporting member.



236.    In each of the Accused '493 Tianma Products, the substrate in the display area has a first width, and the substrate in the bent part has a second width smaller than the first width.

237. For example, in Tianma's OLED display panel in the Motorola edge+, the substrate in the display area has a first width, and the substrate in the bent part has a second width smaller than the first width.



238. The foregoing establishes Tianma's direct infringement of at least claim 9 of the '493 Patent under 35 U.S.C. § 271(a).

239. In addition, Tianma has indirectly infringed, and on information and belief intends to continue to indirectly infringe including after the filing of this complaint, at least claim 9 of the '493 Patent by, among other things, actively inducing its customers and affiliates to make, use, sell, and/or offer to sell and/or to import at least the Accused '493 Tianma Products. Tianma committed these acts of inducement with knowledge of the '493 Patent and its infringement thereof, as described earlier. Thus, Tianma is further liable for infringement of the '493 Patent pursuant to 35 U.S.C. § 271(b).

240. Tianma has also contributorily infringed, and on information and belief intends to continue to indirectly infringe including after the filing of this complaint, the '493 Patent. For

example, the Accused '493 Tianma Products include hardware that by its arrangement at least meets all elements of claim 9. These are components of a patented machine, manufacture, or combination. Further, these components are a material part of the invention and upon information and belief are not a staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Tianma is also liable for infringement of the '493 Patent pursuant to 35 U.S.C. § 271(c).

241. Unless and until enjoined by this Court, Tianma will continue to infringe as well as induce and contribute to infringement of the '493 Patent. Tianma's infringing acts are causing and will continue to cause LG Display irreparable harm, for which there is no adequate remedy at law. Under 35 U.S.C. § 283, LG Display is entitled to a permanent injunction against further infringement.

242. Tianma undertook and continued its infringing actions despite objectively high likelihood that they infringed the '493 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least October 29, 2021, Tianma has been aware of an objectively high likelihood that their actions constituted and continue to constitute infringement of the '493 Patent. At minimum, Tianma had notice of the '493 Patent and details of Tianma's infringement thereof at least as of the filing and service of this Complaint.

243. By the time of trial, Tianma will thus have known and intended (since receiving this notice) that its continued actions would actively induce and contribute to actual infringement of at least claim 9 of the '493 Patent.

244. Tianma undertook and continued its infringing actions despite an objectively high likelihood that it infringed the '493 Patent, which has been duly issued by the USPTO, and is presumed valid. On information and belief, Tianma could not reasonably, subjectively believe that its actions do not constitute infringement of the '493 Patent, nor could it reasonably, subjectively

believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively

high likelihood that its actions constitute infringement, Tianma continued its infringing activities

with knowledge of the '493 Patent. As such, Tianma has willfully infringed and continue to

willfully infringe the '493 Patent.

245.    LG Display has been and continues to be damaged by Tianma's infringement of

the '493 Patent.

## COUNT 6 – INFRINGEMENT OF U.S. PATENT NO. 10,869,388

246.    LG Display incorporates all prior paragraphs here by reference.

247.    U.S. Patent No. 10,869,388 (the "'388 Patent") duly issued on December 15, 2020,

and is entitled *Display Device*.

248.    The '388 Patent claims priority to KR 10-2013-0090292, filed on July 30, 2013.

249.    LG Display is the owner by assignment of the '388 Patent and possesses all rights

under the '388 Patent, including the exclusive right to recover for past and future infringement.

250.    Tianma has directly infringed at least claim 12 of the '388 Patent, literally and/or

under the doctrine of equivalents, by or through making, using, importing, offering for sale, and/or

selling its OLED display panels, including at Accused Mobile OLED Tianma Products.

251.    Each of the Accused '388 Tianma Products is a display device.

252.    For example, Tianma's OLED display panel in the Xiaomi 13T is a display device.



https://perma.cc/BZ4U-RHZ5

253.    Each of the Accused '388 Tianma Products includes a flexible first substrate including a display part, a bending part at one side of the display part, and a pad part at one side of the bending part.

254.    For example, Tianma's OLED display device in the Xiaomi 13T includes a flexible first substrate including a display part, a bending part at one side of the display part, and a pad part at one side of the bending part.

255. Each of the Accused '388 Tianma Products includes a back film including: a first film and a top adhesive first part provided on the first film, a second film and a top adhesive second part provided on the second film, and a gap between the first and second films and between the top adhesive first part and the top adhesive second part.

256. For example, Tianma's OLED display device in the Xiaomi 13T includes a back film including: a first film and a top adhesive first part provided on the first film, a second film and a top adhesive second part provided on the second film, and a gap between the first and second films and between the top adhesive first part and the top adhesive second part.



257. In each of the Accused '388 Tianma Products, the flexible first substrate is adhered to the top adhesive first part and the top adhesive second part that the first film corresponds to the display part, the gap corresponds to the bending part, and the second film corresponds to the pad part; and a supporting member adhered to a bottom surface of the first film below the display part.

258. For example, in Tianma's OLED display device in the Xiaomi 13T, the flexible first substrate is adhered to the top adhesive first part and the top adhesive second part that the first film corresponds to the display part, the gap corresponds to the bending part, and the second film corresponds to the pad part; and a supporting member adhered to a bottom surface of the first film below the display part.



259. In each of the Accused '388 Tianma Products, the supporting member is not bent and extends beyond an outer edge of the display part.

260. For example, in Tianma's OLED display device in the Xiaomi 13T, the supporting member is not bent and extends beyond an outer edge of the display part.



261.    The foregoing establishes Tianma's direct infringement of at least claim 12 of the '388 Patent under 35 U.S.C. § 271(a).

262.    In addition, Tianma has indirectly infringed, and on information and belief intends to continue to indirectly infringe including after the filing of this complaint, at least claim 12 of the '388 Patent by, among other things, actively inducing its customers and affiliates to make, use, sell, and/or offer to sell and/or to import at least the Accused '388 Tianma Products. Tianma committed these acts of inducement with knowledge of the '388 Patent and its infringement thereof, as described earlier. Thus, Tianma is further liable for infringement of the '388 Patent pursuant to 35 U.S.C. § 271(b).

263.    Tianma has also contributorily infringed, and on information and belief intends to continue to indirectly infringe including after the filing of this complaint, the '388 Patent. For example, the Accused '388 Tianma Products include hardware that by its arrangement at least meets all elements of claim 12. These are components of a patented machine, manufacture, or combination. Further, these components are a material part of the invention and upon information and belief are not a staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Tianma is also liable for infringement of the '388 Patent pursuant to 35 U.S.C. § 271(c).

264.    Unless and until enjoined by this Court, Tianma will continue to infringe as well as induce and contribute to infringement of the '388 Patent. Tianma's infringing acts are causing and

will continue to cause LG Display irreparable harm, for which there is no adequate remedy at law. Under 35 U.S.C. § 283, LG Display is entitled to a permanent injunction against further infringement.

265. Tianma undertook and continued its infringing actions despite objectively high likelihood that they infringed the '388 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least October 29, 2021, Tianma has been aware of an objectively high likelihood that their actions constituted and continue to constitute infringement of the '388 Patent. At minimum, Tianma had notice of the '388 Patent and details of Tianma's infringement thereof at least as of the filing and service of this Complaint.

266. By the time of trial, Tianma will thus have known and intended (since receiving this notice) that its continued actions would actively induce and contribute to actual infringement of at least claim 12 of the '388 Patent.

267. Tianma undertook and continued its infringing actions despite an objectively high likelihood that it infringed the '388 Patent, which has been duly issued by the USPTO, and is presumed valid. On information and belief, Tianma could not reasonably, subjectively believe that its actions do not constitute infringement of the '388 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Tianma continued its infringing activities with knowledge of the '388 Patent. As such, Tianma has willfully infringed and continue to willfully infringe the '388 Patent.

268. LG Display has been and continues to be damaged by Tianma's infringement of the '388 Patent.

## COUNT 7 – INFRINGEMENT OF U.S. PATENT NO. 11,251,394

269.    LG Display incorporates all prior paragraphs here by reference.

270.    U.S. Patent No. 11,251,394 (the "'394 Patent") duly issued on February 15, 2022, and is entitled *Organic Light Emitting Display and Method of Fabricating the Same*.

271.    The '394 Patent claims priority to KR 10-2016-0083006, filed on June 30, 2016.

272.    LG Display is the owner by assignment of the '394 Patent and possesses all rights under the '394 Patent, including the exclusive right to recover for past and future infringement.

273.    Tianma has directly infringed at least claim 1 of the '394 Patent, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale, and/or selling its OLED display panels, including the Accused Mobile OLED Tianma Products.

274.    Each of the Accused '394 Tianma Products is or includes an organic light emitting display.

275.    For example, Tianma's OLED display panel in the Motorola edge+ is or includes an organic light emitting display.



https://perma.cc/3TMJ-SNGF

276.    Each of the Accused '394 Tianma Products includes light emitting elements disposed on a substrate.

277.    For example, Tianma's OLED display panel in the Motorola edge+ includes light emitting elements disposed on a substrate.



278.    Each of the Accused '394 Tianma Products includes an encapsulation unit disposed on the light emitting elements.

279.    For example, Tianma's OLED display panel in the Motorola edge+ includes an encapsulation unit disposed on the light emitting elements.



280.    Each of the Accused '394 Tianma Products includes touch sensors disposed on the encapsulation unit.

281.    For example, Tianma's OLED display panel in the Motorola edge+ includes touch sensors disposed on the encapsulation unit.



282.    In the touch sensors for each of the Accused '394 Tianma Products, a plurality of first touch electrodes and a plurality of second touch electrodes, first bridges configured to connect the first touch electrodes, and second bridges configured to connect the second touch electrodes.

283.    For example, the touch sensors for Tianma's OLED display panel in the Motorola edge+ includes a plurality of first touch electrodes and a plurality of second touch electrodes, first bridges configured to connect the first touch electrodes, and second bridges configured to connect the second touch electrodes.



284. Each of the Accused '394 Tianma Products includes first conductive lines connected to the touch sensors.

285. For example, Tianma's OLED display panel in the Motorola edge+ includes first conductive lines connected to the touch sensors.







286. Each of the Accused '394 Tianma Products includes second conductive lines connected to the first conductive lines.

287. For example, Tianma's OLED display panel in the Motorola edge+ includes second conductive lines connected to the first conductive lines.





288.    Each of the Accused '394 Tianma Products includes at least one insulating film formed of at least one of an inorganic film or an organic film and disposed between the first and second conductive lines.

289.    For example, Tianma's OLED display panel in the Motorola edge+ includes at least one insulating film formed of at least one of an inorganic film or an organic film and disposed between the first and second conductive lines.





290.    Each of the Accused '394 Tianma Products includes a bank configured to expose anodes of the light emitting elements.

291.    For example, Tianma's OLED display panel in the Motorola edge+ includes a bank configured to expose anodes of the light emitting elements.





292.    In each of the Accused '394 Tianma Products, at least one of the first bridges or the second bridges overlaps the bank.

293.    For example, in Tianma's OLED display panel in the Motorola edge+, at least one of the first bridges or the second bridges overlaps the bank.



294. The foregoing establishes Tianma's direct infringement of at least claim 1 of the '394 Patent under 35 U.S.C. § 271(a).

295. In addition, Tianma has indirectly infringed, and on information and belief intends to continue to indirectly infringe including after the filing of this complaint, at least claim 1 of the '394 Patent by, among other things, actively inducing its customers and affiliates to make, use, sell, and/or offer to sell and/or to import at least the Accused '394 Tianma Products. Tianma committed these acts of inducement with knowledge of the '394 Patent and its infringement thereof, as described earlier. Thus, Tianma is further liable for infringement of the '394 Patent pursuant to 35 U.S.C. § 271(b).

296. Tianma has also contributorily infringed, and on information and belief intends to continue to indirectly infringe including after the filing of this complaint, the '394 Patent. For example, the Accused '394 Tianma Products include hardware that by its arrangement at least meets all elements of claim 1. These are components of a patented machine, manufacture, or

combination. Further, these components are a material part of the invention and upon information and belief are not a staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Tianma is also liable for infringement of the '394 Patent pursuant to 35 U.S.C. § 271(c).

297.   Unless and until enjoined by this Court, Tianma will continue to infringe as well as induce and contribute to infringement of the '394 Patent. Tianma's infringing acts are causing and will continue to cause LG Display irreparable harm, for which there is no adequate remedy at law. Under 35 U.S.C. § 283, LG Display is entitled to a permanent injunction against further infringement.

298.   Tianma had notice of the '394 Patent and details of Tianma's infringement thereof at least as of the filing and service of this Complaint.

299.   By the time of trial, Tianma will thus have known and intended (since receiving this notice) that its continued actions would actively induce and contribute to actual infringement of at least claim 1 of the '394 Patent.

300.   Tianma undertook and continued its infringing actions despite an objectively high likelihood that it infringed the '394 Patent, which has been duly issued by the USPTO, and is presumed valid. On information and belief, Tianma could not reasonably, subjectively believe that its actions do not constitute infringement of the '394 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Tianma continued its infringing activities with knowledge of the '394 Patent. As such, Tianma has willfully infringed and continue to willfully infringe the '394 Patent.

301.   LG Display has been and continues to be damaged by Tianma's infringement of the '394 Patent.

## PRAYER FOR RELIEF

WHEREFORE, LG Display prays for relief as follows:

302.    A judgment declaring that Tianma has infringed and is infringing one or more claims of the Asserted Patents;

303.    A judgment awarding LG Display compensatory damages as a result of Tianma's infringement of one or more claims of the Asserted Patents, together with interest and costs, consistent with lost profits and in no event less than a reasonable royalty;

304.    A judgment awarding LG Display treble damages and pre-judgment interest under 35 U.S.C. § 284 as a result of Tianma's willful and deliberate infringement of one or more claims of the Asserted Patents;

305.    A judgment declaring that this case is exceptional and awarding LG Display its expenses, costs, and attorneys' fees in accordance with 35 U.S.C. §§ 284, 285 and Rule 54(d) of the Federal Rules of Civil Procedure;

306.    A grant of preliminary and permanent injunctions enjoining Tianma from further acts of infringement of one or more claims of the Asserted Patents; and

307.    Such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMANDED

LG Display hereby demands a trial by jury.


Dated: June 13, 2025                    By:   */s/ Don H. Min*_____
                                              Jamie B. Beaber
                                              Kfir B. Levy
                                              Don H. Min
                                              Bryan Nese
                                              Alan M. Grimaldi
                                              James A. Fussell, III
                                              Baldine B. Paul
                                              Alison T. Gelsleichter
                                              Amanda Stephenson

- 103 -

Seth W. Bruneel
Young Kyoung (Claire) Kim

MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006

Telephone: (202) 263-3000
Facsimile: (202) 263-3300

jbeaber@mayerbrown.com
klevy@mayerbrown.com
dmin@mayerbrown.com
bnese@mayerbrown.com
agrimaldi@mayerbrown.com
jfussell@mayerbrown.com
bpaul@mayerbrown.com
AGelsleichter@mayerbrown.com
AStephenson@mayerbrown.com
sbruneel@mayerbrown.com
clairekim@mayerbrown.com

Geoff Culbertson (Texas Bar No. 24045732)
Kelly Tidwell (Texas Bar No. 20020580)
Patton, Tidwell & Culbertson, LLP
2800 Texas Boulevard (75503)
Post Office Box 5398
Texarkana, TX 75505-5398
Telephone: (903) 792-7080
Facsimile: (903) 792-8233
gpc@texarkanalaw.com
kbt@texarkanalaw.com

*Counsel for Plaintiff LG Display Co., LTD.*

# EXHIBIT H

Filed in Support of Plaintiff Tianma Microelectronics Co. Ltd.'s
Complaint for Patent Infringement

Sign In

'GLASSDOOR'

## Elevate your career

Discover your earning potential, land dream jobs, and share work-life insights anonymously.

Sign in / Register



## Want the inside scoop on your own company?

Check out your Company Bowl for anonymous work chats.

🔍  Find your company

## Bowls

Get actionable career advice tailored to you by joining more bowls.

**Explore more bowls**

## Followed companies

Stay ahead in opportunities and insider tips by following your dream companies.



## LG Display

❓ Is this your company?

Add a salary     Follow

| Overview | 160 Reviews | -- Jobs | 177 Salaries | › |
|---|---|---|---|---|

← **Back to all LG Display salaries**

# Total salary range for LG Display Quality Assurance Engineer in Austin, TX



United States ⌄     All years of experience ⌄

Total pay

# $77K–$115K/yr

**About our data**

📊 Confident   Last updated Apr 10, 2025
1 Salaries submitted

## Pay breakdown ⓘ





**Search for companies**



**$94K**
Median total pay

| Base Pay | $73K – $107K/yr |
|---|---|
| 94.4% | $89K/yr median |

| Bonus | $4K – $7K/yr |
|---|---|
| 5.6% | $5K/yr median |

**How do we calculate pay?** ∨

How accurate is a **total pay range** of **$77K-$115K**/yr?

**Low**

**Accurate**

**High**

Your input helps Glassdoor refine our pay estimates over time.

Related Searches: LG Display Salaries | Quality Assurance Engineer Salaries



# Get feedback on your pay or offer

Create an anonymous post and get feedback on your pay from other professionals.

See how it works

---

## Recent salaries shared by Quality Assurance Engineer at LG Display ⓘ

📍 Austin

All years of experience ⌄

0 salaries                                    Sort by **most recent** ⌄



### No results match your search

Try a different location or years of experience to explore salaries.

---

## LG Display pay FAQs



How does the salary as a Quality Assurance Engineer at LG Display compare with the base salary range for this job? ⌄

What is the salary trajectory of a a Quality Assurance Engineer? ⌄

What is the Quality Assurance Engineer Salary at LG Display in Austin, TX? ⌄

What is the salary for a Quality Assurance Engineer at LG Display per hour? ⌄

What is the salary for a Quality Assurance Engineer at LG Display per month? ⌄

## Pay benefits and highlights at LG Display

See all 3 Employee Benefit Reviews →

Salaries › LG Display › Quality Assurance Engineer



### Top companies for "Compensation and Benefits" near you

**Siemens**
Compensation & Benefits
3.8★

**Dyson**
Compensation & Benefits
3.5★

**Panduit**

 Compensation & Benefits
3.5 ★

 **Eaton**
Compensation & Benefits
3.6 ★

## LG Display Photos

**+ Add Photo**

 

See All Photos →

## Expert career advice

**Guide to Getting Your First Job**
Find a Great First Job to Jumpstart Your
Career

**How to Ask for a Raise**
Learn How to State Your Case and Earn
Your Raise

**How to Get a Promotion**
Climb the Ladder With These Proven
Promotion Tips

**How to Negotiate You...**
A Guide to Negotiatin...
Deserve

**How to Write a Cover...**
Stand Out From th...
Perfect Cover Letter

**How to Write a Resu...**
Write a Resume Recr...

See All Guides →

’GLASSDOOR’

**Glassdoor**          **Employers**          **Information**          **Work With Us**

About / Press

Awards

Blog

Research

Contact Us

Guides

Get a Free
Employer Account

Employer Center

Help

Guidelines

Terms of Use

Privacy & Ad
Choices

Do Not Sell Or
Share My
Information

Cookie Consent
Tool

Security

Advertisers

Careers

Download the App

United…

Browse by: **Companies**, **Jobs**, **Locations**, **Communities**, **Recent Posts**

Copyright © 2008–2025. Glassdoor LLC. "Glassdoor," "Worklife Pro," "Bowls," and logo are proprietary trademarks of Glassdoor LLC.

# EXHIBIT I

Filed in Support of Plaintiff Tianma Microelectronics Co. Ltd.'s
Complaint for Patent Infringement



Sign In

## Elevate your career

Discover your earning potential, land dream jobs, and share work-life insights anonymously.

Sign in / Register



## Want the inside scoop on your own company?

Check out your Company Bowl for anonymous work chats.

🔍 Find your company

## Bowls

Get actionable career advice tailored to you by joining more bowls.

**Explore more bowls**

## Followed companies

Stay ahead in opportunities and insider tips by following your dream companies.



# LG Display

? Is this your company?

Add a salary     Follow

Overview | 160 Reviews | -- Jobs | 177 Salaries | >

← **Back to all LG Display salaries**

# Total salary range for LG Display Quality Engineer in Austin, TX

United States ∨     All years of experience ∨

Total pay

# $84K–$116K/yr



**About our data**

📊 Confident     Last updated Apr 10, 2025
1 Salaries submitted

## Pay breakdown ⓘ





**Search for companies**



**$98K**
Median total pay

| Base Pay | | $80K – $108K/yr |
|---|---|---|
| 94.3% | | $93K/yr median |

| Bonus | | $4K – $8K/yr |
|---|---|---|
| 5.7% | | $6K/yr median |

**How do we calculate pay?** ⌄

How accurate is a **total pay range** of **$84K–$116K**/yr?

**Low**

**Accurate**

**High**

Your input helps Glassdoor refine our pay estimates over time.

Related Searches: LG Display Salaries | Quality Engineer Salaries



# Get feedback on your pay or offer

Create an anonymous post and get feedback on your pay from other professionals.

See how it works

---

## Recent salaries shared by Quality Engineer at LG Display ⓘ

Austin

All years of experience ⌄

1 salaries                                    Sort by **most recent** ⌄

| Job Title | Years of Experience | Total Pay ⓘ |
|---|---|
| Location | Base · Additional pay |
| Date submitted | |

Anonymously share your salary to help the community.          **Add a Salary**

**Quality Engineer  |  10-14 years**                **$65K – $75K/yr**
Austin, TX
submitted on Jun 1, 2020

1

Viewing 1 – 1 of 1

---

## LG Display pay FAQs

How does the salary as a Quality Engineer at LG Display compare with the base salary range for this job?

What is the salary trajectory of a a Quality Engineer?

What is the Quality Engineer Salary at LG Display in Austin, TX?

What is the salary for a Quality Engineer at LG Display per hour?

What is the salary for a Quality Engineer at LG Display per month?

---

## Pay benefits and highlights at LG Display

See all 3 Employee Benefit Reviews →

---

Salaries › LG Display › Quality Engineer

---

## Top companies for "Compensation and Benefits" near you

**Siemens**


Compensation & Benefits
3.8 ★

**Dyson**
Compensation & Benefits
3.5 ★

**Panduit**
Compensation & Benefits
3.5 ★

**Eaton**
Compensation & Benefits
3.6 ★

## LG Display Photos

+ Add Photo

 

See All Photos →

## Expert career advice

**Guide to Getting Your First Job**
Find a Great First Job to Jumpstart Your Career

**How to Negotiate You**
A Guide to Negotiatin Deserve

**How to Ask for a Raise**
Learn How to State Your Case and Earn Your Raise

**How to Write a Cover**
Stand Out From th Perfect Cover Letter

**How to Get a Promotion**
Climb the Ladder With These Proven Promotion Tips

**How to Write a Resun**
Write a Resume Recr

See All Guides →

# ˙GLASSDOOR˙

**Glassdoor**
About / Press
Awards
Blog
Research
Contact Us
Guides

**Employers**
Get a Free
Employer Account
Employer Center

**Information**
Help
Guidelines
Terms of Use
Privacy & Ad
Choices
Do Not Sell Or
Share My
Information
Cookie Consent
Tool
Security

**Work With Us**
Advertisers
Careers

Download the App

 

     

 United…

Browse by: Companies, Jobs, Locations, Communities, Recent Posts

Copyright © 2008-2025. Glassdoor LLC. "Glassdoor," "Worklife Pro," "Bowls," and logo are proprietary trademarks of Glassdoor LLC.

# EXHIBIT J

Filed in Support of Plaintiff Tianma Microelectronics Co. Ltd.'s
Complaint for Patent Infringement

12/5/25, 11:57 PM
Case 1:25-cv-02021-RP    Document 1-1    Filed 12/09/25    Page 257 of 266
[LG Display] 24년 상반기 해외 채용우대형 인턴사원 모집 - Korean Students Association at the University of Texas at Austin

**UTKSA**
KOREAN STUDENT ASSOCIATION

KSA    JOB/INDUSTRY    COMMUNITY    MARKET    SPONSOR

# 기업/기관 채용공고

## [LG Display] '24년 상반기 해외 석/박사 및 산학장학생 모집

| Author | KSA학생회 | Date | 2024-03-06 15:52 | Views | 3652 |
|---|---|---|---|---|---|

The Best Display Solution Company, LG디스플레이에서 해외 석/박사 및 산학장학생을 모집합니다.

- 모집 기한: 2024년 3월 4일(월)~3월 17일(일)

- 지원 자격: 2025년 1월 이후 입사 가능한 해외 대학 졸업(예정)자 (석/박사 또는 Postdoc 인원)
- 모집 직군: Hardware R&D, Software R&D, 기구 R&D, 분석/평가, 생산 R&D, 소재 R&D

- 전형 절차: 서류전형 → 면접전형(비대면) → 최종합격 → 건강검진

- 전형 정보: https://www.lgd-globalrecruit.com/

- 지원 링크: https://careers.lg.com/app/job/RetrieveJobNoticesDetail.rpi?jobNoticeId=401305









[LG Display] 24년도 상반기 해외 주재원 인턴 채용(설명회 모집) – Korean Students Association at The University of Texas at Austin

LIKE 0                                                                                                                                    PRINT

Total 0                                                                                                                        Best ⌄

You must be logged in to post a comment.

« [(주)인텔리안테크놀로지스] 신규 직원 채용                                        [현대자동차] 현대자동차 신입/채용전환형 인턴 채용 안내

List

Total 1,084                                                                                                                    Newest ⌄

| Number | Title | Author | Date | Votes | Views |
|---|---|---|---|---|---|
| Notice | ★★ 기업/기관 채용공고 게시판 이용안내 ★★(2023.10.1. 업데이트) | KSA학생회 | 2023.10.01 | 0 | 18246 |
| 1052 | Assistant Professor of Engineering Technology (Mechanical Engineering Technology) | KSA학생회 | 2025.11.24 | 0 | 176 |
| 1051 | 소일렉트 채용공고 | KSA학생회 | 2025.11.24 | 0 | 161 |
| 1050 | Request for Cooperation in Publicizing the 2026 Faculty Recruitment Announcement (Spring Semester 2nd) | KSA학생회 | 2025.11.24 | 0 | 142 |
| 1049 | 연세대학교 미래캠퍼스 소프트웨어학부 2026학년도 1학기 전임교원 초빙 | KSA학생회 | 2025.11.07 | 0 | 334 |
| 1048 | 한화금융 2026 GIP 채용 | KSA학생회 | 2025.10.27 | 0 | 489 |
| 1047 | [RISE] 2025년 하반기 졸업자 및 졸업 예정자 대상 채용 공고 | KSA학생회 | 2025.10.27 | 0 | 323 |
| 1046 | 한국전자기술연구원 정규직 공개채용 | KSA학생회 | 2025.10.27 | 0 | 334 |
| 1045 | [JC Insurance Solutions] 생명보험·어뉴이티 전문 에이전트 모집 | KSA학생회 | 2025.10.27 | 0 | 262 |
| 1044 | [JC Insurance Solutions] 영업지원팀 매니저 채용 | KSA학생회 | 2025.10.27 | 0 | 269 |
| 1043 | [JC Insurance Solutions] 어드민 직원 채용 | KSA학생회 | 2025.10.27 | 0 | 222 |
| 1042 | 원익큐엔씨 미국법인 HR 및 GA 사원 채용 | KSA학생회 | 2025.10.18 | 0 | 368 |
| 1041 | 파수, 스패로우 2025년 3차 신입 공개 채용 | KSA학생회 | 2025.10.18 | 0 | 278 |
| 1040 | LIG Nex1 2025 하반기 신학장학생 인재영입 | KSA학생회 | 2025.10.18 | 0 | 249 |
| 1039 | 25년 삼성금융사 해외 석박사 채용 | KSA학생회 | 2025.10.12 | 0 | 378 |
| 1038 | 2025 하반기 AMOREPACIFIC GROUP 신입사원 수시채용 (~10/19) | KSA학생회 | 2025.10.08 | 0 | 357 |
| 1037 | 현대자동차 10월 신입채용 | KSA학생회 | 2025.10.01 | 0 | 572 |
| 1036 | 2025년 신입사원 및 외국어 우수 해외 주재원 공개채용 (~10/14(화), 23:59분) | KSA학생회 | 2025.09.30 | 0 | 509 |
| 1035 | 25년 하반기 CJ주식회사 SID 신입 Associate Consultant 모집과 Q&A Session (10/10) | KSA학생회 | 2025.09.30 | 0 | 371 |
| 1034 | 2025 원익그룹 신입사원 공개채용 | KSA학생회 | 2025.09.30 | 0 | 459 |
| 1033 | 2025 Toss Ads ML Engineer 신입 집중 채용 | KSA학생회 | 2025.09.30 | 0 | 372 |

1  2  3  4  5  6  7  8  9  10  »  Last

All ⌄                                    SEARCH

12/5/25, 11:57 PM
LG Display 24년 상반기 해외 5개국 현지 인재/석박 모집 - Korean Students Association at The University of Texas at Austin

Case 1:25-cv-02021-RP    Document 1-1    Filed 12/09/25    Page 261 of 266

**KSA**

인사말

임원진 소개

공지사항

Privacy Policy

**Job/Industry**

캠퍼스방문 채용설명회

기업/기관 공고

학술행사 공고

**Community**

Q&A 게시판

Gallery

로컬 홍보/광고 (비스폰서 전용)

로컬 구인구직/과외

**Market**

벼룩시장

하우징 (렌트/서블렛)

**Sponsor**

후원 업체

Copyright ⓒ 2024 Korean Students Association at The University of Texas at Austin
utksawebmaster@gmail.com

12/6/25, 12:35 AM

Case 1:25-cv-02021-RP   Document 1-1   Filed 12/09/25   Page 262 of 266

[LG Display] Recruitment of Overseas Master's/Ph.D. and Industry Academic Scholarship Students in the 2nd Half of '24 – Korea...

Home   Login   Join

UTKSA
KOREAN STUDENT ASSOCIATION

KSA      JOB/INDUSTRY      COMMUNITY      MARKET      SPONSOR

## Corporate/Institutional Job Announcements

12/6/25, 12:35 AM    [LG Display] Recruitment of overseas master's/doctoral and industry-academia scholarship students in the first Half of '24 – Korea…

Case 1:25-cv-02021-RP   Document 1-1   Filed 12/09/25   Page 263 of 266

## [LG Display] Recruitment of overseas master's/doctoral and industry-academia scholarship students in the first half of '24

| Author | KSA Student Council | Date | 2024-03-06 15:52 | Views | 3653 |
|--------|---------------------|------|-------------------|-------|------|

The Best Display Solution Company, LG Display is recruiting overseas master's/doctoral and industry-academia scholarship students.

- Application deadline: March 4, 2024 (Monday) ~ March 17, 2024 (Sunday)

- Application qualifications: Graduates (planned) from overseas universities who can join the company after January 2025 (master's/doctoral or postdoc students)
- Recruitment Positions: Hardware R&D, Software R&D, Instrument R&D, Analysis/Evaluation, Production R&D, Materials R&D

- Selection procedure: Document screening → interview screening (non-face-to-face) → final qualification→ health checkup

- Application Information: https://www.lgd-globalrecruit.com/

- Application Link: https://careers.lg.com/app/job/RetrieveJobNoticesDetail.rpi?jobNoticeId=401305







LIKE 0    PRINT

Total 0    Best ▾

You must be logged in to post a comment.

« [(주)인텔리안테크놀로지스] 신규 직원 채용    [현대자동차] 현대자동차 신입/채용전환형 인턴 채용 안내 »

List

Total 1,084    Newest ▾

| Number | Title | Author | Date | Votes | Views |
|---|---|---|---|---|---|
| Notice | ★★ 기업/기관 채용공고 게시판 이용안내 ★★(2023.10.1. 업데이트) | KSA학생회 | 2023.10.01 | 0 | 18248 |
| 1052 | Assistant Professor of Engineering Technology (Mechanical Engineering Technology) | KSA학생회 | 2025.11.24 | 0 | 177 |
| 1051 | 소일렉트 채용공고 | KSA학생회 | 2025.11.24 | 0 | 161 |
| 1050 | Request for Cooperation in Publicizing the 2026 Faculty Recruitment Announcement (Spring Semester 2nd) | KSA학생회 | 2025.11.24 | 0 | 142 |
| 1049 | 연세대학교 미래캠퍼스 소프트웨어학부 2026학년도 1학기 전임교원 초빙 | KSA학생회 | 2025.11.07 | 0 | 334 |
| 1048 | 한화금융 2026 GIP 채용 | KSA학생회 | 2025.10.27 | 0 | 490 |
| 1047 | [RISE] 2025년 하반기 졸업자 및 졸업 예정자 대상 채용 공고 | KSA학생회 | 2025.10.27 | 0 | 323 |
| 1046 | 한국전자기술연구원 정규직 공개채용 | KSA학생회 | 2025.10.27 | 0 | 335 |
| 1045 | [JC Insurance Solutions] 생명보험·어뉴이티 전문 에이전트 모집 | KSA학생회 | 2025.10.27 | 0 | 262 |
| 1044 | [JC Insurance Solutions] 영업지원팀 매니저 채용 | KSA학생회 | 2025.10.27 | 0 | 270 |
| 1043 | [JC Insurance Solutions] 어드민 직원 채용 | KSA학생회 | 2025.10.27 | 0 | 222 |
| 1042 | 원익큐엔씨 미국법인 HR 및 GA 사원 채용 | KSA학생회 | 2025.10.18 | 0 | 368 |
| 1041 | 파수, 스페로우 2025년 3차 신입 공개 채용 | KSA학생회 | 2025.10.18 | 0 | 280 |
| 1040 | LIG Nex1 2025 하반기 신학장학생 인재영입 | KSA학생회 | 2025.10.18 | 0 | 249 |
| 1039 | 25년 삼성금융사 해외 석박사 채용 | KSA학생회 | 2025.10.12 | 0 | 378 |
| 1038 | 2025 하반기 AMOREPACIFIC GROUP 신입사원 수시채용 (~10/19) | KSA학생회 | 2025.10.08 | 0 | 357 |
| 1037 | 현대자동차 10월 신입채용 | KSA학생회 | 2025.10.01 | 0 | 572 |
| 1036 | 2025년 신입사원 및 외국어 우수 해외 주재원 공개채용 (~10/14(화), 23:59분) | KSA학생회 | 2025.09.30 | 0 | 510 |
| 1035 | 25년 하반기 CJ주식회사 SID 신입 Associate Consultant 모집과 Q&A Session (10/10) | KSA학생회 | 2025.09.30 | 0 | 371 |
| 1034 | 2025 원익그룹 신입사원 공개채용 | KSA학생회 | 2025.09.30 | 0 | 459 |
| 1033 | 2025 Toss Ads ML Engineer 신입 집중 채용 | KSA학생회 | 2025.09.30 | 0 | 372 |

1 2 3 4 5 6 7 8 9 10 » Last

All ▾    [            ]  SEARCH

12/6/25, 12:35 AM    [LCD Display] Recruitment of Overseas Masters Ph.D. and Industry Academy Scholarship Students in the 2nd Half of '24 – Korea…

Case 1:25-cv-02021-RP    Document 1-1    Filed 12/09/25    Page 266 of 266

| KSA | Job/Industry | Community | Market | Sponsor |
|---|---|---|---|---|
| 인사말 | 캠퍼스방문 채용설명회 | Q&A 게시판 | 벼룩시장 | 후원 업체 |
| 임원진 소개 | 기업/기관 공고 | Gallery | 하우징 (렌트/서블렛) | |
| 공지사항 | 학술행사 공고 | 로컬 홍보/광고 (비스폰서 전용) | | |
| Privacy Policy | | 로컬 구인구직/과외 | | |

Copyright ⓒ 2024 Korean Students Association at The University of Texas at Austin
utksawebmaster@gmail.com